UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

VERY REVEREND GEORGES F. de LAIRE, J.C.L.,

      Plaintiff,

  v.

GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT

      Defendants.

CIVIL ACTION NO. 1:21-cv-00131

**AFFIDAVIT OF HOWARD M. COOPER, ESQUIRE**

I, Howard M. Cooper, do hereby depose and state as follows:

1. I am a partner at the law firm of Todd & Weld LLP, One Federal Street, 27th Floor, Boston, Massachusetts 02110. My telephone number is (617) 720-2626.

2. I will be associated with Joseph M. Cacace, Esq. of Todd & Weld LLP, One Federal Street, 27th Floor, Boston, Massachusetts 02110 in this matter.

3. I am a member in good standing of the following courts' bars:

| Court of Admission | Date of Admission | Bar Number |
| --- | --- | --- |
| Commonwealth of Massachusetts | January 16, 1985 | 543842 |
| United States District Court for the District of Massachusetts | April 17, 1985 | 543842 |
| United States Court of Appeals for the First Circuit | February 4, 1985 | 42972 |
| United States Court of Appeals for the Fifth Circuit | December 14, 2017 | N/A |
| United States Court of Appeals for the Federal Circuit | February 11, 2016 | N/A |
| United States Supreme Court | 2007 | N/A |

1

2

4. I am currently in good standing and eligible to practice in every jurisdiction in which I am admitted to practice, and I am not currently suspended or disbarred in any jurisdiction.

5. I am not the subject of any previously imposed or pending disciplinary matters.

6. I have not been convicted of any felony or misdemeanors.

7. I have not been the subject of any prior denials or revocations of *pro hac vice* status in any court.

8. This affidavit is submitted in support of the motion for my admission to appear *pro hac vice* before the United States District Court for the District of New Hampshire, as counsel for Plaintiff the Very Reverend Georges F. de Laire, J.C.L. in the above-captioned action.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF FEBRUARY, 2021.

*/s/ Howard M. Cooper*
Howard M. Cooper, Esq.