UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-00131 |

### MOTION TO PERMIT SUZANNE M. ELOVECKY, ESQUIRE TO APPEAR PRO HAC VICE

The undersigned, a member in good standing of the Bar of this Court, respectfully moves pursuant to Local Rule 83.2(b) that Suzanne M. Elovecky, Esq. of Partridge Snow & Hahn, LLP, 30 Federal Street, Boston, Massachusetts 02110 be permitted to practice before this Court in this action on behalf of Plaintiff Very Reverend Georges F. de Laire, J.C.L.. In support hereof, the undersigned states as follows:

1. The undersigned or another attorney who is admitted and in good standing with the bar of this Court shall at all times be associated with Attorney Elovecky in this action.

2. The Affidavit of Suzanne M. Elovecky, Esq. is filed herewith in further support of this Motion.

3. No memorandum of law is necessary in support of this Motion.

WHEREFORE, Joseph M. Cacace, counsel for Plaintiff Very Reverend Georges F. de Laire, J.C.L., respectfully requests that this Court grant this Motion to admit Suzanne M.

Elovecky, to practice before this Court *pro hac vice* until this matter is concluded or this Court no longer assumes jurisdiction over the matter.

>Respectfully submitted,
>
>Very Reverend Georges F. de Laire, J.C.L.,
>
>By his attorney,
>
>*/s/ Joseph M. Cacace*
>Joseph M. Cacace, NH Bar # 266082
>MA BBO #672298
>TODD & WELD LLP
>One Federal Street, 27th Floor
>Boston, MA 02110
>(617) 720-2626
>jcacace@toddweld.com

Dated: February 5, 2021

## CERTIFICATE OF SERVICE

I, Joseph M. Cacace, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>*/s/ Joseph M. Cacace*
>Joseph M. Cacace

Dated: February 5, 2021