UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-00131 |

**AFFIDAVIT OF SUZANNE M. ELOVECKY, ESQUIRE**

I, Suzanne M. Elovecky, do hereby depose and state as follows:

1. I am counsel at the law firm of Partridge Snow & Hahn LLP, 30 Federal St, Boston, MA 02110. My telephone number is (857) 214-3097.

2. I will be associated with Joseph M. Cacace, Esq. of Todd & Weld, LLP, One Federal St, 27th Floor, Boston, MA 02110 in this matter.

3. I am a member in good standing of the following courts' bars:

| Court of Admission | Date of Admission | Bar Number |
|---|---|---|
| Commonwealth of Massachusetts | 2007 | 670047 |
| United States District Court for the District of Massachusetts | 2012 | N/A |
| United States Court of Appeals for the First Circuit | 2016 | N/A |
| United States Court of Appeals for the Third Circuit | 2012 | N/A |

4. I am currently in good standing and eligible to practice in every jurisdiction in which I am admitted to practice, and I am not currently suspended or disbarred in any jurisdiction.

1

2

5. I am not the subject of any previously imposed or pending disciplinary matters.

6. I have not been convicted of any felony or misdemeanors.

7. I have not been the subject of any prior denials or revocations of *pro hac vice* status in any court.

8. This affidavit is submitted in support of the motion for my admission to appear *pro hac vice* before the United States District Court for the District of New Hampshire, as counsel for Plaintiff Very Reverend Georges F. de Laire, J.C.L. in the above-captioned action.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF FEBRUARY 2021.

*/s/ Suzanne M. Elovecky*
Suzanne M. Elovecky