## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JD |

## NOTICE OF APPEARANCE

I, Howard M. Cooper, hereby enter my appearance on behalf of the plaintiff in the above-captioned matter.

Respectfully submitted,

*/s/ Howard M. Cooper*
Howard M. Cooper, *pro hac vice*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com

Dated: February 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on February 8, 2021.

*/s/ Howard M. Cooper*
Howard M. Cooper