# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

VERY REVEREND GEORGES F. de
LAIRE, J.C.L.,

     Plaintiff,

v.

GARY MICHAEL VORIS, ANITA CAREY,
ST. MICHAEL'S MEDIA a/k/a CHURCH
MILITANT,

     Defendants.

CIVIL ACTION NO. 1:21-cv-00131-JD

## NOTICE OF APPEARANCE

I, Suzanne M. Elovecky, hereby enter my appearance on behalf of the plaintiff in the above-captioned matter.

Respectfully submitted,

*/s/ Suzanne M. Elovecky*
Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900
selovecky@psh.com

Dated: February 12, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2021.

*/s/ Suzanne M. Elovecky*
Suzanne M. Elovecky