# EXHIBIT A

REVEREND RYAN AMAZEEN
December 08, 2021

```
          UNITED STATES DISTRICT COURT

           DISTRICT OF NEW HAMPSHIRE



VERY REVEREND GEORGES F.
DE LAIRE, J.C.L.,

                  Plaintiff,

vs.                             Case No. 1:21-CV-00131-JD


GARY MICHAEL VORIS; ANITA CAREY;
ST. MICHAEL'S MEDIA a/k/a
CHURCH MILITANT,

                  Defendants.
_____/


    The Remote Deposition of REVEREND RYAN AMAZEEN,

    Taken in Macomb County, Michigan,

    Commencing at 1:57 p.m.,

    Wednesday, December 8, 2021,

    Before Laura T. Ambro, CSR-5882.
```

REVEREND RYAN AMAZEEN
December 08, 2021

Page 18

1  de Laire published by Church Militant?
2  A.  Yes.
3  Q.  And how long after the article -- the article was
4      published on January 17th, 2019.  Do you know how long
5      after the publication you read it?
6  A.  I don't recall.
7  Q.  Did somebody tell you about the article before you read
8      it, and then you went to go look at it, or did you just
9      find it on your own?
10 A.  I don't recall.
11 Q.  Did you discuss it with anybody after reading it?
12 A.  Yes.
13 Q.  And who did you discuss it with?
14 A.  Seminarians.
15 Q.  Do you remember anyone in particular?
16 A.  Yes.
17 Q.  And who is that?
18 A.  Now Father Timothy Hynes.
19 Q.  H-e-i-n-z?
20 A.  H-y-n-e-s.
21 Q.  Not even close, okay.  And what did you and Father
22      Hynes discuss about the article?
23 A.  I don't recall specifically.
24 Q.  Do you remember -- did Father Hynes ask you any
25      questions about Father de Laire?  You know, whether you

Page 19

1      knew him, anything like that?
2  A.  Yes.
3  Q.  Okay.  And what do you remember Father Hynes asking you
4      specifically?
5  A.  If I knew Father de Laire.
6  Q.  And you said yes?
7  A.  Yes.
8  Q.  What else do you remember about that conversation with
9      Father Hynes?
10 A.  I really don't recall anything else.
11 Q.  Did you tell Father de Laire that you had this
12      conversation with Father Hynes?
13 A.  Yes.
14 Q.  And how soon after the conversation with Father Hynes
15      did you report it to Father de Laire?
16 A.  I don't recall.
17 Q.  And do you remember what you told Father de Laire about
18      the conversation with Father Hynes?
19 A.  Yes.
20 Q.  And what do you remember telling Father de Laire?
21 A.  That some seminarians were talking about the article.
22 Q.  Anything else?
23 A.  Not that I recall.
24 Q.  Did you remember anyone that you talked to about the
25      article saying that they believed the statements made

Page 20

1      in the article?
2  A.  No.
3  Q.  Did anyone ask you whether you could confirm any of the
4      statements made in the article?  For example, one of
5      the statements that's at issue is that Father de Laire
6      is not emotionally equipped to handle his jobs.  Do you
7      remember anyone asking you whether you believe that to
8      be true?
9           MS. ELOVECKY:  Objection.
10 A.  Am I still to answer?
11          MR. O'CONNELL:  Yes.
12 A.  Not that I recall.
13 BY MS. KLAUS:
14 Q.  Did anyone, during these discussions you had with the
15      seminarians about the article, ask you questions about
16      Father de Laire's character?
17 A.  Not that I recall.
18 Q.  Has anyone, at any time, told you that their opinion of
19      Father de Laire's reputation was diminished because of
20      the articles my client published?
21 A.  No.
22          MS. KLAUS:  I don't have any further
23      questions, but Father de Laire's attorney may.
24          MS. ELOVECKY:  Yes, I have a few questions.
25                      EXAMINATION

Page 21

1  BY MS. ELOVECKY:
2  Q.  Good afternoon, Father Amazeen.  Thank you for your
3      time.
4  A.  Thank you.
5  Q.  Father Amazeen, as of January of 2019, how well did you
6      know Father de Laire?
7  A.  As of January 2019?  I knew him very well.  That's
8      relative, but I know him, yeah.
9  Q.  And in January of 2019, were you in seminary?
10 A.  Yes.
11 Q.  Okay.  I'm going to share a document with you.  So, I'm
12      sharing with you the article that is dated January
13      17th, 2019 that was published on churchmilitant.com.
14      Do you see that?
15 A.  I do, yes.
16 Q.  And it's titled NH Vicar Changes Dogma Into Heresy.  Do
17      you see that?
18 A.  I do.
19 Q.  And there's a Bates stamp in the bottom right corner
20      that says CM0042.  Do you see that?
21 A.  Yes.
22 Q.  And is this the article that you testified previously
23      that you read?
24 A.  Yes.
25 Q.  And do you know when you read this article?