EXHIBIT G

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE

Case No. 1:21-CV-00131-JD
_____

VIDEO-RECORDED DEPOSITION OF:  FATHER JEFFREY PAVELIGO
                    December 8, 2021
                    (Via RemoteDepo)
_____

VERY REVEREND GEORGES F. DE LAIRE, J.C.L.,

Plaintiff,

v.

GARY MICHAEL VORIS; ANITA CAREY; ST. MICHAEL'S MEDIA
A/K/A CHURCH MILITANT,

Defendants.
_____

             PURSUANT TO SUBPOENA and NOTICE, the
video-recorded deposition of FATHER JEFFREY PAVELIGO
was taken on behalf of the Michigan Defendants in
El Paso County, Colorado, by remote means on
December 8, 2021, at 7:34 a.m., before Deborah A.
VanDemark, Registered Professional Reporter, Colorado
Realtime Certified Reporter, and Notary Public within
Colorado, appearing remotely from Jefferson County,
Colorado.
```

Page 14

1  Q. Did any of them involve his mental
2  health issues?
3  A. No.
4  Q. Did you attend a meeting, a diocesan
5  meeting, in May of 2019 in the White Mountains?
6  A. Yes, I believe I did.
7  Q. And what was the purpose for that
8  meeting?
9  A. If it's the meeting that I think you're
10 referencing, it was the priest convocation.
11 Q. And what's that?
12 A. It's just an annual gathering of all
13 the priests of the diocese. There's usually a talk of
14 some sort, you know, a speaker of some sort, and
15 social gatherings as well. I think it's like two
16 days, maybe three days.
17 Q. Okay. Do you remember seeing Father
18 de Laire there?
19 A. Yes.
20 Q. And did you have any interaction with
21 him at that meeting in the White Mountains?
22 A. I believe probably only socially.
23 Q. Had you read the article -- any
24 articles about de Laire in my client -- written by my
25 client or placed on my client's website prior to that

Page 15

1  May meeting?
2  A. I don't recall.
3  Q. Were you angry at Dr. -- at Father
4  de Laire at that meeting?
5  A. No.
6  Q. Did you, to the best of your
7  recollection, do anything to make him -- or to
8  communicate to him that you were uncomfortable to be
9  at the meeting with him?
10 A. No.
11 Q. Do you know why de Laire would identify
12 you as someone who gave him an uncomfortable or angry
13 look in a public place at that meeting?
14 A. No.
15 Q. Do you have any idea whatsoever why
16 de Laire believe you snubbed him at that meeting?
17 A. No.
18 Q. Did your view of Father de Laire change
19 in any way as a result of anything you saw or read on
20 the Church Militant website?
21 A. No.
22 Q. Are you aware of any other person
23 whose --
24 MS. KLAUS: I'm sorry. Suzanne, did
25 you have an -- I thought I heard something. Never

Page 16

1  mind.
2  MR. O'CONNELL: There was feedback,
3  Kate.
4  MS. KLAUS: Oh, okay.
5  Q. (BY MS. KLAUS) Are you aware of any
6  person who believes that -- or has communicated to you
7  that their view of Father de Laire has changed because
8  of the articles on my client's website?
9  A. No.
10 Q. Okay. I don't have any further
11 questions.
12 MS. ELOVECKY: I -- I would like to ask
13 a couple of follow-up questions.
14             EXAMINATION
15 BY MS. ELOVECKY:
16 Q. Father Paveligo, you mentioned that you
17 did read the article that was published by Church
18 Militant; is that correct?
19 A. Yes.
20 Q. And do you recall when it was that you
21 read the article that was published on January 17th of
22 2019?
23 A. No.
24 Q. Do you recall if you read the article
25 within a week of it being published?

Page 17

1  A. Probably. I would say it was probably
2  within a week.
3  Q. Okay. I would like to share a document
4  on my screen. Okay. So I'm sharing what I believe is
5  the article. Do you see that? It says "Church
6  Militant," and then I believe I'm pointing to -- it
7  says "NH vicar changes dogma into heresy." Do you see
8  that?
9  A. I do.
10 Q. And then at the bottom right it says
11 CM0042.
12 A. Yep.
13 Q. Okay. And that, just for the record,
14 is a Bates stamp. It shows that this was produced by
15 Church Militant at Bates stamp 42. So I'm turning to
16 what is marked as Bates stamp CM0045, and I am looking
17 at Paragraph -- one, two, three -- 4. It states
18 "de Laire is said by current work colleagues to be
19 emotionally unstable in his role as chief canonical
20 judge of the diocese and counselor to his bishop." Do
21 you see that?
22 A. I do.
23 Q. And did you read that in the article?
24 A. I did.
25 Q. Okay. Had you ever conveyed such a