```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

Georges F. de Laire

    v.                                         Civil No. 21-cv-131-JD

Gary Michael Voris, et al.

**O R D E R**

The court granted the plaintiff's motion for an award of attorneys' fees of $5,516.50 and costs including computer assisted research of $1,920.00 and other costs of $331.50.  Doc. no. 93.  The defendants move for reconsideration of the amounts awarded as costs, on the ground that the cost for computer assisted research was $331.50 and that the other amount should not have been awarded.  The plaintiff did not file a response.

The defendants are correct that the amount of costs for computer assisted research should have been $331.50 and the amount of $1,920.00 was incorrectly awarded.  The plaintiff does not dispute that result.

**Conclusion**

For the foregoing reasons, the defendants' motion for reconsideration (document no. 94) is granted.  The order awarding fees and costs (document no. 93) is amended to award

$5,516.50 in fees and $331.50 in costs.  The total award is $5,848.00.

    SO ORDERED.

                                                  _____
                                                  Andrea K. Johnstone
                                                  United States Magistrate Judge

February 15, 2022

cc:   Counsel of Record