# **EXHIBIT B**



**DIOCESE OF MANCHESTER**
*Episcopal Vicar for Canonical Affairs*

# LET IT BE KNOWN

For the following reasons:

- That the decisions of the Congregation for the Doctrine of the Faith of April 15, 2016 (Prot. N. 1732/66-55029,) and of October 20, 2016 (Prot. N. 1732/66-57466,) have not been observed,

- That those so corrected by the Congregation for the Doctrine of the Faith have persisted in their obstinacy (Cf. *CIC* 1983 canons, 750, 751),

- That scandal in the Church continues (*CCC* 1997, nos. 2284-2287),

Brother André Marie VILLARRUBIA, representative of the Slaves of the Immaculate Heart of Mary, the Saint Benedict Center, Inc. and the Immaculate Heart of Mary School, as a result of a process initiated when you wrote directly to His Eminence Gerhard Cardinal MÜLLER, then Prefect of the Congregation for the Doctrine of the Faith, and dated 21 March 2016, at the direction of that same Congregation, you, the Slaves of the Immaculate Heart of Mary (in their three levels and self-described as orders,) and all those associated with the Saint Benedict Center, Saint Benedict Center, Inc., and the Immaculate Heart of Mary School, located in Richmond, New Hampshire, are placed under the following precepts as of <u>7 January 2019</u>:

- Prohibition from referring to itself (or themselves,) or present itself (or themselves,) as an association of the faithful in the Roman Catholic Church, whether "*de facto*" or otherwise. (Cf. *CIC* 1983, canons 298-311),

- Prohibition from using the name "Catholic" in any way or manner that implies a relationship of authenticity or legitimacy with the Roman Catholic Church. This prohibition applies to the Saint Benedict Center, the Slaves of the Immaculate Heart of Mary, and the Immaculate Heart of Mary School, along with any of their written publications, internet postings, social media postings or blogs and audio recordings and/or broadcastings (Cf. *CIC* 1983 canons: 209; 216; 223; 804; 805; 823-827; 829),

- Prohibition from selling any written publication, audio recording and/or broadcasting, internet posting, including websites, blogs or any electronic social media platform, which address Catholic Church teachings, without prior approbation from the local Ordinary (Cf. *CIC* 1983, Canons: 823 §1; 824 §1; 825; 826 §3; 827; 829; 831 §1 and 838 §3),

- Prohibition from claiming to represent the Catholic Church in any fashion,

- Prohibition from having any sacramental celebrations at the Saint Benedict Center property, including the current space used for the offering of Mass. Only the celebration of the Anointing of the Sick for a person in danger of physical death by an approved priest will be allowed,

- Prohibition from reserving the Sacred Eucharist at any location of the Saint Benedict Center or any location associated with it (Cf. *CIC* 1983, canon 934 §1, 2º.),

- Prohibition from raising monies, and any other forms of funds, in the name of any Catholic entity (*CIC* 1983, canon 1265),

- Prohibition from teaching, presenting or interpreting Roman Catholic Church teachings by the Saint Benedict Center, the Slaves of the Immaculate Heart of Mary and their associates (*CIC* 1983, canons 774 §1; 780; *Catechesi Tradendae*, 1979, §19; *General Directory for Catechesis*, 1997, §284; *Ad Petri Cathedram*, 1959, §8-§11),

- Obligation to submit to the teachings of the authentic Magisterium of the Roman Catholic Church as interpreted by the Roman Catholic Church, especially as regards to the principle "*Extra Ecclesiam Nulla Salus*" (*CIC* 1983, canon 209),

- Obligation to amend the Articles of Agreement of the Saint Benedict Center, Inc., as submitted to the New Hampshire Secretary of State on August 24, 2001, to reflect the prohibition from presenting itself as "Catholic" association or organization, and to submit the amendments to the Secretary of State for the State of New Hampshire,

- Obligation to amend and communicate the same as regards the Immaculate Heart of Mary School,

- Obligation to do the same as regards the Internal Revenue Service, in compliance with the terms establishing Tax Exempt Status of a 501 c 3 organization, for both the Saint Benedict Center and the Immaculate Heart of Mary School,

- Obligation to publish these precepts on the websites www.catholicism.org, and www.ihmsnh.org,

- Prohibition from having a priest celebrate Mass, private or public, at the Saint Benedict Center property,

- No priest will validly hear Confession and impart Absolution at the Saint Benedict Center property, with the sole exception of the case of a penitent in imminent danger of physical death,

Given the official written statement of the Congregation for the Doctrine of the Faith dated April 15, 2016, October 20, 2016 and October 21, 2016, the documents signed by the Slaves of the Immaculate Heart of Mary on April 15, 2009 and on July 20, 2009, are null and void. The Athanasian Creed was never approved by the Congregation for the Doctrine of the Faith for one making a formal Profession of Faith according to *CIC* 1983 canon 833. Therefore, the affirmations of faith using the Athanasian Creed signed by the Slaves of the Immaculate Heart of Mary are invalid.

The Slaves of the Immaculate Heart of Mary, the Saint Benedict Center, and those affiliated and associated with them are given until midnight 30 June 2019 to observe, in every manner, the above stated precepts, at which time, after consultation with the Congregation for the Doctrine of the Faith, these precepts may be reviewed.

Any perceived or real disobedience will be interpreted as obstinacy.

Very Reverend Georges de LAIRE, J.C.L.
Episcopal Vicar for Canonical Affairs
Diocese of Manchester

Mrs. Diane Murphy QUINLAN
Chancellor
Diocese of Manchester