# EXHIBIT A

# Merrimack County Sheriff's Office
DAVID A. CROFT
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

MARC BALESTRIERI
2858 UNIVERSITY AVE
MADISON, WI 53705

## AFFIDAVIT OF SERVICE

MERRIMACK, SS.                                             6/30/22

I, Deputy TAYLOR A CARON, this date at 1425 a.m./p.m., summoned the within named defendant MARC BALESTRIERI as within commanded by leaving at the office of David Scanlan, Secretary of State of New Hampshire, its true and lawful Attorney for the service of process under, and by virtue of, Chapter 510:4, New Hampshire Revised Statutes Annotated, as amended, a true and attested copy of this Summons and First Amended Complaint, and I paid the Secretary of State ten ($10.00) dollars as his fee for accepting service.

FEES

| | |
|---|---|
| Service | $30.30 |
| Postage | 1.00 |
| Travel | 15.00 |
| PD to SOS | 10.00 |
| TOTAL | $56.30 |

A TRUE COPY ATTEST:

_____
Deputy Taylor Caron
Merrimack County Sheriff's Office

_____
Deputy TAYLOR A CARON
Merrimack County Sheriff's Office