# EXHIBIT B



# PARTRIDGE SNOW & HAHN LLP

Suzanne M. Elovecky
(857) 214-3097
selovecky@psh.com

July 8, 2022

**VIA REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
Marc Balestrieri
2858 University Avenue
No. 251
Madison, Wisconsin 53705

RE:   de Laire v. Voris, et al. | Case No. 1:21-cv-00131-JL
      Notice of Service of Process

Mr. Balestrieri:

We represent the plaintiff the Very Reverend Georges F. de Laire in the above-referenced matter captioned *de Laire v. Voris, et al.*, Case 1:21-cv-00131-JL, pending in the United States District Court, District of New Hampshire. You have been named a party to the action.

Pursuant to the Federal Rules of Civil Procedure 4(e)(1) and the New Hampshire Revised Statutes Annotated § 510:4, you are being served, and are hereby notified that the Sheriff of Merrimack County has left a copy of process, with the required $10 fee, at the office of the Secretary of State of New Hampshire.

Enclosed are copies of the following documents:

1. Summons and Waiver
2. First Amended Complaint
3. Affidavit of Service.

If you should you require further assistance, please contact your attorney.

Regards,

/s/*Suzanne M. Elovecky*

SME