# EXHIBIT D

# *AFFIDAVIT OF NON-SERVICE*

STATE OF WISCONSIN

---

I, Jack Haldeman, being first duly sworn under oath, deposes and states that between the dates of August 2, 2022, and August 23, 2022, I attempted to serve a Summons in a Civil Action, which includes a First Amended Complaint with three exhibits and an ECF Notice, to Mark Balestrieri. The Civil Number is 1:21-CV-00131-JL. The service of process attempts are listed below.

August 2, 2022, approximately between the hours of 12:15 PM and 1:50 PM, at the Shrine of Lady Guadalope Church, 5250 Justin Road, LaCrosse, WI. Mark Balestrieri was attending the Speculum Iustitiae Conference. Upon arrival the process server spoke to one of the staff and they confirmed mark was in attendance. The staff further report the group was attending mass in the church and mass would likely conclude about 1:00 PM.

The process server then proceeded to the church and spoke to an additional staff member. Through conversation and observation, it was determined mark was seated near the rear area of the church near the main exit doors.

As the mass concluded, the process server became aware that Mark knew a process server was present. The main church group exited the church through the main doors and were followed by the church attendees. Mark left the area where he was seated and started to move towards the front of the church. The process server then opted to enter the church and Mark began to increase his pace in regards to evading the process server. The process server said his name three times within 5-7 feet of him and he continue to ignore the process servers presence. He then aggressively left the area and proceed down the stairs to the lower level of the church. The process server then discontinued attempts to serve him.

August 2, 2022, approximately between the hours of 4:45 PM and 6:15 PM, at The Radisson Motel, 200 Second Street S., LaCrosse, WI. Mark Balestrieri was scheduled to attending a dinner associated with the conference he was attending. Mark was not witnessed attending the event.

August 3, 2022, approximately between the hours of 6:45 AM and 8:10 AM, at the Shrine of Lady Guadalope Church, 5250 Justin Road, LaCrosse, WI. Mark Balestrieri was attending the Speculum Iustitiae Conference. Mark Balestrieri was scheduled to return and continue to attend the Speculum Iustitiae Conference. Mark was not witnessed returning to the event.

_____
Process Server
O'Brien & Associates

Subscribed and sworn to before me this
3rd day of August, 2022

_____
Notary Public
My Commission Expires: 10/12/2023

[Notary seal: Andrea M. Markland, Notary Public, State of Wisconsin]