# EXHIBIT E

# AFFIDAVIT OF NON-SERVICE

| | | |
|---|---|---|
| State of New Hampshire | County of | District Court |

Case Number: 1:21-CV-00131-JL

Plaintiff:
**Very Reverend Georges F. de Laire, J.C.L.**

vs.

Defendant:
**Gary Michael Voris, Anita Carey, St. Michael's Media a/k/a Church Militant, and Marc Balestrieri**

Received by Witt Executive Security, Inc. on the 2nd day of August, 2022 at 12:10 pm to be served on **Marc Balestrieri, 5250 Justin Road, La Crosse, WI 54601.**

I, Joshua R. Erickson, being duly sworn, depose and say that on the **3rd day of August, 2022** at **10:32 am**, I:

**NON-SERVED the Summons In A Civil Action, and Important Notice, and First Amended Complaint, and Exhibits A-C** for the reason that I failed to find **Marc Balestrieri** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/2/2022  1:19 pm  Arrived at the Shrine of Our Lady of Guadalupe, 5250 Justin Road, La Crosse, WI 54601 and proceeded to the church to locate the conference center.
8/2/2022  1:25 pm  Server entered the church and located the confrence center in the lower lever. Server did not initially observe Marc, based on the picture provided by client, upon entering the room. Server went upstairs to text contact for more details on his whereabouts.
8/2/2022  1:27 pm  Server texted contact requesting information on Marc's location at this time.
8/2/2022  2:08 pm  Received a text indicating subject is in currently in the lower level of the Church of the Shrine of Our Lady of Guadalupe attending the conference.
8/2/2022  2:09 pm  Server requested for more specifics on Marc's location inside the conference center.
8/2/2022  2:11 pm  Server received a text indicating they thought the subject was leaving the conference at this time.
8/2/2022  2:12 pm  Server again entered the lower level of the church and entered the conference room. Server was approached by a individual asking if he could assist the server. The server asked if Marc Balestrieri was in the conference room and was informed he had left 3-4 minutes ago. Server realized at that point he had passed the subject in the stairwell not recognizing Marc from his picture.
8/2/2022  2:14 pm  Server headed back upstairs and proceeded to head down the long path towards the welcoming center. Server was able to obtain a zoomed in picture of Marc as server was attempting to gain ground on Marc. Marc then looked over his shoulder, observed the server and started to run down the path. The server attempted to keep pace with Marc. At a switchback in the path, out of sight of the server, Marc apparently left the path and started making his way through the woods. The server realized Marc left the path after not seeing Marc once rounding the corner. Server continued to chase Marc, leaving the path and traversing the hillside behind Marc. Server had gained to within 20-30 yards from Marc and in an attempt to get Marc to stop the server and yelled out: "Marc, you are being served, you don't have to accept service but you are still being served as you have been made aware of this case",
8/2/2022  2:20 pm  Marc didn't stop and entered the welcoming center about 6 seconds before the server was able to get to the door. The server entered the building looking for Marc. Server checked the men's restroom and a utility closet next to it. Server then spoke with front desk staff asking if they observed a gentleman in a suit run through here. They indicated they didn't observe anyone running through. Server then continued to head towards the parking lot and asked another couple, also walking towards the parking lot, if a gentleman had run past them. Indicating they didn't see anyone running by, the server decided to wait in his vehicle for subject to leave as the server didn't want to miss Marc exiting the area or doubling back and exiting in another area the server couldn't see.
8/2/2022  4:46 pm  Server observed subject exiting the area walking down the path towards the parking lot.



## AFFIDAVIT OF NON-SERVICE For 1:21-CV-00131-JL

Marc was observed stopping behind a bush before walking all they way to the lot when a small sized Silver/ Grey Toyota pickup approached Marc and Marc abruptly entered the passenger side door. Server decided to use the one way in/out entrance to force the Toyota pickup truck to stop at the main gate. As server was waiting for the pickup truck with Marc to catch up, the server observed the truck turn into the same parking lot the server had just left. A car approached the gate from Justin Rd, so server turn right onto Justin Rd and then immedieatly attempted to turn around and reenter the gate. As server started to approach the turn again the Toyota pickup turned right onto Justin Rd heading in the direction of the server.
Server attempted to stop the Toyota truck in the road by blocking the road however the truck swerved around the server's car and started traveling at an even higher rate of speed heading south on Justin Rd. Server turned the car around and attempted to catch up to Marc in the Toyota. About 15 seconds later the Toyota truck was headed in the opposite direction, again traveling at a high rate of speed. Server attempted to stop the Toyota truck once more by blocking the road and this time the Toyota truck left the road to avoid stopping. Server again turned his vehicle around, this time not being able to regain visual contact with the Toyota vehicle Marc was in.
8/2/2022  6:21 pm  Server arrived at the Radison Hotel, 200 Harborview Plaza, La Crosse, WI 54601 and attempted to find Marc with no success.
8/3/2022  8:16 am  Arrived at 5250 Justin Road, La Crosse, WI 54601, and waited in the parking lot to observe Marc returning to the property. Server did not observe Marc at any time.
8/3/2022  10:16 am  Server contact onsite contact to see if they observed Marc anywhere on the property.
8/3/2022  10:32 pm  Received a text back indicating he has not been observed at this time.

I certify that I am over the age of 18 and have no interest in the above action and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

_____
Joshua R. Erickson

Witt Executive Security, Inc.
540 N Lapeer Road
#409
Orion Twp, MI 48362

Our Job Serial Number: CSC-2022000713

Subscribed and Sworn to before me in the County of Houston, State of Minnesota, on the _11_ day of _August_ _2022_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 1/31/2024

LAURA R ERICKSON
NOTARY PUBLIC-MINNESOTA
HOUSTON COUNTY
My Comm.Expires Jan.31,2024