# EXHIBIT F

## Elovecky, Suzanne M.

| | |
|---|---|
| **From:** | Elovecky, Suzanne M. |
| **Sent:** | Friday, August 12, 2022 4:23 PM |
| **To:** | mbalest@canonicalaid.org; canonist@protonmail.com |
| **Subject:** | de Laire v. Balestrieri, et al. |
| **Attachments:** | Waiver.pdf; [Doc 115] 6.14.22 First Amended Complaint with Exhibits A-C.pdf |

Mr. Balestrieri,

I, along with my co-counsel Howard Cooper and Joseph Cacace, represent Father Georges de Laire. As you may already be aware, you have been named a party to the pending lawsuit captioned *de Laire v. Voris, et al.*, Case No. 1:21-cv-00131-JL, currently before the United States District Court for the District of New Hampshire. We write to provide you with written notice of our request to waive service of the summons under Federal Rule of Civil Procedure 4(d). In accordance with this Rule, attached to this email is a copy of the Amended Complaint and the waiver form. A hard-copy of the Amended Complaint and waiver were previously sent to your business address at 2858 University Avenue, No. 251, Madison, WI, 53705, by U.S. Registered Mail which was delivered on July 22, 2022. We have not received a signed return receipt from you, despite tracking showing that it was delivered.

The waiver provides information regarding the consequences of waiving and not waiving service that you should carefully review. We request that you review and return the completed waiver form to us by email or U.S. mail no later than **August 22, 2022** (i.e., 30 days after July 22, 2022).

If you have any questions, we suggest you speak to your attorney. If you are represented by counsel, please forward this communication to them and have them contact us directly.

Thank you,

Suzanne Elovecky.

1