# EXHIBIT G




BRIDGEWATER, MA
02324
JUL 08 22
AMOUNT
$17.11
R2304E107115-02

53705

1000




RE 874 692 107 US

PSN 7690-03-000-9311

Label 200, August 2005

Sme
PARTRIDGE SNOW & HAHN LLP
COUNSELORS AT LAW

40 Westminster Street, Suite 1100
Providence, RI 02903



Marc Balestrieri
2858 University Avenue
No. 251
Madison, Wisconsin 53705



RETURN TO SENDER