UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

George F. de Laire

    v.                                    Case No. 21-cv-131-JL

Gary Michael Voris, et al.

ENTRY OF DEFAULT AS TO
MARC BALESTRIERI

The above-named party has failed to respond within the time and in the manner provided by Fed. R. Civ. P. 12. Default is herewith entered as to this party in accordance with Fed. R. Civ. P. 55(a) and Local Rule 55.1.

A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

Local Rule 55.1(a) requires that the serving party give notice of the entry of default to the defaulting party by regular mail sent to the last known address of the defaulted party.

SO ORDERED.

By the Court,

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: October 25, 2022

cc:    Counsel of Record
        Marc Balestrieri