**Exhibit C**

**Balestrieri Business Card**



**MARC BALESTRIERI, JCL**
Canon Lawyer

T.: +1 800 933 5193
F.: +1 605 370 5005
E.: mb@canonicalaid.org

514 Americas Way PMB 20863
Box Elder, SD 57719-7600
www.canonicalaid.org