# Exhibit D

# Balestrieri First VM

# Suzanne Elovecky

| | |
|---|---|
| **From:** | Suzanne Elovecky |
| **Sent:** | Tuesday, July 11, 2023 2:17 PM |
| **To:** | Cooper, Howard; Joseph M. Cacace (jcacace@toddweld.com); Kate Klaus; mtierney@wadleighlaw.com |
| **Subject:** | FW: Mitel voice message for mailbox 4067 |
| **Attachments:** | IKCB74CNM.wav |

All,

Please note attached voice mail message from Marc Balestrieri.  He states he is NOT attending tomorrow's deposition. He gives no reason.

-----Original Message-----
From: Mitel Voice Mail <PSH_NoReply@psh.com>
Sent: Tuesday, July 11, 2023 2:02 PM
To: Suzanne Elovecky <selovecky@psh.com>
Subject: Mitel voice message for mailbox 4067

You have received a voice mail message for mailbox 4067.

Message length is 00:00:44. Message size is 346 KB.