**Exhibit E**

**Caller ID Blocked**

