# Exhibit F

# Email re Zoom Alternative

# Suzanne Elovecky

| | |
|---|---|
| **From:** | Suzanne Elovecky |
| **Sent:** | Tuesday, July 11, 2023 2:22 PM |
| **To:** | Kate Klaus; mb@canonicalaid.org; balestrieri.marc@gmail.com |
| **Subject:** | RE: de Laire v. Voris, et al/July 12, 2023 Deposition |

Mr. Balestrieri:

I am in receipt of your voice mail stating that you will NOT be attending tomorrow's deposition, without giving a reason for same.

We are able at this time to convert this deposition to a Zoom deposition, in the event you are able to attend in that fashion.  Please advise ASAP.

Thank you.

---

**From:** Kate Klaus <KKlaus@maddinhauser.com>
**Sent:** Tuesday, July 11, 2023 1:48 PM
**To:** Suzanne Elovecky <selovecky@psh.com>; mb@canonicalaid.org; balestrieri.marc@gmail.com
**Subject:** [EXTERNAL] RE: de Laire v. Voris, et al/July 12, 2023 Deposition

The parties and their counsel will be traveling at significant expense to attend the deposition.  If you're not going to appear, please so advise.  Both parties may be entitled to sanctions for costs and attorneys' fees incurred in connection with the deposition, if you do not appear.


**Kate Klaus**
Shareholder



28400 Northwestern Highway
Suite 200-Essex Centre
Southfield MI 48034 (Metro Detroit)
Receptionist (248) 354-4030

D:(248) 359-7520
C:(734) 260-5749
F:(248) 359-7560
kklaus@maddinhauser.com
www.maddinhauser.com
vcard

*This electronic message and all contents contain information from the law firm of Maddin, Hauser, Roth & Heller, P.C. which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.*

**From:** Suzanne Elovecky <selovecky@psh.com>
**Sent:** Monday, July 10, 2023 5:47 PM
**To:** Kate Klaus <KKlaus@maddinhauser.com>; mb@canonicalaid.org; balestrieri.marc@gmail.com
**Subject:** Re: de Laire v. Voris, et al/July 12, 2023 Deposition

[EXTERNAL EMAIL]
Mr. Balestrieri:

I am writing to confirm your deposition on this Wednesday, July 12, 2023. We have heard nothing from you, or counsel, concerning a need to move the date, and we are therefore proceeding as set forth in our agreement which has been entered on the court docket. As agreed, we are slated to begin at 8 am at my office at 30 Federal Street, 7th floor, Boston, MA. If you need to reach me you may at 617-283-9152.

Thank you. And I will see you Wednesday.


Get Outlook for iOS



**Suzanne M. Elovecky**
Partner
**Partridge Snow & Hahn LLP**
30 Federal St.
Boston, MA 02110
t: 857-214-3097 · f: 617-292-7910
**selovecky@psh.com**
Learn more about our lawyers at psh.com

LinkedIn

---

**From:** Kate Klaus <KKlaus@maddinhauser.com>
**Sent:** Wednesday, July 5, 2023 1:44:46 PM
**To:** mb@canonicalaid.org <mb@canonicalaid.org>; balestrieri.marc@gmail.com <balestrieri.marc@gmail.com>
**Cc:** Suzanne Elovecky <selovecky@psh.com>
**Subject:** [EXTERNAL] de Laire v. Voris, et al/July 12, 2023 Deposition

Marc –

As you know, you agreed to appear at the Boston offices of Partridge, Snow and Hahn for your deposition on **July 12, 2023** starting at 8:00 a.m.  Please confirm that you will appear.

Thanks,

Kate



**Kate Klaus**
Shareholder


2



28400 Northwestern Highway
Suite 200-Essex Centre
Southfield MI 48034 (Metro Detroit)
Receptionist (248) 354-4030

D:(248) 359-7520
C:(734) 260-5749
F:(248) 359-7560
kklaus@maddinhauser.com
https://link.edgepilot.com/s/b32279ef/OWRP_gzSpkOQKB34cKUOrQ?u=http://www.maddinhauser.com/

[vcard](vcard)

*This electronic message and all contents contain information from the law firm of Maddin, Hauser, Roth & Heller, P.C. which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.*

--------------------------

This email message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you think you have received this e-mail message in error, please notify Partridge Snow & Hahn LLP at (401) 861-8200, and purge this e-mail message from your computer system immediately. Thank you.