**Exhibit G**

**Balestrieri Second VM**

# Suzanne Elovecky

| | |
|---|---|
| **From:** | Suzanne Elovecky |
| **Sent:** | Tuesday, July 11, 2023 2:44 PM |
| **To:** | Cooper, Howard; Joseph M. Cacace (jcacace@toddweld.com); Kate Klaus; mtierney@wadleighlaw.com |
| **Subject:** | FW: Mitel voice message for mailbox 4067 |
| **Attachments:** | IKCDX4CQ6.wav |

All,

Pursuant to the attached, the deposition previously scheduled for tomorrow is canceled.  Mr. Balestrieri will not attend via Zoom or in person.

-----Original Message-----
From: Mitel Voice Mail <PSH_NoReply@psh.com>
Sent: Tuesday, July 11, 2023 2:37 PM
To: Suzanne Elovecky <selovecky@psh.com>
Subject: Mitel voice message for mailbox 4067

You have received a voice mail message for mailbox 4067.

Message length is 00:00:27. Message size is 212 KB.