# Exhibit H

# SBC Deposition Transcript Excerpts

# In the Matter of:

*Very Reverend Georges F. de Laire, J.C.L. vs*

*Gary Michael Voris, et al.*

*Brother Andre Marie Villarrubia*

*March 07, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE


  * * * * * * * * * * * * * * * * *
                                    *
  VERY REVEREND GEORGES F.          *
  de LAIRE, J.C.L.,                 *  No.
                                    *  1:21-cv-00131-JL
              Plaintiff,            *
                                    *
         vs.                        *
                                    *
  GARY MICHAEL VORIS, ANITA         *
  CAREY, ST. MICHAEL'S MEDIA        *
  a/k/a CHURCH MILITANT, and        *
  MARC BALESTRIERI,                 *
                                    *
              Defendants.           *
                                    *
  * * * * * * * * * * * * * * * * *


  DEPOSITION OF BROTHER ANDRE MARIE VILLARRUBIA,

  Deposition taken at Wadleigh, Starr & Peters,

  95 Market Street, Manchester, New Hampshire, on

  Tuesday, March 7, 2023, commencing at 1:12 p.m.)




  Court Reporter:
  Pamela J. Carle, LCR, RPR, CRR
```

Very Reverend Georges F. de Laire, J.C.L. vs　　　　　Brother Andre Marie Villarrubia
Gary Michael Voris, et al.　　　　　　　　　　　　　　　　　March 07, 2023

                                                               2
APPEARANCES

For the Plaintiff:

    PARTRIDGE SNOW & HAHN
    30 Federal Street
    Boston, Massachusetts 02110
    By:  Suzanne M. Elovecky, Esq.
         617.292.7900
         selovecky@psh.com

For the Defendants:

    MADDIN, HAUSER, ROTH & HELLER, P.C.
    28400 Northwestern Highway
    Southfield, Michigan 48034-1839
    By:  Kathleen H. Klaus, Esq.
         248.354.4030
         kklaus@maddinhauser.com

For the Witness:

    WADLEIGH, STARR & PETERS
    95 Market Street
    Manchester, New Hampshire 03101
    By:  Michael J. Tierney, Esq.
         603.669.4140
         mtierney@wadleighlaw.com

Very Reverend Georges F. de Laire, J.C.L. vs  
Gary Michael Voris, et al.

Brother Andre Marie Villarrubia  
March 07, 2023

3

I N D E X

WITNESS:        BROTHER ANDRE MARIE VILLARRUBIA

EXAMINATION:                                        PAGE  
By Ms. Elovecky                                     5/144   By Ms. Klaus    100

EXHIBITS FOR IDENTIFICATION:

| VILLARRUBIA | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Letter, Bates number SBC 113 | 13 |
| 2 | Note, Bates number SBC 116 | 19 |
| 3 | 11/11/14 correspondence, Villarrubia to de Laire | 19 |
| 4 | 11/26/14 letter, Bates number SBC 126 | 25 |
| 5 | Correspondence, Bates number | 28 |
| 6 | Letter, Bates number | 30 |
| 7 | 1/6/15 correspondence, Villarrubia to Di Noia | 35 |
| 8 | 1/3/13 letter, de Laire to Villarrubia | 54 |
| 9 | Precepts | 54 |
| 10 | January article | 58 |
| 11 | Enclosure | 73 |
| 12 | Enclosure | 73 |
| 13 | Internet posting, Bates number | 91 |
| 14 | E-mail from Father de Laire | 105 |

Case 1:21-cv-00131-JL   Document 157-8   Filed 07/13/23   Page 6 of 9

Very Reverend Georges F. de Laire, J.C.L. vs          Brother Andre Marie Villarrubia
Gary Michael Voris, et al.                                       March 07, 2023

71

1    restate the question.
2  BY MS. ELOVECKY:
3        Q.    And I'm not asking for information that
4  you're regarding as privileged, whether or not we
5  agree is a separate thing, we've decided not to
6  push that.  So without divulging information you
7  view as privileged, can you tell me what the
8  January 26, 2022 conversation with Marc
9  Balestrieri consisted of?
10              MR. TIERNEY:  The June.
11              MS. ELOVECKY:  Yes, I apologize.
12  BY MS. ELOVECKY:
13        Q.    June 26, 2022.
14        A.    So I had texted him to ask him, this is
15  immediately subsequent to my learning from Michael
16  Tierney that Michael Voris said that Marc authored
17  the article.
18              I sensed this was a problem, and I
19  texted him simply to find out do we have a standing
20  mandate for you to be our procurator or advocate.
21  I just wanted to double-check a formality in canon
22  law that means if he is designated to be our
23  advocate or our procurator.
24              I couldn't for the life of me remember
25  if there was one standing.  And he -- and we went

Case 1:21-cv-00131-JL   Document 157-8   Filed 07/13/23   Page 7 of 9

Very Reverend Georges F. de Laire, J.C.L. vs    Brother Andre Marie Villarrubia
Gary Michael Voris, et al.                       March 07, 2023

72

1  back and forth on that and I got satisfied with
2  that answer.
3          Well, he clearly knew that there was
4  some subject of concern, so and then he wanted to
5  talk.  And he called me, and in that conversation
6  I -- you know, he basically says, what's up.  And I
7  said this is a problem, that Michael Voris said
8  that you wrote the article and you're our canon
9  lawyer.  And he said, I didn't write the article.
10 He vehemently denied authorship of the article.
11         I simply thought that that should be on
12 the record.  Obviously Marc's chosen not to defend
13 himself, but I have this information, and I thought
14 that this should be part of the record.
15         And I was trying to cut the
16 conversation short, because I knew that we were
17 going to be seeking the services of another
18 canonist from here on out, and I didn't feel that I
19 had to give lengthy explanations to Marc about
20 that.
21     Q.    Okay.  Did you believe Marc that he did
22 not write the article?
23     A.    Counselor, I did not know what to
24 believe.  I was given -- I was given to -- the way
25 Marc tried to explain himself, the impression I got

Case 1:21-cv-00131-JL   Document 157-8   Filed 07/13/23   Page 8 of 9

Very Reverend Georges F. de Laire, J.C.L. vs          Brother Andre Marie Villarrubia
Gary Michael Voris, et al.                                         March 07, 2023

73

1  was that it may have been some sort of
2  collaborative effort, but I -- that's an
3  impression.
4          And, frankly, I knew at this point that
5  our professional relationship had ended, and I
6  wasn't interested in further discussions about it.
7      Q.   Was the only basis of the end of that
8  relationship the article and the questions
9  surrounding it?
10     A.   The only basis -- well, specifically
11 the acquisition that he had written it, that
12 completely changed everything.  As I said, I had no
13 idea that he had written it; I had no idea that
14 there was even a claim floating around that he had
15 written it.  I had assumed that he had been one of
16 the sources of information, but that's it.
17     Q.   That was an easy assumption to make.
18 So I'm going to pass out a couple more exhibits.
19 I think we're at 11 and 12.  I think it is an
20 enclosure, it maybe could just be one, but to be
21 safe.
22          (Villarrubia Exhibit 11 was marked for
23           identification.)
24          (Villarrubia Exhibit 12 was marked for
25           identification.)

Case 1:21-cv-00131-JL   Document 157-8   Filed 07/13/23   Page 9 of 9

Very Reverend Georges F. de Laire, J.C.L. vs  Brother Andre Marie Villarrubia
Gary Michael Voris, et al.  March 07, 2023

149

1                   CERTIFICATE

2           I, Pamela J. Carle, Registered

3    Professional Reporter, do hereby certify that the

4    foregoing is a true and accurate transcript of my

5    stenographic notes of the deposition of BROTHER

6    ANDRE MARIE VILLARRUBIA, who was first duly sworn,

7    taken at the place and on the date hereinbefore

8    set forth, and that reading and signing of the

9    transcript was requested.

10          I further certify that I am neither

11   attorney nor counsel for, nor related to or

12   employed by any of the parties to the action in

13   which this deposition was taken, and further that

14   I am not a relative or employee of any attorney or

15   counsel employed in this case nor am I financially

16   interested in this action.

17

18          THE FOREGOING CERTIFICATION OF THIS
     TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF
19   THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT
     CONTROL AND/OR DIRECTION OF THE CERTIFYING
20   REPORTER.

21

22          *[signature: Pamela J. Carle]*

23

24   _____
             Pamela J. Carle, LCR, RPR, CRR
25