**Exhibit J**

**Text From Voris to Balestrieri**

## Michael Voris
12:26 PM, Jun 15

Marc - you are committing perjury.
You know you write that article.
What you don't know is this morning
we found proof - your digital
fingerprints - all totally documented
- on that article.
Remember the email address -
TomMoore@Churchmilitant.com.?
We have all the receipts.
You go thru with this and we will
rain down on you publicly.
You are a liar, and a Welch.