**Exhibit N**

**Voris Deposition Excerpts**

# In the Matter of:

*Very Reverend Georges F. de Laire, J.C.L. vs*

*Gary Michael Voris, et al.*

*Gary Michael Voris*

*February 08, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



1              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
2
          CIVIL ACTION NO. 1:21-cv-00131-JL
3
   --------------------------------x
4
   VERY REVEREND GEORGES F. de
5  LAIRE, J.C.L.,

6                  Plaintiff,

7      v.

8  GARY MICHAEL VORIS, ANITA CAREY,
   ST. MICHAEL'S MEDIA a/k/a CHURCH
9  MILITANT,

10                 Defendants.

11 --------------------------------x

12

13

14  VIDEOTAPED 30(B)(6) DEPOSITION OF ST. MICHAEL'S MEDIA

15     A/K/A CHURCH MILITANT BY GARY MICHAEL VORIS,

16    AND GARY MICHAEL VORIS, INDIVIDUALLY, DAY 2

17              Conducted Remotely

18               2900 Hilton Road

19              Ferndale, Michigan

20              February 8, 2023

21            10:06 a.m. to 6:09 p.m.

22

23

24  Reporter:   Laurie J. Berg, CCR, RPR, CRR, CLR, CER

O'Brien & Levine, A Magna Legal Services Company
888.825.3376 - production@court-reporting.com

Very Reverend Georges F. de Laire, J.C.30(b)(6)Videotaped          Gary Michael Voris
Gary Michael Voris, et al.                                        February 08, 2023

278

```
 1                    A P P E A R A N C E S

 2

 3          Suzanne M. Elovecky, Esquire
            PARTRIDGE SNOW & HAHN, LLP
 4          30 Federal Street
            Boston, Massachusetts  02110
 5          617.292.7900
            selovecky@psh.com
 6          (Present via videoconference.)

 7       COUNSEL FOR PLAINTIFF

 8          Kathleen H. Klaus, Esquire
            MADDIN, HAUSER, ROTH & HELLER, P.C.
 9          28400 Northwestern Highway
            2nd Floor
10          Southfield, Michigan  48034-1839
            248.354.4030
11          kklaus@maddinhauser.com
            (Present via videoconference.)
12
                  -and-
13
            Neil B. Nicholson, Esquire
14          NICHOLSON LAW FIRM, PLLC
            58 North State Street
15          Post Office Box 41371 48034
            Concord, New Hampshire  03302-4137
16          603.932.7872
            neil@nicholson-lawfirm.com
17          (Present via videoconference.)

18          COUNSEL FOR DEFENDANTS

19   Also Present:

20          Father Georges F. de Laire
            (Present via videoconference.)
21
            Christine Niles, Esquire
22          (Present via videoconference.)

23          Luc-Bernard Val, Legal Video Specialist
            (Present via videoconference.)
24
```

458

1  don't know if it's a video script or an article

2  script, I can't remember.

3              MS. ELOVECKY:  Okay.  For the record,

4  there -- there wasn't an article that was similar to

5  this that was produced along with the other articles

6  that were produced, purportedly having been either

7  authored by or contributed to by Balestrieri, and I

8  also searched the Church Militant website and wasn't

9  finding this.  It's -- it's not -- not really that

10 relevant.  Just for the purpose of the record, I

11 haven't seen that it was published.

12             BY MS. ELOVECKY:

13      Q.  But I'd like to just turn our attention to

14 the e-mail.  So if you look at the bottom of CM1284,

15 which is on your screen now, Christine Niles states,

16 "I will publish this under your pseudonym Tom Jones.

17 Michael, do you want this up today?"

18             Did I read that correctly?

19      A.  (Deponent viewing exhibit.)  Yes, you did.

20      Q.  And when you go up about to -- like one-third

21 down the page, Ms. Niles corrects herself and says,

22 "Sorry, I meant Tom Moore."

23             Do you see that?

24      A.  (Deponent viewing exhibit.)  Yes, I do.

459

1      Q.   Okay.  And so, do you know if Mr. Balestrieri

2   ever did publish anything on the Church Militant

3   website under the name Tom Moore?

4      A.   I don't remember, but the Tom Moore name was

5   a name he and I came up with very early on just to be

6   able to refer to him, not in a publication fashion,

7   but just to sorta keep his identity secret from, you

8   know, people who would be interested in finding out

9   where we were getting information from.

10          So there was a time -- I don't remember when

11   we stopped doing it, but there was a time, for a very

12   long time, where he was actually in my phone as Tom

13   Moore.

14      Q.   Okay.  Now, if you go -- so I -- we just

15   pointed out that e-mail a third of the page down from

16   Ms. Niles, but I want to go the one below that, which

17   was Monday, April 23rd, 2018, at 11:35 a.m.

18          Do you see that?

19      A.   (Deponent viewing exhibit.)  Yes, I do.

20      Q.   Okay.  All right.  So I guess there, she's

21   saying, "Isn't that the name you approved of with Mike

22   Sherry?"

23          Did I read that correctly?

24      A.   (Deponent viewing exhibit.)  Yes, that's

460

```
 1  correct.

 2        Q.   Who is Mike Sherry?

 3        A.   He's our IT guy.

 4        Q.   Okay.  And so, are you aware of

 5  Mr. Balestrieri ever publishing on the Church Militant

 6  website under the name Tom Jones, which was the m --

 7  the misstated one, right?

 8        A.   I -- yeah, I don't believe so.

 9        Q.   Okay.  And then when you look at the top of

10  the pa -- the top e-mail on the page, Mr. Balestrieri

11  states, "After reflection, let's use the pseudonym and

12  pen name of a purported priest to try and throw off

13  the scent, like 'Rev. Michael X.'"

14             Did I read that correctly?

15        A.   (Deponent viewing exhibit.)  That's correct.

16        Q.   Okay.  And he did, in fact, publish under

17  that name; isn't that right?

18        A.   I believe so.  I -- if you tell me so, yes,

19  because I'm pretty sure I have a memory of that, but I

20  don't -- I couldn't -- I'm under oath, I don't want to

21  say that I know for certain, but I'm pretty sure

22  that's correct.

23        Q.   We will scroll through the articles that were

24  produced and you'll see that that was the case, but
```

Very Reverend Georges F. de Laire, J.C.30(b)(6)Videotaped          Gary Michael Voris
Gary Michael Voris, et al.                                        February 08, 2023

461

```
 1   we'll --
 2        A.   Okay.
 3        Q.   -- look at it on the record.  So --
 4        A.   I shall take your word.
 5        Q.   Well, you won't have to.  I'll show you, so.
 6             (Laughter.)
 7             BY MS. ELOVECKY:
 8        Q.   And then he also states, "That way a lot of
 9   suspicion would be directed to all canonists in the
10   U.S. called Michael --
11        A.   (Deponent viewing exhibit.)  Mm-hmm.
12        Q.   -- plus it's a great patronal name, right"
13   question mark.
14             Did I read that correctly?
15        A.   (Deponent viewing exhibit.)  Yes, you did.
16        Q.   Okay.  So do you have any understand -- well,
17   when you received this e-mail, did you have any
18   understanding of what he meant by to tro -- "try to
19   throw off the scent"?
20        A.   Well, sure, because the information that he
21   is providing in this script is very sensitive
22   information that bishops and chanceries keep very
23   close to their vest for the obvious reason.  And
24   again, you have to kind of step outside of the e-mail
```

Very Reverend Georges F. de Laire, J.C.30(b)(6)Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

462

1  particular for a moment and look at the context.

2          The context is that the sacrament of marriage

3  in the church and the Catholic teaching in the church

4  is, if you are validly -- I'm sorry -- if you are

5  married in the church, the presumption is it is a

6  valid marriage and you are married until one of you

7  dies.

8          The annulment process is engaged in by a

9  couple who come to believe, rightly or wrongly, that

10  they were never validly married.  So -- and if they

11  weren't validly married, then they're not married in

12  the church.  They might be civilly married, and that's

13  disposed of with a divorce, but in the sacramental

14  realm, they would be -- the marriage would have to be

15  annulled.

16          So you approach the church, normally, your

17  home diocese, and you say, I'm -- we or I am appealing

18  my case or filing my case to have our marriage

19  declared null and void, as in it never happened to

20  begin with.  Despite the fact that you may have, you

21  know, a nice church wedding, a nice reception and

22  honeymoon and you've had kids and the whole bit,

23  something comes up, down the road, a piece of

24  information arises in the course of the couple

463

 1 | believing they are married, which raises the question

 2 | in, at least one of their minds, hey, are we actually

 3 | validly married?

 4 |         So, for example, if -- if one party, husband

 5 | or wife, knew at the time of the wedding, the

 6 | marriage, that they never intended to have children

 7 | and they withheld that information from their spouse,

 8 | that's grounds for an annulment, because in Catholic

 9 | teaching, for a marriage to be valid, there's a number

10 | of conditions, but one of them has to be, is -- that

11 | you have to be open to the -- you know, to having

12 | children.

13 |         Now, obviously, some marriages don't --

14 | whatever, there's health issues, that doesn't make the

15 | marriage invalid and null.  It just means that the

16 | health reasons prevented it.  But if you could get

17 | pregnant, you would have the baby or babies.

18 |         But if you walk into it with the intention of

19 | defying the church's teaching and you just keep that

20 | to yourself and you don't reveal it to either your

21 | husband or your wife and it comes out later on, that

22 | marriage is invalid.

23 |         So the injured party, who did want children,

24 | does want children, would go appeal to the church, to

464

1  the diocese and say, hey, here's my situation; she

2  lied or he lied, whatever it is.  And so, you know, I

3  wanted children and they never did and they lied to me

4  about it, so the church would grant the -- would grant

5  the annulment, meaning the marriage never occurred,

6  sacramentally, to begin with, so both parties are now

7  free to go marry.

8          Those -- but there are also many abuses in

9  the realm of people filing for annulments and many

10 people in the church, including, for example,

11 Cardinal Burke, who has given many talks on this topic

12 around the country and at the Canon Law Society of

13 America dinners and conferences, are -- many people

14 are on the record as saying that the staffs in

15 individual chanceries, when it comes to annulment

16 cases, are ridiculously understaffed and very poorly

17 educated, and they're handing out annulments like

18 candy, meaning they shouldn't be doing them, but

19 they're just -- they're overwhelmed and overworked and

20 they have no idea what they're doing.  They're

21 completely incompetent.

22          So that's what we're -- that's what the point

23 of this discussion he and I had was, and that's what

24 this first article or script was pointing to.  So you

Very Reverend Georges F. de Laire, J.C.30(b)(6)Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

465

1 might imagine, you know, living proof of the

2 incompetence charge that half the dioceses are giving

3 out an annulment to every single case that comes

4 before them and then, of the remaining half, it's

5 through the roof with them as well.  That's quite a

6 black eye on the part of the church.

7         And the only people who would know this

8 information are the canonists themselves, like, in

9 this case, Marc, and other canonists that we have

10 discussed this with who -- besides Marc, who also

11 agree with that take, that the -- they're -- they're

12 loaded with incom -- I mean, Cardinal Burke has

13 standed up -- stood up and given speeches about this.

14 He's talked in the general, when he talks about that,

15 but Marc and other canonists have given us the names

16 of horrible -- many canonists, as a matter of fact,

17 have given us the names of people working in the

18 annulment area of various dioceses, multiple dioceses,

19 and all of it lines up.

20         And the only way to prove that it lines up is

21 to have these actual numbers, which the church doesn't

22 want people seeing, because it makes the case that

23 you're incompetent, you're screwing around with the

24 sacraments, which is the life blood of the church,

466

1  you're -- you bishops are not doing the job you should

2  be doing.

3          So, you know, you're not keeping guard over

4  people's souls and the -- and the authenticity of the

5  sacraments and, you know, you're causing families to,

6  you know, break up and, you know -- you know,

7  fatherless kids and one thing after another and all

8  the ills that fall from this sort of thing, well, it

9  becomes pretty clear pretty fast why nobody who's

10 relaying this information to us would want to have

11 their name attached to it.

12     Q.  And it's your testimony that you received

13 this information from Mr. Balestrieri but also other

14 -- also other canonists --

15     A.  That's correct.

16     Q.  -- is that correct?

17     A.  That's correct, yes.

18     Q.  Okay.  And what is the purpose, if you

19 know -- strike that.

20          What was your understanding in April of 2018

21 as to why publishing under a pseudonym was favorable

22 to just publishing anonymously, such as with the

23 Church Militant byline?

24     A.   Because it proves that -- it -- it attaches a

Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

467

```
1   -- an office to the material -- as in Reverend,

2   attaches an -- an office to the material, which gives

3   us a greater weight that it's actually authentic.

4        Q.   And what is the office that the word

5   "Reverend" implies?

6        A.   Priest.

7        Q.   But that's not true, is it?

8        A.   What -- what's not true, Reverend?

9        Q.   That Marc Balestrieri is a priest?

10       A.   No, it's also true his name isn't Tom Moore

11  or Michael X.

12       Q.   So the purpose was to attach an office to the

13  author of this article which was not genuine, correct?

14       A.   Correct.

15       Q.   Okay.

16       A.   The -- our -- our concern wasn't the -- our

17  concern was that, is the information accurate and is

18  it authentic, as in it can be authenticated by

19  somebody who knows and that is what we were going to

20  do here, I don't know that we actually did it as you

21  said, if this never actually made it to print.  But

22  anyway, yes, that would've been the -- that would've

23  been my thinking, certainly, behind it.

24       Q.   And there was no concern that the readership
```

468

1  was being misled to thinking that an article was being

2  written by a priest when it was not --

3        A.   No.

4        Q.   -- is that accurate?

5        A.   No.  No.  Yeah, that -- that is accurate.

6  No, there wouldn't be -- again, it's the information.

7  It's the story that matters.

8           I mean, you know, from a -- from a

9  journalistic standpoint, I mean, think of the Pentagon

10 papers or, you know, Deep Throat with Watergate or any

11 of those things.  The point is, even the -- even the

12 fact-checkers at the New York Times had to make crap

13 up when it came to the Russia, Russia, Russia stuff

14 and to convince their public that the information was

15 accurate, they attributed it to inside sources, when

16 the whole thing was a pack of lies.

17          But nonetheless, in this case, we happen to

18 know it wasn't lies, because not only was Marc, who

19 was a person who had deep knowledge of this stuff, but

20 also other canonists who were able to verify all of

21 this information for us.  So it's not a question of

22 being deceptive about the author, it's a question

23 about being accurate about the information from an

24 authoritative source.

592

```
 1  COMMONWEALTH OF MASSACHUSETTS

 2  MIDDLESEX, SS.

 3

 4          I, Laurie J. Berg, Certified Court Reporter,

 5  Registered Professional Reporter, Certified Realtime

 6  Reporter, Certified LiveNote Reporter, Certified

 7  eDepoze Reporter and Notary Public, in and for the

 8  Commonwealth of Massachusetts, do hereby certify that

 9  pursuant to appropriate notice of taking deposition,

10  there remotely appeared before me the following named

11  person, to wit:  GARY MICHAEL VORIS, who was by me

12  duly sworn; that he was thereupon examined upon his

13  oath and his examination reduced to writing by me; and

14  that the deposition is a true record of the testimony

15  given by the witness.

16          IN WITNESS WHEREOF, I have hereunto set my

17  hand and seal this 20th day of February, 2023.

18

19  My commission expires:

20  September 14, 2023

21

22

23  _____

24          Notary Public
```