# Exhibit P

# Screenshot of Ownership of Article

# Share "VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY"

Add people and groups

**People with access**

 tommoore@churchmilitant.com
tommoore@churchmilitant.com — Owner

 Christine Niles (you)
christineniles@churchmilitant.com — Editor

**General access**

 St. Michael's Media
Anyone in this group with the link can view — Viewer