## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. DE LAIRE, J.C.L.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GARY MICHAEL VORIS; ANITA CAREY; ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI,<br><br>　　　　Defendants. | Case No. 1:21-CV-00131-JL |

## **INDEX OF EXHIBITS TO RESPONSE TO EMERGENCY MOTION**

| | |
|---|---|
| Exhibit 1 | Christine Niles State of Indiana Attorney Profile |
| Exhibit 2 | Voris Deposition pages 549 – 551 |
| Exhibit 3 | Response to Request for Production No. 30 |
| Exhibit 4 | CM 1390 |
| Exhibit 5 | Metadata showing authorship of January Article |
| Exhibit 6 | Transcript of June 15, 2023 (12:15) hearing |
| Exhibit 7 | June 11, 2023 email |