# EXHIBIT 1

03256463 v1

# Indiana Roll of Attorneys

The Roll of Attorneys is the listing of all attorneys licensed to practice law in Indiana. Search for attorneys by name or attorney number. Each attorney's record includes license status, disciplinary history, contact information the attorney has chosen to display, and any other names the attorney has practiced under.

| « Back | New search (/rollofattorneys) | Refine search |

## Christine Le Niles

**Attorney number:** 26759-49

### Status information

**License status:** Inactive In Good Standing

**Status date:** 06-06-2016

**Admit date:** 04-20-2007

### E-filing & e-service information

This attorney is not available for electronic service through the statewide e-filing system (https://www.in.gov/judiciary/efile). You must serve this attorney conventionally. See Trial Rule 86 (https://www.in.gov/judiciary/rules/trial_proc) and Appellate Rule 68 (https://www.in.gov/judiciary/rules/appellate).

### Contact information

**Firm name:** St. Michael's Media

**Address 1:**

**Address 2:**

**Address 3:**

**City:**

**State:**

**Zip:**

**Phone:**

**Email:**

### Disciplinary information

This attorney has no disciplinary history.

*Any disciplinary history available here dates back to July 1, 2011; disciplinary information prior to that date is only available from the Appellate Clerk's Office. If an attorney has any disciplinary history, at least one case will be listed above, but this list does not necessarily represent a complete disciplinary history.*

## 🛈 Notice

The Roll of Attorneys search tool is provided by the Office of Judicial Administration (OJA) to deliver specific attorney information to the public. Attorneys are required (https://www.in.gov/judiciary/portal/ad-rule2.html) to provide their correct name, county of residence, and contact information (including email address) to the OJA. Attorneys are responsible for updating their information displayed on this web site, and may do so on the Courts Portal (http://portal.courts.in.gov).