# EXHIBIT 3

03256463 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. DE LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS; ANITA CAREY; ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, <br><br> Defendants. | Case No. 1:21-CV-00131-JD |

### ST. MICHAEL'S MEDIA A/K/A CHURCH MILITANT
### RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION

Defendant, St. Michael's Media a/k/a Church Militant ("Church Militant"), by and through its counsel, submits the following as its responses to Plaintiff's Second Set of Requests for Production dated December 1, 2022:

**Request for Production No. 25**:   All text messages, SMS, MMS, or any other messages exchanged on a text messaging service (*e.g.*, WhatsApp, Signal, Telegram), between you and Marc Balestrieri from January 1, 2018 to present, about, concerning, regarding, referring to or relating to Plaintiff Father de Laire.

**RESPONSE:  Church Militant objects to this request to the extent it calls for the disclosure of documents protected by the attorney client privilege or the work product doctrine.  Subject to these objections, Church Militant state that it has no responsive documents.**

**Request for Production No. 26**:   All text messages, SMS, MMS, or any other messages exchanged on a text messaging service (*e.g.*, WhatsApp, Signal, Telegram), between you and

Marc Balestrieri from January 1, 2018 to present, about, concerning, regarding, referring, or relating to this lawsuit.

**RESPONSE: Church Militant objects to this request to the extent it calls for the disclosure of documents protected by the attorney client privilege or the work product doctrine. Subject to these objections, Church Militant state that it has no responsive documents.**

**Request for Production No. 29**:   All e-mails, letters, faxes, notes or any other written documents and communications between you and Mark Balestrieri from January 1, 2018 to present, about, concerning, regarding, referring, or relating to Plaintiff Father de Laire.

**RESPONSE:   Church Militant objects to this request to the extent it seeks information protected from discovery under the attorney work product doctrine.  Subject to these objections, Church Militant will produce non-privileged responsive documents.**

**Request for Production No. 30**:   All e-mails, letters, faxes, notes or any other written documents and communications between you and Mark Balestrieri from January 1, 2018 to present concerning, regarding, referring, or relating to Mr. Balestrieri writing for Church Militant.  To the extent you claim any privilege, please produce a log containing information regarding the nature of the documents or communications being withheld in a manner that will allow for assessment of the privilege claim.  See Instruction No. 11.

**RESPONSE: Church Militant objects to this request to the extent it seeks information protected from discovery under the attorney work product doctrine.  Subject to these objections, Church Militant will produce non-privileged responsive documents.**