# EXHIBIT 4

03256463 v1

## Re: Tom Moore in cephas

Simon Rafe <simonrafe@churchmilitant.com>
To: Christine Niles <christineniles@churchmilitant.com>

Mon 4/23/2018 11:05 AM

**tommoore@churchmilitant.com**
LexTalionis

:)

--
"As for you, little child, you shall be called a prophet of the Most High" ~ Luke 1:76

***This email and any files transmitted with it are confidential and intended solely for the individual(s) addressed. Disclosing, copying, distributing, or taking any action in reliance on the contents of this information without permission is prohibited.***

------ Original Message ------
From: "Christine Niles" <christineniles@churchmilitant.com>
To: "Simon Rafe" <simonrafe@churchmilitant.com>
Sent: 4/23/2018 11:02:57 AM
Subject: Tom Moore in cephas

Hi, Simon. Marc is starting to write regularly for the news team. Could you please add as an author the name Tom Moore as soon as possible so I can start publishing under his name? Thanks.

Christine Niles

**CONFIDENTIAL**

**CM 1390**