# EXHIBIT 5

03256463 v1

Share "VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY"

Add people and groups

People with access

T

**tommoore@churchmilitant.com**
tommoore@churchmilitant.com

Owner

January 17, 2019, 8:28 AM

100%

Total: 1 edit

# VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY

NEWS: COMMENTARY

by Church Militant • ChurchMilitant.com • January 17, 2019 0 Comments

## Official abuses Power of Office to Corrupt the Faith and persecute Faithful

In a disturbing turn of events, a chancery official of the diocese of Manchester, New Hampshire has changed a solemnly defined dogma of the Faith into a heresy.

Version history

All versions

JANUARY 2019

January 17, 2019, 8:28 AM
Current version
Tom Moore

January 17, 2019, 8:27 AM
Tom Moore

Show changes

# VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY

NEWS

## Official abuses Power of Office to Corrupt the Faith and persecute Faithful

## Who has access

CHURCH
MILITANT

Owned by tommoore. Shared with St. Michael's Media and Christine Niles.

 # VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY

Details Activity Approvals

Dimech imposed upon Mancinelli upon members of the Saint Benedict Center, a community [illegible] devoted for decades and even working [illegible] and personal sacrifice to spread the Church's infallible teaching on the need for all souls to join the Church in order to be saved.

The teaching was raised to the level of a solemnly defined Dogma of Divine and Catholic Faith (*De Fide Divina et Catholica* [illegible] *Definita*) by none other than Pope Boniface VIII in November 1302, in what the historian Brian Tierney calls "the most famous of all the documents on church and state" called *Unam Sanctam* ("One Body"). Pope Boniface VIII, exercising the plenitude of his apostolic power, defined that "*Extra Ecclesiam Nulla Salus*" — "Outside the Church there is no salvation."

Even the Second Vatican Council and the current Catechism of the Catholic Church, in art. 846, confirm that this most ancient of core teachings of the Church remains valid:

> Basing itself on Scripture and Tradition, the Council teaches that the Church, a pilgrim now on earth, is necessary for salvation: the one Christ is the mediator and the way of salvation; he is present to us in his body which is the Church. He himself explicitly asserted the necessity of faith and Baptism, and thereby affirmed at the same time the necessity of the Church which men enter through Baptism as through a door. (*Lumen Gentium* 14)

## Who has access

Owned by tommoore. Shared with St. Michael's Media and Christine Niles.

 VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY

X

Details | Activity | Approvals

Owner
tommoore

Modified
Jan 16, 2019 by

Opened
Jun 15, 2023 by me

Created
Jan 16, 2019

Download permissions
Viewers can download

Share "VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY"

Add people and groups

People with access

tommoore@churchmilitant.com
tommoore@churchmilitant.com

Owner

Christine Niles (you)
christineniles@churchmilitant.com

Editor

General access

St. Michael's Media
Anyone in this group with the link can view

Viewer

Share "VICAR OF MANCHESTER CHANGES DOGMA INTO HERESY"

Add people and groups

People with access

T
tommoore@churchmilitant.com
tommoore@churchmilitant.com

Owner

Christine Niles (you)
christineniles@churchmilitant.com

Editor

General access

St. Michael's Media
Anyone in this group with the link can view

Viewer