# EXHIBIT 7

03256463 v1

**From:** Suzanne Elovecky <selovecky@psh.com>
**Sent:** Tuesday, July 11, 2023 1:32 PM
**To:** Kate Klaus <KKlaus@maddinhauser.com>
**Subject:** RE: Balestrieri Deposition

[EXTERNAL EMAIL]
That is fine with me.  You saw my email of yesterday – no response to that. Up to you if you want to float the specter of seeking sanctions if he fails to show.

**From:** Kate Klaus <KKlaus@maddinhauser.com>
**Sent:** Tuesday, July 11, 2023 1:30 PM
**To:** Suzanne Elovecky <selovecky@psh.com>
**Subject:** [EXTERNAL] RE: Balestrieri Deposition

Any objection to me sending Marc the following:

***The parties and their counsel will be traveling at significant expense to attend the deposition.  If you're not going to appear, please so advise.***

**From:** Suzanne Elovecky <selovecky@psh.com>
**Sent:** Tuesday, July 11, 2023 1:05 PM
**To:** mtierney@wadleighlaw.com
**Cc:** Kate Klaus <KKlaus@maddinhauser.com>
**Subject:** Balestrieri Deposition

[EXTERNAL EMAIL]
Michael,

As far as we know, the deposition of Marc Balestrieri is still proceeding tomorrow.  Both Kate Klaus and I have emailed him to confirm.  He has not responded to either of us, but we are proceeding as if he will be adhering to the agreement entered in court.  I know your associate was at the court hearing where the deposition subpoena was served, but I did not get her name/card to include her on this email.

You and/or your colleague is still welcome to attend.  While the plan is for most folks to be in person, we are getting a Zoom link for those who cannot travel, and I can provide that to you later today when received.  The deposition begins at 8 a.m.

Thanks.



**Suzanne M. Elovecky**
Partner
**Partridge Snow & Hahn LLP**
30 Federal St.
Boston, MA 02110
t: 857-214-3097 · f: 617-292-7910
**selovecky@psh.com**
**Learn more about our lawyers at psh.com**