**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| |
|---|
| VERY REVEREND GEORGES F. DE LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS; ANITA CAREY; ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI, <br><br> Defendants. |

Case No. 1:21-CV-00131-JD

### KATHLEEN H. KLAUS AND NEIL B. NICHOLSON'S MOTION TO WITHDRAW AS COUNSEL FOR GARY MICHAEL VORIS, ANITA CAREY AND ST. MICHAEL'S MEDIA, INC.

Pursuant to Local Rule 83.6(d), Kathleen H. Klaus and Neil B. Nicholson (jointly, "Counsel") state as follows for their Motion to Withdraw as Counsel for Gary Michael Voris, Anita Cary and St. Michael's Media, Inc.:

1.      Recent events that have transpired in the litigation have created an unwaivable conflict between Counsel and their clients, under New Hampshire Rule of Professional Conduct 1.7(a).

2.      Counsel believes this conflict bars them from taking any further action on behalf of their clients.

3.      Counsel has notified their clients of their intent to file the instant motion and withdraw as counsel.

4.      Counsel has also advised their clients that, if the Court grants the instant motion, they will need to secure substitute counsel.

2

WHEREFORE, there being no just cause otherwise, Kathleen H. Klaus and Neil B. Nicholson respectfully ask the Court to enter an order allowing them to withdraw as counsel for Gary Michael Voris, Anita Carey and St. Michael's Media, Inc.

Respectfully submitted,

MADDIN, HAUSER, ROTH & HELLER, P.C.

*/s/ Kathleen H. Klaus*
Kathleen H. Klaus (MI Bar #67207)
*Pro Hac Vice*
Attorney for Michigan Defendants
28400 Northwestern Hwy, 2nd Floor
Southfield, MI 48034
(248) 359-7520
kklaus@maddinhauser.com

NICHOLSON LAW FIRM, PLLC

*/s/ Neil B. Nicholson*
Neil B. Nicholson (NH Bar #18341)
Attorney for Michigan Defendants
58 North State Street
P.O. Box 4137
Concord, NH 03302
(603) 856-8441
neil@nicholson-lawfirm.com

Dated:  August 10, 2023