# **EXHIBIT 2**





**Me**
4:15 PM, Sep 9

Marc - De Laire's attorneys are filing a motion for alternative service, because they have been unable to locate you. They will be asking for alternative service via regular US mail, by email and finally by publication. Publication means they publish in a national newspaper your name and the fact that they plan on suing you. That is supposed to give you sufficient notice. If you don't respond to that, there's a default judgment against you - meaning you lose. So you may want to reconsider your strategy.





**Marc Balestrieri**

Wednesday, August 25, 2021

> Hi, Marc. Hope you are well. We need to schedule a meeting. The court ruled against us, and we are required to prove sources in Rome called Father de Laire a troublemaker, etc. We need to meet to discuss options.

4:15 PM

Thursday, August 26, 2021

> Please respond. Kate has also been trying to contact you. If we don't get some Rome sources, we have no choice but to reveal



**Marc Balestrieri**

publish in a national newspaper your name and the fact th

View all

I am sending you this text as a service to you, so that you are aware of what de Laire's attorneys are trying to do.

4:15 PM

On second thought Marc, we think it best you handle this on your own with no input from us. Our two cases - while obviously related - deal with two different issues. One is yours specifically.

5:54 PM



**Marc Balestrieri**

Does that mean that Fr. de Laire now has learned who the "source" is? That such information is no longer under the protective order?  4:12 PM

He actually already knew it was you from the very beginning - based on details in the article itself  4:12 PM

Please reply ..  4:13 PM

The judge agreed to add you as a plaintiff - so yes, that means you will be named. We tried to fight it, but the judge disagreed.



**Marc Balestrieri**

> The judge agreed to add you as a plaintiff - so yes, that means you will be named. We tried to fight it, but the judge disagreed with us

> You will have to hire a civil attorney
4:14 PM

I can't. You know my situation.
4:15 PM

> We have no control over how the court orders things. We can only do our best
4:15 PM

> You could try fighting this pro se and representing yourse[lf]
4:16 PM



Marc Balestrieri

Thursday, August 26, 2021

Please respond. Kate has also been trying to contact you. If we don't get some Rome sources, we have no choice but to reveal your name to de Laire's attorneys. It would be attorney's eyes only, so de Laire would not know, nor would the public.

1:00 PM

We can avoid that if we get names and affidavits from Rome sources. You're the only one with acces...



**Marc Balestrieri**

I was not the original source(s) of the information pertaining to Fr. de Laire. I'm shocked that Kate was not able to protect me from being authorized to be added to the suit. 9:32 PM

I have never received to date any summons or subpoena in the matter, nor should someone asserted by an adverse party as being a source acting within the *ministerial privilege* have to. I can't afford to hire a lawyer to defend me, all of my means are



**Marc Balestrieri**
9:38 PM, Jun 6

I have never received to date any summons or subpoena in the matter, nor should someone asserted by an adverse party as being a source acting within the *ministerial privilege* have to. I can't afford to hire a lawyer to defend me, all of my means are going to provide for the medical care of my ailing mother.



**Marc Balestrieri**

Thursday, May 5, 2022

Hi, Marc. Just making sure you saw this.

https://www.churchmilitant.com/news/article/emails-show-collusion-between-nh-priest-and-journalist

8:35 AM

Emails Show Collusion
Fr. Georges de Laire was source fo...
www.churchmilitant.com

Also, de Laire is seeking to add you as a defendant. We have opposed that. But Kate thought you should at least know they are trying to a[dd]









