```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Georges F. de Laire

    v.                                              Case No. 21-cv-131-JL

Gary Michael Voris, et al.

## NOTICE

To Defendants, Gary Michael Voris and Anita Carey

    Your attorneys, Kathleen H. Klaus and Neil Nicholson, have withdrawn from representing you in this case.

    On or before Friday, September 15, 2023, you shall have your new attorney file an appearance in this case on your behalf or, in the alternative, you shall file an appearance to proceed pro se, that is, by representing yourself without an attorney. See Local Rule 83.6. You are under no obligation to retain an attorney, and instead, you may represent yourself in this case.

    If no new appearance is filed by an attorney or you do not file an appearance to proceed pro se by Friday, September 15, 2023, the case will be referred to the clerk of court for entry of default. Fed. R. Civ. P. 55(a).

                                        /s/ Kellie Otis
                                        Kellie Otis
                                        Deputy Clerk

August 25, 2023

Cc: Counsel of Record