UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Georges F. de Laire</u>

    v.                                                       Case No. 21-cv-131-JL

<u>Gary Michael Voris, et al.</u>

<u>NOTICE</u>

TO:  Defendant, St. Michael's Media, a/k/a Church Militant

    Court records indicate the withdrawal of Kathleen H. Klaus and Neil B. Nicholson, Esq. as your counsel.

    An appearance by new counsel of record must be filed by September 15, 2023.  *See* Local Rule 83.6(c) and (d).  If no new appearance is received by the time specified, the file will be referred to a judicial officer for further action.

                                                          <u>/s/ Kellie Otis</u>
                                                          Kellie Otis
                                                          Deputy Clerk

Date: August 25, 2023

cc:  Counsel of Record