UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI <br><br> Defendants. | Civil Action No. 1:21-cv-00131-JL |

**MOTION FOR ADMISSION OF ATTORNEY**
**MARC J. RANDAZZA *PRO HAC VICE* PURSUANT TO LR 83.2(b)**

Attorney Richard J. Lehmann ("Movant") of the law firm Lehmann Major List PLLC respectfully requests that this Court enter an Order pursuant to LR 83.2(b) authorizing Attorney Marc J. Randazza of Randazza Legal Group, PLLC to be admitted pro hac vice to appear and practice before this Court as counsel to Defendants Gary Michael Voris, Anita Carey, and St. Michael's Media a/k/a Church Militant in this case. In support of this Motion, Movant states as follows:

1. Movant is a member in good standing of the bar of the State of New Hampshire. Movant is in good standing with all courts in which he is admitted.

2. Mr. Randazza is not a member of the United States District Court for the District of New Hampshire. Mr. Randazza is a member in good standing of the courts in the Commonwealth of Massachusetts, the State of Florida, the State of California, the State of Arizona, and the State of Nevada.

3. At all times during his *pro hac vice* admission, Mr. Randazza will remain associated with me in this matter. I will remain available to receive service of all process, notices, and other papers related to this action, and I will sign all filings submitted to the Court. I will attend all proceedings unless excused by the Court.

4. The requisite fee is being paid along with the submission of this Motion.

5. Counsel for Plaintiff does not consent to the relief sought in this motion.

Wherefore, Movant requests that this Court enter an order authorizing Attorney Marc J. Randazza to be admitted *pro hac vice* to appear and practice before this Court as counsel to Defendants Gary Michael Voris, Anita Carey, and St. Michael's Media a/k/a Church Militant.

Dated: September 15, 2023.    Respectfully submitted,

/s/ Richard J. Lehmann
Richard J. Lehmann (Bar No. 9339)
Lehmann Major List PLLC
6 Garvin Falls Road
Concord, N.H. 03301
Tel: (602) 715-2516
rick@nhlawyer.com

Marc J. Randazza (*pro hac vice* pending)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776
ecf@randazza.com

Attorneys for Defendants
Gary Michael Voris, Anita Carey, and
St. Michael's Media a/k/a Church Militant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Richard J. Lehmann
RICHARD J. LEHMANN

RANDAZZA | LEGAL GROUP