# <u>EXHIBIT 1</u>

(Church Militant's Initial Responses to First Request for The Production of Documents)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

VERY REVEREND GEORGES F. DE LAIRE, J.C.L.,

      Plaintiff,

v.

GARY MICHAEL VORIS; ANITA CAREY; ST.
MICHAEL'S MEDIA a/k/a CHURCH MILITANT,

      Defendants.

Case No. 1:21-CV-00131-JD

## ST. MICHAEL'S MEDIA A/K/A CHURCH MILITANT RESPONSES TO VERY REVEREND GEORGES F. DE LAIRE, J.C.L.S. FIRST REQUESTS FOR PRODUCTION

Defendant, St. Michael's Media a/k/a Church Militant, by and through its counsel, submits the following as its responses to the Very Reverend Georges F. De Laire, J.C.L.'s First Requests for Production dated June 28, 2021:

1.      All documents related to the investigation, writing, and publication of the article entitled "NH Vicar Changes Dogma Into Heresy," published on January 17, 2019, including but not limited to all notes, recordings of interviews, communications about the article, and records related to discussions with sources.

**RESPONSE:**  **Church Militant objects to this request because it is overbroad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.**

2.      All documents related to the investigation, script writing, and publication of the video entitled "The Vortex" Attacking the Good Guys," published on April 15, 2019, including but not limited to all notes, recordings of interviews, communications about the video, and records related to discussions with sources.

**RESPONSE:  Church Militant objects to this request because it is overbroad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.  Church Militant further objects because the request seeks information that is not relevant and not likely to lead to the discovery of admissible evidence.**

3.      All documents related to the investigation, writing, and publication of the article entitled "NH Diocese Violates Parishioners' Rights to Demolish Church," published on June 25, 2019, including but not limited to all notes, recordings of interviews, communications about the video, and records related to discussions with sources.

**RESPONSE:  Church Militant objects to this request because it is overbroad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.  Church Militant further objects because the request seeks information that is not relevant and not likely to lead to the discovery of admissible evidence.**

4.      Copies of all articles and videos published, posted, or promoted on the Church Militant Website which mention or discuss Father de Laire.

**RESPONSE:  All responsive documents are found on Church Militant's public website.**

5.      Copies of all drafts of articles and videos, whether published or unpublished, authored in whole or in part by a Church Militant employee or representative which discus, describe, or mention Father de Laire.

**RESPONSE:  Other than those produced in response to Request 4, Church Militant has no responsive documents in its custody or control.**

6.      All communications to or from any and all Church Militant employees which in any way discusses or references Father de Laire.

**RESPONSE:  Church Militant objects to this request because it is overbroad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.  Church Militant further objects because the request seeks information that is not relevant and not likely to lead to the discovery of admissible evidence.**

7.      All communications with any source who provided information about Father de Laire in connection with the publication of the article "NH Vicar Changes Dogma Into Heresy," attached as Exhibit C to the Complaint.

**RESPONSE:  Church Militant objects to this request because it is overbroad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.**

8.     All communications with any source who provided information about Father de Laire in connection with the publication of the video "The Vortex: Attacking The Good Guys."

**RESPONSE:   Church Militant objects to this request because it is overbroad and unduly burdensome.   Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.   Church Militant further objects because the request seeks information that is not relevant and not likely to lead to the discovery of admissible evidence.**

9.     All communications with any source who provided information about Father de Laire in connection with the publication of the article "NH Diocese Violates Parishioners' Rights to Demolish Church.

**RESPONSE:   Church Militant objects to this request because it is overbroad and unduly burdensome.   Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.   Church Militant further objects because the request seeks information that is not relevant and not likely to lead to the discovery of admissible evidence.**

10.     All communications with any representative of the Roman Catholic Church which mention, discuss, refer to, or relates to Father de Laire.

**RESPONSE:   Church Militant objects to this request because it is overbroad and unduly burdensome.   Church Militant further objects to this request because it is vague and ambiguous in that it does not define "representative of the Roman Catholic Church" and the term may include information that is protected by New Hampshire's newsgathering privilege and the First Amendment.**

11.    All internet postings published by Defendants, whether on the Church Militant Website or elsewhere, concerning Father de Laire.

**RESPONSE:  Other than those produced in response to Request 4, Church Militant has no responsive documents in its custody or control.**

12.    All documents consulted or reviewed in preparing answers to Father de Laire's First Set of Interrogatories to Defendant St. Michael's Media a/k/a Church Militant..

**RESPONSE:  Other than those produced in response to Request 4, Church Militant has no responsive documents in its custody or control.**

13.    All notes taken by Defendants and/or their employees, agents, representatives, or anyone else acting on their behalf, in the process of drafting any article, video, or internet post concerning Father de Laire.

**RESPONSE:  Church Militant objects to this request because it is overbroad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege and the First Amendment.  Church Militant further objects because the request seeks information that is not relevant and not likely to lead to the discovery of admissible evidence.**

14.    All "comments" made via the internet on churchmilitant.com or elsewhere responding directly to articles or videos published or posted in any location by Defendants, including any comments which have since been deleted but which are archived by Defendants, which concern or mention Father de Laire.

**RESPONSE:  Church Militant objects to this request because it is overbroad and unduly burdensome.  Subject to these objections, Church Militant responds that all responsive documents are found on its website.**

03446720 v1                                    5

15.     All communications from visitors to the Church Militant Website concerning or referencing Father de Laire, or referencing any article which references Father de Laire.

**RESPONSE:** **Other than those produced in response to Request 14, Church Militant has**

**no responsive documents in its custody or control.**


16.     All communications between Defendants and the Saint Benedict Center in Richmond, New Hampshire, or with any members of the Slaves of the Immaculate Heart who operate the Saint Benedict Center, which concern, mention, or reference Father de Laire.

**RESPONSE:**   **Church Militant objects to this request because it is overbroad and unduly**

**burdensome.  Church Militant further objects because the information is protected by New**

**Hampshire's newsgathering privilege and the First Amendment.**


17.     All social media posts or comments you wrote, published, uploaded, or otherwise made concerning or referencing Father de Laire, whether on Twitter, Facebook, Instagram, Reddit, TikTok, or any other social media platform.

**RESPONSE:** **Other than those produced in response to Requests 4 and 14, Church**

**Militant has no responsive documents in its custody or control.**

18.    All documents concerning the facts, incidents, or allegations contained in the Complaint, or that you may use to controvert the allegations of the Complaint.

**RESPONSE: Church Militant objects to this request because it is vague, over broad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege, the First Amendment, the attorney client privilege and the work product doctrine.**

19.    All documents concerning the Answer, including documents that refer or relate to the factual denials made in the Answer and the affirmative defenses asserted therein.

**RESPONSE: Church Militant objects to this request because it is vague, over broad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege, the First Amendment, the attorney client privilege and the work product doctrine.**

20.    All communications with any person relating to this Action and/or any of the allegations, averments and/or denials made in the Pleadings (i.e., the Complaint and the Answer), as well as any documents concerning such communications.

**RESPONSE: Church Militant objects to this request because it is vague, over broad and unduly burdensome.  Church Militant further objects because the information is protected by New Hampshire's newsgathering privilege, the First Amendment, the attorney client privilege and the work product doctrine.**

21.     All affidavits, witness statements, and/or transcripts given or received by you concerning the claims and defenses asserted by any party in this action.

**RESPONSE:    Church Militant has no responsive documents.**

22.     With respect to each expert witness you retained or specially employed to provide expert testimony in this Action:

       a.     All reports prepared by each expert witness, if any;

       b.     The curriculum vitae of each expert witness, including all publications authored by the witness within the preceding ten (10) years;

       c.     All documents and data considered and/or relied upon by each expert in forming any opinion or conclusion, including any exhibits to be used as a summary of the opinion;

       d.     All documents provided to, prepared by, or prepared at the direction of each expert witness in this Action;

       e.     Your communications with each expert, including without limitation all requests for information from an expert not originally provided to the expert in this Action;

       f.     Documents sufficient to identify the compensation to be paid for the study and testimony in this case; and

       g.     A list of all other cases in which the witness has testified as an expert at trial or by deposition within the preceding four (4) years.

**RESPONSE:    Church Militant has not retained an expert and reserves all objections.**

23.     All documents you reviewed or consulted in answering the Interrogatories, if any.

**RESPONSE:    Church Militant will produce responsive documents.**

24.     All documents identified in your responses to the Interrogatories, if any.

**RESPONSE:    Church Militant will produce responsive documents.**

Respectfully submitted,

MADDIN, HAUSER, ROTH & HELLER, P.C.   NICHOLSON LAW FIRM, PLLC

*/s/ Kathleen H. Klaus*                       */s/ Neil B. Nicholson*
Kathleen H. Klaus (MI Bar #67207)     Neil B. Nicholson (NH Bar #18341
*Pro Hac Vice*                               Attorney for Michigan Defendants
Attorney for Michigan Defendants    58 North State Street
28400 Northwestern Hwy, 2nd Floor   P.O. Box 4137
Southfield, MI 48034                  Concord, NH 03302
(248) 359-7520                        (603) 856-8441
kklaus@maddinhauser.com        neil@nicholson-lawfirm.com

Dated:  August 18, 2021

03446720 v1            9