# **EXHIBIT 11**

Excerpts from Voris's Depositions

# In the Matter of:

*Very Reverend Georges F. de Laire, J.C.L. vs*

*Gary Michael Voris, et al.*

---

*Gary Michael Voris*

*March 02, 2022*

---

*68 Commercial Wharf ● Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
2
            CIVIL ACTION NO. 1:21-cv-00131-JD
3
    --------------------------------x
4
    VERY REVEREND GEORGES F. de
5   LAIRE, J.C.L.,

6                    Plaintiff,

7      v.

8   GARY MICHAEL VORIS, ANITA CAREY,
    ST. MICHAEL'S MEDIA a/k/a CHURCH
9   MILITANT,

10                   Defendants.

11  --------------------------------x

12

13

14   VIDEOTAPED 30(B)(6) DEPOSITION OF ST. MICHAEL'S MEDIA

15     A/K/A CHURCH MILITANT BY GARY MICHAEL VORIS,

16        AND GARY MICHAEL VORIS, INDIVIDUALLY

17                 Conducted Remotely

18                  2900 Hilton Road

19                Ferndale, Michigan

20                   March 2, 2022

21              9:27 a.m. to 3:49 p.m.

22

23

24  Reporter:  Laurie J. Berg, CCR, RPR, CRR, CLR, CER

Very Reverend Georges F. de Laire, J.C.L.30(b)(6)Videotaped                    Gary Michael Voris
Gary Michael Voris, et al.                                                     March 02, 2022

2

```
 1                    A P P E A R A N C E S

 2

 3              Howard M. Cooper, Esquire
                TODD & WELD LLP
 4              One Federal Street
                27th Floor
 5              Boston, Massachusetts  02110
                617.720.2626
 6              hcooper@toddweld.com
                (Present via videoconference.)
 7
                     -and-
 8
                Suzanne M. Elovecky, Esquire
 9              PARTRIDGE SNOW & HAHN, LLP
                30 Federal Street
10              Boston, Massachusetts  02110
                617.292.7900
11              selovecky@psh.com
                (Present via videoconference.)
12
                COUNSEL FOR PLAINTIFF
13
                Kathleen H. Klaus, Esquire
14              MADDIN, HAUSER, ROTH & HELLER, P.C.
                28400 Northwestern Highway
15              2nd Floor
                Southfield, Michigan  48034-1839
16              248.354.4030
                kklaus@maddinhauser.com
17              (Present via videoconference.)

18              COUNSEL FOR DEFENDANTS
19
        Also Present:
20
                Father Georges F. de Laire
21              (Present via videoconference.)

22              Christine Niles, Esquire
                (Present via videoconference.)
23
                David Hanrahan, Legal Video Specialist
24              (Present via videoconference.)
```

3

```
 1                       I N D E X

 2

 3  DEPONENT:  GARY MICHAEL VORIS

 4             (Present via videoconference.)

 5

 6  EXAMINATION                                      PAGE

 7  (BY ATTORNEY COOPER)                                7

 8

 9                    E X H I B I T S

10  NO.                                              PAGE

11  Exhibit 1  NH Vicar Change Dogma Into Heresy,

12             January 17, 2019, CM0042 to CM0184      74

13  Exhibit 2  Diocese of Manchester, Episcopal Vicar

14             for Canonical Affairs, Let It Be Known,

15             CONFIDENTIAL - SUBJECT TO PROTECTIVE

16             ORDER, RCBM-000555 to RCBM-000556       210

17  Exhibit 3  NH-Based 'only Catholics go to heaven'

18             group sanction by Church; aspiring nun

19             allegedly held against her will,

20             January 8, 2019 (four pages)            213

21  Exhibit 4  Handwritten Document, 2018, SBC - SPLC

22             (one page)                              214

23  Exhibit 5  Attacking The Good Guys Who Are Fighting

24             Back, April 15, 2019, CM0081 to CM0084  223
```

Very Reverend Georges F. de Laire, J.C.L.    30(b)(6) Videotaped
Gary Michael Voris, et al.                                              Gary Michael Voris
                                                                        March 02, 2022

4

1                          E X H I B I T S

2                            (continued)

3    NO.                                                    PAGE

4

5         (Original exhibits marked electronically

6          and retained with the transcript.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**In the Matter of:**

*Very Reverend Georges F. de Laire, J.C.L. vs*

*Gary Michael Voris, et al.*

---

*Gary Michael Voris*

*February 08, 2023*

---

68 Commercial Wharf • Boston, MA 02110

888.825.3376 - 617.399.0130

Global Coverage

Magnals.com



Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
 2
              CIVIL ACTION NO. 1:21-cv-00131-JL
 3
    --------------------------------x
 4
    VERY REVEREND GEORGES F. de
 5  LAIRE, J.C.L.,
 6                   Plaintiff,
 7      v.
 8  GARY MICHAEL VORIS, ANITA CAREY,
    ST. MICHAEL'S MEDIA a/k/a CHURCH
 9  MILITANT,
10                   Defendants.
11  --------------------------------x
12
13
14   VIDEOTAPED 30(B)(6) DEPOSITION OF ST. MICHAEL'S MEDIA
15      A/K/A CHURCH MILITANT BY GARY MICHAEL VORIS,
16      AND GARY MICHAEL VORIS, INDIVIDUALLY, DAY 2
17                   Conducted Remotely
18                   2900 Hilton Road
19                   Ferndale, Michigan
20                   February 8, 2023
21                10:06 a.m. to 6:09 p.m.
22
23
24  Reporter:  Laurie J. Berg, CCR, RPR, CRR, CLR, CER
```

Very Reverend Georges F. de Laire, J.C.L.30(b)(6)Videotaped
Gary Michael Voris, et al.                                                                Gary Michael Voris
                                                                                                   February 08, 2023

278

```
 1                    A P P E A R A N C E S

 2

 3            Suzanne M. Elovecky, Esquire
              PARTRIDGE SNOW & HAHN, LLP
 4            30 Federal Street
              Boston, Massachusetts  02110
 5            617.292.7900
              selovecky@psh.com
 6            (Present via videoconference.)

 7        COUNSEL FOR PLAINTIFF

 8            Kathleen H. Klaus, Esquire
              MADDIN, HAUSER, ROTH & HELLER, P.C.
 9            28400 Northwestern Highway
              2nd Floor
10            Southfield, Michigan  48034-1839
              248.354.4030
11            kklaus@maddinhauser.com
              (Present via videoconference.)
12
                    -and-
13
              Neil B. Nicholson, Esquire
14            NICHOLSON LAW FIRM, PLLC
              58 North State Street
15            Post Office Box 41371 48034
              Concord, New Hampshire  03302-4137
16            603.932.7872
              neil@nicholson-lawfirm.com
17             (Present via videoconference.)

18        COUNSEL FOR DEFENDANTS

19  Also Present:

20            Father Georges F. de Laire
              (Present via videoconference.)
21
              Christine Niles, Esquire
22            (Present via videoconference.)

23            Luc-Bernard Val, Legal Video Specialist
              (Present via videoconference.)
24
```

Very Reverend Georges F. de Laire, J.C.L., Videotaped · 30(b)(6)
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

279

1                        I N D E X

2

3   DEPONENT:  GARY MICHAEL VORIS

4               (Present via videoconference.)

5

6   EXAMINATION                                    PAGE

7   (BY ATTORNEY ELOVECKY)                         283

8

9                    E X H I B I T S

10  NO.                                            PAGE

11  Exhibit 6   E-mail Chain, Tuesday, April 14, 2020

12              9:43 AM, CONFIDENTIAL, CM 0955 to

13              CM 0957                            438

14  Exhibit 7   E-mail Chain, Monday, April 20, 2020

15              4:07 AM, CONFIDENTIAL, CM 0922 to

16              CM 0930                            442

17  Exhibit 8   E-mail Chain, Monday, April 23, 2018

18              11:42 AM, CONFIDENTIAL, CM 1284 to

19              CM 1290                            454

20  Exhibit 9   2023 Response to Request for Production

21              of Articles, CM 0188 to CM 0691    471

22  Exhibit 10  Canonical Aid Web Page, About Us

23              (one page)                         491

24

Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped
Gary Michael Voris, et al.                                    Gary Michael Voris
                                                              February 08, 2023

280

```
 1                    E X H I B I T S

 2                      (continued)

 3  NO.                                          PAGE

 4  Exhibit 11  E-mail, Wednesday, January 15, 2020

 5              1:56 PM and Attachment, CONFIDENTIAL,

 6              CM 1155 to CM 1160                 544

 7  Exhibit 12  Text Message Chain, 12:45,

 8              CONFIDENTIAL, CM 1334 to CM1335    552

 9  Exhibit 13  St. Michael's Media a/k/a Church

10              Militant Answers to Plaintiff's Second

11              Set of Interrogatories (four pages)  560

12  Exhibit 14  E-mail Chain, Thursday, September 9,

13              2021 7:36 PM, CONFIDENTIAL, CM 0786  569

14

15          (Original exhibits marked electronically

16            and retained with the transcript.)

17

18

19

20

21

22

23

24
```

**In the Matter of:**

*Very Reverend Georges F. de Laire, J.C.L. vs*

*Gary Michael Voris, et al.*

---

*Gary Michael Voris Vol III*

*August 08, 2023*

---

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



Case 1:21-cv-00131-JL   Document 184-13   Filed 10/18/23   Page 13 of 64

Very Reverend Georges F. de Laire, J.C.L. v.
Gary Michael Voris, et al.

Videotaped
Gary Michael Voris
August 08, 2023

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
 2
              CIVIL ACTION NO. 1:21-cv-00131-JD
 3
    --------------------------------x
 4
    VERY REVEREND GEORGES F. de
 5  LAIRE, J.C.L.,

 6                  Plaintiff,

 7    v.

 8  GARY MICHAEL VORIS, ANITA CAREY,
    ST. MICHAEL'S MEDIA a/k/a CHURCH
 9  MILITANT,

10                  Defendants.

11  --------------------------------x

12

13

14

15  VIDEOTAPED DEPOSITION OF GARY MICHAEL VORIS, DAY 3

16                Conducted Remotely

17                2900 Hilton Road

18                Ferndale, Michigan

19                 August 8, 2023

20             9:02 a.m. to 12:48 p.m.

21

22

23

24  Reporter:  Laurie J. Berg, CCR, RPR, CRR, CLR, CER
```

Very Reverend Georges F. de Laire, J.C.L. v.
Gary Michael Voris, et al.                                              Videotaped                    Gary Michael Voris
                                                                                                                                  August 08, 2023

596

```
 1                    A P P E A R A N C E S

 2


 3             Howard M. Cooper, Esquire
               TODD & WELD LLP
 4             One Federal Street
               27th Floor
 5             Boston, Massachusetts   02110
               617.720.2626
 6             hcooper@toddweld.com
              (Present via videoconference.)
 7
                    -and-
 8
               Suzanne M. Elovecky, Esquire
 9             PARTRIDGE SNOW & HAHN, LLP
               30 Federal Street
10             Boston, Massachusetts   02110
               617.292.7900
11             selovecky@psh.com
              (Present via videoconference.)
12
              COUNSEL FOR PLAINTIFF
13
14             Kathleen H. Klaus, Esquire
               MADDIN, HAUSER, ROTH & HELLER, P.C.
15             28400 Northwestern Highway
               2nd Floor
16             Southfield, Michigan  48034-1839
               248.354.4030
17             kklaus@maddinhauser.com
              (Present via videoconference.)
18
                    -and-
19
               Neil B. Nicholson, Esquire
20             NICHOLSON LAW FIRM, PLLC
               58 North State Street
21             Post Office Box 41371 48034
               Concord, New Hampshire  03302-4137
22             603.932.7872
               neil@nicholson-lawfirm.com
23             (Present via videoconference.)

24             COUNSEL FOR DEFENDANTS
```

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

597

```
 1                    A P P E A R A N C E S

 2                        (continued)

 3

 4    Also Present:

 5            Father Georges F. de Laire
              (Present via videoconference.)
 6
              Christine Niles, Esquire
 7            (Present via videoconference.)

 8            Mira Donahue, Summer Intern, Todd & Weld LLP
              (Present via videoconference.)
 9
              Tyler Crotty, Legal Video Specialist
10            (Present via videoconference.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Very Reverend Georges F. de Laire, J.C.L. v.
Gary Michael Voris, et al.

Videotaped
Gary Michael Voris
August 08, 2023

598

I N D E X

DEPONENT:  GARY MICHAEL VORIS
          (Present via videoconference.)

EXAMINATION                                        PAGE
(BY ATTORNEY COOPER)                              603
(BY ATTORNEY KLAUS)                               793


              E X H I B I T S
NO.                                               PAGE
Exhibit 15  Correspondence, July 20, 2023
            (one page)                            610
Exhibit 16  Correspondence, December 26, 2019
            (six pages)                           612
Exhibit 17  E-mail, Wednesday, January 15, 2020
            1:56 PM and Attachment, CONFIDENTIAL,
            CM 1155 to CM 1160                    621
Exhibit 18  Correspondence, January 16, 2020
            (five pages)                          625
Exhibit 19  Complaint (41 pages)                  628
Exhibit 20  Defendants' Answer and Affirmative
            Defenses (30 pages)                   635

Very Reverend Georges F. de Laire, J.C.L. v.          Videotaped                Gary Michael Voris
Gary Michael Voris, et al.                                                       August 08, 2023

599

1                          E X H I B I T S

2                          (continued)

3    NO.                                                    PAGE

4    Exhibit 21  Text Message Chain, 12:45,

5                CONFIDENTIAL, CM 1334 to CM 1335       643

6    Exhibit 22  E-mail Chain, Thursday, August 26,

7                2021 1:37:00 PM, CONFIDENTIAL,

8                CM 1548 to CM 1556                     652

9    Exhibit 23  E-mail Chain, Thursday, September 9,

10               2021 7:36 PM, CONFIDENTIAL, CM 0786    688

11   Exhibit 24  E-mail Chain, Friday, September 10,

12               2021 7:44 PM, CONFIDENTIAL,

13               CM 0773 to CM 0775                     694

14   Exhibit 25  Subpoena to Produce Documents,

15               Information, or Objects or to Permit

16               Inspection of Premises in a Civil

17               Action, 11/08/2021  (four pages)      700

18   Exhibit 26  Memorandum Order, June 13, 2022

19               (14 pages)                            705

20   Exhibit 27  Defendants Gary Michael Voris,

21               Anita Carey and St. Michael Media's

22               Answer to First Amended Complaint and

23               Affirmative Defenses (33 pages)       712

24

Very Reverend Georges F. de Laire, J.C.L. v.
Gary Michael Voris, et al.

Videotaped
Gary Michael Voris
August 08, 2023

600

```
 1                    E X H I B I T S
 2                       (continued)
 3   NO.                                              PAGE
 4   Exhibit 28   Originate Loan, Minutes of Directors
 5                Meeting of St. Michael's Media, Inc.,
 6                May 10, 2022, CONFIDENTIAL, CM 1480    715
 7   Exhibit 29   Loan Agreement, June 4, 2022,
 8                CONFIDENTIAL, CM 1481 to CM 1484       719
 9   Exhibit 30   Entry of Default as to Marc Balestrieri,
10                October 25, 2022 (one page)           733
11   Exhibit 31   Text Message Chain, November 26, 2022,
12                CM 1547                               734
13   Exhibit 32   Excerpt of Transcript, Brother Andre
14                Marie Villarrubia, March 07, 2023
15                (12 pages)                            738
16   Exhibit 33   Text Message, Me, 12:26 PM, Jun 15,
17                CONFIDENTIAL, CM 1546                 755
18   Exhibit 34   Text Message Chain, Thu, Jun 15,
19                CM 1557 to CM 1559                    772
20   Exhibit 35   SPLC, Southern Poverty Law Center,
21                Hatewatch, Ultra-Orthodox Catholic
22                Propaganda Outlet Pushes Anti-LGBT
23                Agenda, August 17, 2018 (ten pages)   782
24
```

Very Reverend Georges F. de Laire, J.C.L. v.  Videotaped
Gary Michael Voris, et al.                                    Gary Michael Voris
                                                              August 08, 2023

601

```
1                   E X H I B I T S

2                     (continued)

3   NO.                                              PAGE

4   Exhibit 36  SPLC Deems Christian Beliefs Hateful,

5               February 3, 2021 (26 pages)          785

6   Exhibit 37  Return of Organization Exempt From

7               Income Tax, Form 990, 2021 (29 pages)  786

8

9        (Original exhibits marked electronically

10        and retained with the transcript.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped          Gary Michael Voris
Gary Michael Voris, et al.                                            February 08, 2023

458

```
 1  don't know if it's a video script or an article
 2  script, I can't remember.
 3             MS. ELOVECKY:  Okay.  For the record,
 4  there -- there wasn't an article that was similar to
 5  this that was produced along with the other articles
 6  that were produced, purportedly having been either
 7  authored by or contributed to by Balestrieri, and I
 8  also searched the Church Militant website and wasn't
 9  finding this.  It's -- it's not -- not really that
10  relevant.  Just for the purpose of the record, I
11  haven't seen that it was published.
12             BY MS. ELOVECKY:
13        Q.  But I'd like to just turn our attention to
14  the e-mail.  So if you look at the bottom of CM1284,
15  which is on your screen now, Christine Niles states,
16  "I will publish this under your pseudonym Tom Jones.
17  Michael, do you want this up today?"
18             Did I read that correctly?
19        A.  (Deponent viewing exhibit.)  Yes, you did.
20        Q.  And when you go up about to -- like one-third
21  down the page, Ms. Niles corrects herself and says,
22  "Sorry, I meant Tom Moore."
23             Do you see that?
24        A.  (Deponent viewing exhibit.)  Yes, I do.
```

Very Reverend Georges F. de Laire, J.C.L.(b)(6)Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

459

1    Q.  Okay.  And so, do you know if Mr. Balestrieri
2  ever did publish anything on the Church Militant
3  website under the name Tom Moore?

4    A.  I don't remember, but the Tom Moore name was
5  a name he and I came up with very early on just to be
6  able to refer to him, not in a publication fashion,
7  but just to sorta keep his identity secret from, you
8  know, people who would be interested in finding out
9  where we were getting information from.

10      So there was a time -- I don't remember when
11  we stopped doing it, but there was a time, for a very
12  long time, where he was actually in my phone as Tom
13  Moore.

14    Q.  Okay.  Now, if you go -- so I -- we just
15  pointed out that e-mail a third of the page down from
16  Ms. Niles, but I want to go the one below that, which
17  was Monday, April 23rd, 2018, at 11:35 a.m.

18      Do you see that?

19    A.  (Deponent viewing exhibit.)  Yes, I do.

20    Q.  Okay.  All right.  So I guess there, she's
21  saying, "Isn't that the name you approved of with Mike
22  Sherry?"

23      Did I read that correctly?

24    A.  (Deponent viewing exhibit.)  Yes, that's

Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

460

 1  correct.
 2      Q.  Who is Mike Sherry?
 3      A.  He's our IT guy.
 4      Q.  Okay.  And so, are you aware of
 5  Mr. Balestrieri ever publishing on the Church Militant
 6  website under the name Tom Jones, which was the m --
 7  the misstated one, right?
 8      A.  I -- yeah, I don't believe so.
 9      Q.  Okay.  And then when you look at the top of
10  the pa -- the top e-mail on the page, Mr. Balestrieri
11  states, "After reflection, let's use the pseudonym and
12  pen name of a purported priest to try and throw off
13  the scent, like 'Rev. Michael X.'"
14          Did I read that correctly?
15      A.  (Deponent viewing exhibit.)  That's correct.
16      Q.  Okay.  And he did, in fact, publish under
17  that name; isn't that right?
18      A.  I believe so.  I -- if you tell me so, yes,
19  because I'm pretty sure I have a memory of that, but I
20  don't -- I couldn't -- I'm under oath, I don't want to
21  say that I know for certain, but I'm pretty sure
22  that's correct.
23      Q.  We will scroll through the articles that were
24  produced and you'll see that that was the case, but

461

 1  we'll --

 2       A.  Okay.

 3       Q.  -- look at it on the record.  So --

 4       A.  I shall take your word.

 5       Q.  Well, you won't have to.  I'll show you, so.

 6           (Laughter.)

 7           BY MS. ELOVECKY:

 8       Q.  And then he also states, "That way a lot of

 9  suspicion would be directed to all canonists in the

10  U.S. called Michael --

11       A.  (Deponent viewing exhibit.)  Mm-hmm.

12       Q.  -- plus it's a great patronal name, right"

13  question mark.

14           Did I read that correctly?

15       A.  (Deponent viewing exhibit.)  Yes, you did.

16       Q.  Okay.  So do you have any understand -- well,

17  when you received this e-mail, did you have any

18  understanding of what he meant by to tro -- "try to

19  throw off the scent"?

20       A.  Well, sure, because the information that he

21  is providing in this script is very sensitive

22  information that bishops and chanceries keep very

23  close to their vest for the obvious reason.  And

24  again, you have to kind of step outside of the e-mail

462

```
 1   particular for a moment and look at the context.
 2          The context is that the sacrament of marriage
 3   in the church and the Catholic teaching in the church
 4   is, if you are validly -- I'm sorry -- if you are
 5   married in the church, the presumption is it is a
 6   valid marriage and you are married until one of you
 7   dies.
 8          The annulment process is engaged in by a
 9   couple who come to believe, rightly or wrongly, that
10   they were never validly married.  So -- and if they
11   weren't validly married, then they're not married in
12   the church.  They might be civilly married, and that's
13   disposed of with a divorce, but in the sacramental
14   realm, they would be -- the marriage would have to be
15   annulled.
16          So you approach the church, normally, your
17   home diocese, and you say, I'm -- we or I am appealing
18   my case or filing my case to have our marriage
19   declared null and void, as in it never happened to
20   begin with.  Despite the fact that you may have, you
21   know, a nice church wedding, a nice reception and
22   honeymoon and you've had kids and the whole bit,
23   something comes up, down the road, a piece of
24   information arises in the course of the couple
```

463

```
 1   believing they are married, which raises the question
 2   in, at least one of their minds, hey, are we actually
 3   validly married?
 4           So, for example, if -- if one party, husband
 5   or wife, knew at the time of the wedding, the
 6   marriage, that they never intended to have children
 7   and they withheld that information from their spouse,
 8   that's grounds for an annulment, because in Catholic
 9   teaching, for a marriage to be valid, there's a number
10   of conditions, but one of them has to be, is -- that
11   you have to be open to the -- you know, to having
12   children.
13           Now, obviously, some marriages don't --
14   whatever, there's health issues, that doesn't make the
15   marriage invalid and null.  It just means that the
16   health reasons prevented it.  But if you could get
17   pregnant, you would have the baby or babies.
18           But if you walk into it with the intention of
19   defying the church's teaching and you just keep that
20   to yourself and you don't reveal it to either your
21   husband or your wife and it comes out later on, that
22   marriage is invalid.
23           So the injured party, who did want children,
24   does want children, would go appeal to the church, to
```

464

1   the diocese and say, hey, here's my situation; she
2   lied or he lied, whatever it is.  And so, you know, I
3   wanted children and they never did and they lied to me
4   about it, so the church would grant the -- would grant
5   the annulment, meaning the marriage never occurred,
6   sacramentally, to begin with, so both parties are now
7   free to go marry.
8           Those -- but there are also many abuses in
9   the realm of people filing for annulments and many
10  people in the church, including, for example,
11  Cardinal Burke, who has given many talks on this topic
12  around the country and at the Canon Law Society of
13  America dinners and conferences, are -- many people
14  are on the record as saying that the staffs in
15  individual chanceries, when it comes to annulment
16  cases, are ridiculously understaffed and very poorly
17  educated, and they're handing out annulments like
18  candy, meaning they shouldn't be doing them, but
19  they're just -- they're overwhelmed and overworked and
20  they have no idea what they're doing.  They're
21  completely incompetent.
22          So that's what we're -- that's what the point
23  of this discussion he and I had was, and that's what
24  this first article or script was pointing to.  So you

Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

465

1   might imagine, you know, living proof of the

2   incompetence charge that half the dioceses are giving

3   out an annulment to every single case that comes

4   before them and then, of the remaining half, it's

5   through the roof with them as well.  That's quite a

6   black eye on the part of the church.

7           And the only people who would know this

8   information are the canonists themselves, like, in

9   this case, Marc, and other canonists that we have

10  discussed this with who -- besides Marc, who also

11  agree with that take, that the -- they're -- they're

12  loaded with incom -- I mean, Cardinal Burke has

13  standed up -- stood up and given speeches about this.

14  He's talked in the general, when he talks about that,

15  but Marc and other canonists have given us the names

16  of horrible -- many canonists, as a matter of fact,

17  have given us the names of people working in the

18  annulment area of various dioceses, multiple dioceses,

19  and all of it lines up.

20          And the only way to prove that it lines up is

21  to have these actual numbers, which the church doesn't

22  want people seeing, because it makes the case that

23  you're incompetent, you're screwing around with the

24  sacraments, which is the life blood of the church,

Very Reverend Georges F. de Laire, J.C.L.30(b)(6)Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

466

```
 1   you're -- you bishops are not doing the job you should
 2   be doing.
 3          So, you know, you're not keeping guard over
 4   people's souls and the -- and the authenticity of the
 5   sacraments and, you know, you're causing families to,
 6   you know, break up and, you know -- you know,
 7   fatherless kids and one thing after another and all
 8   the ills that fall from this sort of thing, well, it
 9   becomes pretty clear pretty fast why nobody who's
10   relaying this information to us would want to have
11   their name attached to it.
12       Q.  And it's your testimony that you received
13   this information from Mr. Balestrieri but also other
14   -- also other canonists --
15       A.  That's correct.
16       Q.  -- is that correct?
17       A.  That's correct, yes.
18       Q.  Okay.  And what is the purpose, if you
19   know -- strike that.
20          What was your understanding in April of 2018
21   as to why publishing under a pseudonym was favorable
22   to just publishing anonymously, such as with the
23   Church Militant byline?
24       A.  Because it proves that -- it -- it attaches a
```

467

```
 1   -- an office to the material -- as in Reverend,
 2   attaches an -- an office to the material, which gives
 3   us a greater weight that it's actually authentic.
 4        Q.  And what is the office that the word
 5   "Reverend" implies?
 6        A.  Priest.
 7        Q.  But that's not true, is it?
 8        A.  What -- what's not true, Reverend?
 9        Q.  That Marc Balestrieri is a priest?
10        A.  No, it's also true his name isn't Tom Moore
11   or Michael X.
12        Q.  So the purpose was to attach an office to the
13   author of this article which was not genuine, correct?
14        A.  Correct.
15        Q.  Okay.
16        A.  The -- our -- our concern wasn't the -- our
17   concern was that, is the information accurate and is
18   it authentic, as in it can be authenticated by
19   somebody who knows and that is what we were going to
20   do here, I don't know that we actually did it as you
21   said, if this never actually made it to print.  But
22   anyway, yes, that would've been the -- that would've
23   been my thinking, certainly, behind it.
24        Q.  And there was no concern that the readership
```

Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

468

```
1  was being misled to thinking that an article was being
2  written by a priest when it was not --
3       A.  No.
4       Q.  -- is that accurate?
5       A.  No.  No.  Yeah, that -- that is accurate.
6  No, there wouldn't be -- again, it's the information.
7  It's the story that matters.
8           I mean, you know, from a -- from a
9  journalistic standpoint, I mean, think of the Pentagon
10 papers or, you know, Deep Throat with Watergate or any
11 of those things.  The point is, even the -- even the
12 fact-checkers at the New York Times had to make crap
13 up when it came to the Russia, Russia, Russia stuff
14 and to convince their public that the information was
15 accurate, they attributed it to inside sources, when
16 the whole thing was a pack of lies.
17          But nonetheless, in this case, we happen to
18 know it wasn't lies, because not only was Marc, who
19 was a person who had deep knowledge of this stuff, but
20 also other canonists who were able to verify all of
21 this information for us.  So it's not a question of
22 being deceptive about the author, it's a question
23 about being accurate about the information from an
24 authoritative source.
```

Very Reverend Georges F. de Laire, J.C.L. v.⅄Videotaped                    Gary Michael Voris
Gary Michael Voris, et al.                                                August 08, 2023

641

| | | |
|---|---|---|
| 09:34a | 1 | Q. That were going on at -- in the February, |
| 09:35a | 2 | March and April time frame so that you could file your |
| 09:35a | 3 | answer. |
| 09:35a | 4 | A. Well, I presume he was part of it, but I |
| 09:35a | 5 | don't know what -- |
| 09:35a | 6 | Q. Okay. |
| 09:35a | 7 | A. -- communications they necessarily had with |
| 09:35a | 8 | each other. |
| 09:35a | 9 | Q. So in any of the communications that he was |
| 09:35a | 10 | part of, was it made clear to Miss Klaus that Marc |
| 09:35a | 11 | Balestrieri was the author of the January 17th, 2019 |
| 09:35a | 12 | article? |
| 09:35a | 13 | A. By Mr. Balestrieri? |
| 09:35a | 14 | Q. By anybody. |
| 09:35a | 15 | A. I -- I don't have a specific memory of it. |
| 09:35a | 16 | But I mean, that's what the reality is. So -- |
| 09:35a | 17 | Q. So when -- |
| 09:35a | 18 | A. -- at some -- |
| 09:35a | 19 | Q. You would have told -- |
| 09:35a | 20 | A. -- point, I presume. |
| 09:35a | 21 | Q. -- her, right? |
| 09:35a | 22 | A. I'm sorry? |
| 09:35a | 23 | Q. You all would have told her, correct? |
| 09:35a | 24 | A. Sure. If you're asking me if I have a |

642

09:35a    1   specific memory of what and who and when, the answer's

09:35a    2   no, I don't.

09:35a    3      Q.  Okay.  But by the time you filed the answer,

09:35a    4   it would've been m -- made clear amongst your group,

09:35a    5   including Mr. Balestrieri, that he was the author of

09:35a    6   the January 17th, 2019 article, correct?

09:35a    7          MS. KLAUS:  Objection to form.

09:35a    8      You can answer.

09:35a    9      A.  Ye -- I -- I don't know that this was a

09:36a   10   question that we sat and hashed out, because we all

09:36a   11   just knew it.

09:36a   12      Q.  Okay.  So is there any reason that you didn't

09:36a   13   -- wouldn't have told Miss Klaus?

09:36a   14      A.  I -- no.  One way or the other, no.

09:36a   15      Q.  So you would've been -- your group would've

09:36a   16   been completely open with her, before the answer was

09:36a   17   filed, that Marc Balestrieri was the actual author of

09:36a   18   the article, right?

09:36a   19      A.  I -- I -- I don't have a specific memory of

09:36a   20   any of this because it wasn't a question.  I don't

09:36a   21   know of my -- in other words, my -- my answer to your

09:36a   22   question is, I don't know that we all sat around in

09:36a   23   some large room somewhere and discussed whether Marc

09:36a   24   was the author of the article.  We knew it.  He knew

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

654

09:47a    1    to you and to Marc Balestrieri, correct?

09:47a    2         A.   (Deponent viewing exhibit.)  Yes.

09:47a    3         Q.   And we -- if we could go below that, just a

09:47a    4    few minutes earlier, four minutes earlier, there's an

09:47a    5    e-mail from Christine Niles to Miss Klaus to you and

09:47a    6    Mr. Balestrieri, correct?

09:47a    7         A.   (Deponent viewing exhibit.)  Yes.

09:47a    8         Q.   And it's fair to say that Mr. Balestrieri was

09:47a    9    participating in a conversation about your defense in

09:47a   10    this case, right?

09:47a   11         A.   (Deponent viewing exhibit.)

09:47a   12              (Deponent reading under breath.)  Marc is

09:47a   13    getting names -- sources for us in Rome -- wants to

09:47a   14    schedule a meeting --

09:47a   15                   (Reporter interruption.)

09:47a   16                   THE DEPONENT:  I'm -- I'm sorry.

09:47a   17                   MR. COOPER:  Mr. --

09:47a   18                   THE DEPONENT:  I'm -- I'm reading --

09:47a   19                   MR. COOPER:  It will be easier if you

09:47a   20    just read to yourself so the reporter doesn't have to

09:47a   21    struggle to hear you.

09:47a   22                   THE DEPONENT:  Okay.  I -- I'll read to

09:47a   23    myself.

09:47a   24              (Deponent viewing exhibit.)  Yes, this is --

Very Reverend Georges F. de Laire, J.C.L. v.                 Videotaped
Gary Michael Voris, et al.                          Gary Michael Voris
                                                    August 08, 2023

655

09:48a    1   in answer to your question, yes.

09:48a    2        Q.  And Mr. Balestrieri's part of the team,

09:48a    3   correct?

09:48a    4                MS. KLAUS:  Objection to form.

09:48a    5        A.  When you say "the team," what do you mean,

09:48a    6   "the team"?

09:48a    7        Q.  That he's working with you to cooperate in

09:48a    8   defending the lawsuit.

09:48a    9        A.  Yes.

09:48a   10        Q.  In other words, you asked him for his help

09:48a   11   and he volunteered it to you, correct?

09:48a   12        A.  Correct.

09:48a   13        Q.  And he did that on an ongoing basis, correct?

09:48a   14        A.  Correct.

09:48a   15        Q.  And you are asking him -- or your colleague,

09:48a   16   Miss Niles, asked him to turn over something called

09:48a   17   "the de Laire file," and you don't know whether he did

09:48a   18   that or not; is that fair?

09:48a   19        A.  Correct, yes.

09:48a   20        Q.  But he was at least telling you that he

09:48a   21   supposedly had a file, right?

09:48a   22        A.  I don't know.  He's n -- he never said that

09:48a   23   to me, that I have a memory of.

09:48a   24        Q.  Well, in those texts, he was telling

Very Reverend Georges F. de Laire, J.C.L. v.     Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

657

| | | |
|---|---|---|
| 09:49a | 1 | Q.  Okay.  When did Mr. Balestrieri give you a |
| 09:49a | 2 | list of his source -- the names of his sources in |
| 09:49a | 3 | Rome? |
| 09:49a | 4 | A.  He has not. |
| 09:49a | 5 | Q.  Did you ever ask him why not? |
| 09:50a | 6 | A.  Yes. |
| 09:50a | 7 | Q.  And what was his response? |
| 09:50a | 8 | A.  They didn't want to be identified. |
| 09:50a | 9 | Q.  Okay.  So as of August 2021, he told you that |
| 09:50a | 10 | he's "gathering names of sources for us in Rome," |
| 09:50a | 11 | right? |
| 09:50a | 12 | A.  Yes. |
| 09:50a | 13 | Q.  And when did he report back to you that he |
| 09:50a | 14 | wasn't gonna give you a list? |
| 09:50a | 15 | A.  Mmm.  I don't have a memory of that.  I'm |
| 09:50a | 16 | sorry, I don't -- |
| 09:50a | 17 | Q.  Now -- |
| 09:50a | 18 | A.  -- I'm sorry, I answered your question |
| 09:50a | 19 | incorrectly. |
| 09:50a | 20 | I don't have a memory of when he communicated |
| 09:50a | 21 | that.  Of when he communicated that. |
| 09:50a | 22 | Q.  Okay.  And you hadn't asked him for that list |
| 09:50a | 23 | before the articles were published, correct? |
| 09:50a | 24 | A.  Correct. |

Very Reverend Georges F. de Laire, J.C.L. v.   Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

659

| | | |
|---|---|---|
| 09:51a | 1 | A.  This is August of '21?  Ye -- oh.  Ye -- |
| 09:51a | 2 | there were meetings post this date, as far as I -- my |
| 09:52a | 3 | memory serves me, but I don't know if they were, |
| 09:52a | 4 | quote, the mee -- or a meeting of this.  I don't know |
| 09:52a | 5 | if that -- if -- if -- the meetings we had subsequent |
| 09:52a | 6 | to this, I don't know what the timeline is. |
| 09:52a | 7 | Yes, I -- I -- we met with Marc subsequent to |
| 09:52a | 8 | this e-mail, but I don't know if the meetings were |
| 09:52a | 9 | because of this and/or -- and there's a direct tie to |
| 09:52a | 10 | this e-mail and those meetings.  I don't -- I don't |
| 09:52a | 11 | know one way or the other. |
| 09:52a | 12 | Q.  How many times did you meet with Marc |
| 09:52a | 13 | Balestrieri after August 26, 2021? |
| 09:52a | 14 | MS. KLAUS:  Objection to form. |
| 09:52a | 15 | A.  I believe it was twice, but -- |
| 09:53a | 16 | Q.  And -- and -- |
| 09:53a | 17 | A.  -- I'm not certain, but I believe it was |
| 09:53a | 18 | twice in person. |
| 09:53a | 19 | Q.  So let's talk about each of the meetings. |
| 09:53a | 20 | Who attended the first meeting? |
| 09:53a | 21 | A.  Ahh, Miss Niles, Marc, Miss Klaus and me. |
| 09:53a | 22 | Q.  And where did that meeting take place? |
| 09:53a | 23 | A.  A little pub place -- a local pub place.  I |
| 09:53a | 24 | don't remember the name of it. |

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped
Gary Michael Voris, et al.                          Gary Michael Voris
                                                    August 08, 2023

660

| | | |
|---|---|---|
| 09:53a | 1 | Q. What city was it located in? |
| 09:53a | 2 | A. Ahh, I -- I'm not exactly certain. Madison |
| 09:53a | 3 | Heights. Troy. Somewhere in that neighborhood. |
| 09:53a | 4 | Suburban Detroit. |
| 09:53a | 5 | Q. And how long did that meeting last? |
| 09:54a | 6 | A. It was dinner. Ahh, I don't have a clear |
| 09:54a | 7 | memory. More than an hour. |
| 09:54a | 8 | Q. And tell us who said what to whom at that |
| 09:54a | 9 | meeting. |
| 09:54a | 10 | A. Oh, gosh. I -- I don't -- I -- I don't have |
| 09:54a | 11 | a clear enough memory of -- of the conversations to be |
| 09:54a | 12 | able to attribute specific lines to specific people |
| 09:54a | 13 | and specific responses. We were talking about the -- |
| 09:54a | 14 | largely, about the case. |
| 09:54a | 15 | Q. Tell us what was said that you can recall. |
| 09:54a | 16 | A. That there were individuals that had |
| 09:55a | 17 | complaints about Father de Laire's performance in his |
| 09:55a | 18 | role -- his job duty roles. And because the cases |
| 09:55a | 19 | were canonical law cases, we would have to ask the |
| 09:55a | 20 | people if they -- if the -- the subject matter was |
| 09:55a | 21 | delicate, I believe it was marriage and annulment |
| 09:55a | 22 | cases, that we would have to ask them if their |
| 09:55a | 23 | information could be supplied in the case. I remember |
| 09:55a | 24 | that being one of the topics. |

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

661

| | | |
|---|---|---|
| 09:55a | 1 | Q.  Anything -- |
| 09:55a | 2 | A.  And -- |
| 09:55a | 3 | Q.  -- else? |
| 09:55a | 4 | A.  -- that's the only clear memory I have of an |
| 09:56a | 5 | actual back-and-forth discussion. |
| 09:56a | 6 | Q.  Did Mr. Balestrieri provide you with any |
| 09:56a | 7 | names? |
| 09:56a | 8 | A.  No, that was the question.  That -- that was |
| 09:56a | 9 | -- |
| 09:56a | 10 | Q.  Did he -- |
| 09:56a | 11 | A.  -- what was at question.  He had -- |
| 09:56a | 12 | Q.  Did he -- |
| 09:56a | 13 | A.  -- the files, their files, because he was -- |
| 09:56a | 14 | I don't know if he was still actively working on the |
| 09:56a | 15 | case or not, but -- |
| 09:56a | 16 | Q.  Did -- |
| 09:56a | 17 | A.  -- he said -- |
| 09:56a | 18 | Q.  Did he have files with him? |
| 09:56a | 19 | MS. KLAUS:  Can you finish -- let him |
| 09:56a | 20 | finish his answer?  He wasn't quite done. |
| 09:56a | 21 | MR. COOPER:  I thought that he was done. |
| 09:56a | 22 | BY MR. COOPER: |
| 09:56a | 23 | Q.  Go ahead, then. |
| 09:56a | 24 | A.  He -- I'm sorry, I forget where I was |

Very Reverend Georges F. de Laire, J.C.L. v.  Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

662

| | | |
|---|---|---|
| 09:56a | 1 | (laughs). |
| 09:56a | 2 | MS. KLAUS:  Can you read back his answer? |
| 09:56a | 3 | BY MR. COOPER: |
| 09:56a | 4 | Q.  He -- |
| 09:56a | 5 | MR. COOPER:  That's okay. |
| 09:56a | 6 | BY MR. COOPER: |
| 09:56a | 7 | Q.  Did he have files with him? |
| 09:56a | 8 | MS. KLAUS:  Well, no, he needs to finish |
| 09:56a | 9 | his answer, Howard. |
| 09:56a | 10 | MR. COOPER:  Not -- we're not -- we're |
| 09:56a | 11 | not delaying here. |
| 09:56a | 12 | MS. KLAUS:  Well, then you shouldn't cut |
| 09:56a | 13 | him off -- |
| 09:56a | 14 | BY MR. COOPER: |
| 09:56a | 15 | Q.  Mr. -- |
| 09:56a | 16 | MS. KLAUS:  -- Howard. |
| 09:56a | 17 | BY MR. COOPER: |
| 09:56a | 18 | Q.  Mr. Voris -- |
| 09:56a | 19 | MS. KLAUS:  So we're gonna -- |
| 09:56a | 20 | BY MR. COOPER: |
| 09:56a | 21 | Q.  -- did he have -- |
| 09:56a | 22 | MS. KLAUS:  -- move to strike that whole |
| 09:56a | 23 | question and answer -- |
| 09:56a | 24 | MR. COOPER:  All right. |

663

| | | |
|---|---|---|
| 09:56a | 1 | MS. KLAUS:  -- since you weren't allowed |
| 09:56a | 2 | to finish. |
| 09:56a | 3 | BY MR. COOPER: |
| 09:56a | 4 | Q.  Mr. Voris, did he have any files with him? |
| 09:56a | 5 | A.  Yes, he did. |
| 09:56a | 6 | Q.  Okay.  And did he have them on the table? |
| 09:56a | 7 | A.  I -- I believe he had them in his hand.  He |
| 09:57a | 8 | reached into his bag, this little suitcase thing, and |
| 09:57a | 9 | was holding them as, like, reference point, but I |
| 09:57a | 10 | don't recall if he actually physically put them on the |
| 09:57a | 11 | table.  I don't recall. |
| 09:57a | 12 | Q.  Did he give them to you or anyone that was |
| 09:57a | 13 | with you? |
| 09:57a | 14 | A.  I don't believe so, but... |
| 09:57a | 15 | Q.  Have you now exhausted your memory as to what |
| 09:57a | 16 | was discussed at the first meeting? |
| 09:57a | 17 | A.  Yes, I have. |
| 09:57a | 18 | Q.  I take it it was clear in that meeting that |
| 09:57a | 19 | Marc Balestrieri was the author of the January 17, |
| 09:57a | 20 | 2019 article, correct? |
| 09:57a | 21 | A.  Yes. |
| 09:57a | 22 | Q.  And Miss Klaus attended that meeting, |
| 09:57a | 23 | correct? |
| 09:57a | 24 | A.  Yes. |

Very Reverend Georges F. de Laire, J.C.L. v.  Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

664

| | | |
|---|---|---|
| 09:57a | 1 | Q. Tell us about the second meeting. When did |
| 09:57a | 2 | that happen? |
| 09:57a | 3 | A. Ahh, I don't recall when it was. It was at |
| 09:58a | 4 | my house. |
| 09:58a | 5 | Q. Who attended? |
| 09:58a | 6 | A. The same four. |
| 09:58a | 7 | Q. Miss Klaus was there as well? |
| 09:58a | 8 | A. Correct. |
| 09:58a | 9 | Q. How long did that meeting last? |
| 09:58a | 10 | A. I don't have a specific memory. An hour, |
| 09:58a | 11 | maybe. |
| 09:58a | 12 | Q. Tell us who said what to whom. |
| 09:58a | 13 | A. Well, the one thing that I remember |
| 09:58a | 14 | specifically was what I said to Marc when he said his |
| 09:58a | 15 | sources in Rome were reluctant to go on the record, |
| 09:59a | 16 | and I responded to him, well, then they need to go on |
| 09:59a | 17 | the record. |
| 09:59a | 18 | And I said something to the effect of, you're |
| 09:59a | 19 | telling me these guys in Rome wouldn't sign an |
| 09:59a | 20 | affidavit? I don't think somebody's going to subpoena |
| 09:59a | 21 | a member of the Curia to fly over to New Hampshire to |
| 09:59a | 22 | testify that they had said or made these observations |
| 09:59a | 23 | or formed these professional opinions about |
| 09:59a | 24 | Father de Laire, so you need to go back to them. |

Very Reverend Georges F. de Laire, J.C.L. v.        Videotaped
Gary Michael Voris, et al.                                                    Gary Michael Voris
                                                                                         August 08, 2023

665

09:59a   1        Q.   Have you finished your answer?

09:59a   2        A.   Yes.

09:59a   3        Q.   What else was discussed during the meeting?

09:59a   4        A.   That if Marc -- I don't know if this was that

09:59a   5   meeting or not.  I -- I can't recall specifically.

09:59a   6        Q.   Can you call -- recall generally anything

09:59a   7   else that was discussed?

09:59a   8        A.   The overall theme was, I need your sources,

10:00a   9   Marc.

10:00a  10        Q.   Are you able to recall anything else that was

10:00a  11   discussed?

10:00a  12        A.   Not with any specificity.  That was the --

10:00a  13   that was the reason for the meeting, as I recall.

10:00a  14        Q.   What about generally?  Do you recall anything

10:00a  15   else?

10:00a  16        A.   Marc was bothered, I guess, that he might be

10:00a  17   identified as the author of the article.

10:00a  18        Q.   Why did you understand he was bothered?

10:00a  19        A.   It -- he -- he -- he said, I -- something to

10:00a  20   the effect of, you know, it can't be revealed.  This

10:01a  21   was the po -- this was his and my back-and-forth, it's

10:01a  22   when I said you need to -- you know, you need to get

10:01a  23   your sources to go on the record.  And he said, well,

10:01a  24   I'm not sure that they want to, or I -- I've asked

| | | |
|---|---|---|
| 10:01a | 1 | them and they -- they were hesitant or something like |
| 10:01a | 2 | that.  And -- and I pushed him and said, well, you |
| 10:01a | 3 | know, Marc, these are your sources and if they won't |
| 10:01a | 4 | step up, well, then you have to. |
| 10:01a | 5 | Q.  And how did he respond to that? |
| 10:01a | 6 | A.  He was worried about his career, said, I |
| 10:01a | 7 | can't be seen as being -- you know, writing and -- or |
| 10:01a | 8 | maybe not writing, strike that.  I don't know exactly |
| 10:01a | 9 | how he responded and I don't want to put words in his |
| 10:01a | 10 | mouth.  But he didn't want to be identified as the |
| 10:01a | 11 | author of the article. |
| 10:01a | 12 | And I said, well, that -- you know, the |
| 10:01a | 13 | agreement here, this -- just the way this goes is, if |
| 10:02a | 14 | you provide the sources, then you're not, so go back |
| 10:02a | 15 | to Rome or hop on the phone with them or do whatever |
| 10:02a | 16 | it is and get them to say, you -- you know, sign their |
| 10:02a | 17 | affidavit or whatever it is they need to do to say |
| 10:02a | 18 | that they were your sources on this and this is what |
| 10:02a | 19 | they said. |
| 10:02a | 20 | Q.  Were you forceful -- |
| 10:02a | 21 | A.  And he said -- |
| 10:02a | 22 | Q.  I'm sorry, go ahead. |
| 10:02a | 23 | A.  And he said something to the fact of, well, |
| 10:02a | 24 | I'll try it again.  And I said, well, yeah, you should |

Very Reverend Georges F. de Laire, J.C.L. v.      Videotaped
Gary Michael Voris, et al.                         Gary Michael Voris
                                                   August 08, 2023

667

10:02a   1   try it again.
10:02a   2       Q.  Were you forceful with Mr. Balestrieri in
10:02a   3   demanding that he provide his sources?
10:02a   4       A.  Yes.
10:02a   5       Q.  Did the conversation get heated?
10:02a   6       (Pause.)
10:02a   7       A.  It was forceful.  I don't know if --
10:02a   8       Q.  Well --
10:02a   9       A.  -- heated.  I mean, "heated," in my mind, is,
10:02a   10  you're calling each other names and screaming and
10:02a   11  stuff.
10:02a   12      Q.  Like when you're calling someone a liar,
10:03a   13  right, that would be heated?
10:03a   14      A.  Well, I -- I don't know if it'd be heated if
10:03a   15  you just make a mention of, say, you know, you're a
10:03a   16  liar, as opposed to you're sort of screaming and
10:03a   17  bearing your teeth.  I mean, this is all sort of
10:03a   18  subjective.
10:03a   19      Q.  Did anyone raise their voice?
10:03a   20      A.  I raised my voice.
10:03a   21      Q.  Did Mr. Balestrieri raise his voice?
10:03a   22      A.  I -- I don't recall.
10:03a   23      Q.  And Miss Klaus was in attendance for all of
10:03a   24  this?

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

668

10:03a    1        A.   Yes, she was.

10:03a    2        Q.   Umm --

10:03a    3        A.   I'm sorry.

10:03a    4        Q.   What --

10:03a    5        A.   I'm s -- I'm sorry.  Wait.

10:03a    6             There was a period where both she -- not

10:03a    7   together, but both she and Christine had -- were not

10:03a    8   in the room.  They'd gone to the bathroom.  They'd,

10:03a    9   you know, maybe taken a phone call or a text or

10:03a   10   something.  So, no, I can't say for certain for

10:03a   11   certain that either Christine or Miss Klaus were in

10:03a   12   the room during that exchange.  I don't have a clear

10:03a   13   memory one way or the other.

10:03a   14             I do remember that people, including me, had

10:03a   15   to get up and leave the -- my -- it was in my front

10:04a   16   room and I had to go to the back room and, you know,

10:04a   17   answer a phone call and, you know, got a text and that

10:04a   18   sort of thing, and that was happening with them also

10:04a   19   as well as going to the bathroom.

10:04a   20             So I don't recall who was actually there at

10:04a   21   what time during what exchange.  But the overall

10:04a   22   meeting was the four of us, but n -- I don't think any

10:04a   23   of the four of us were in 100 percent attendance for

10:04a   24   all of it.

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

669

| | | |
|---|---|---|
| 10:04a | 1 | Q. Have you now told us everything you can |
| 10:04a | 2 | recall about the second meeting? |
| 10:04a | 3 | A. Yes. |
| 10:04a | 4 | Q. Now, at either of the two meetings, did you |
| 10:04a | 5 | observe anyone taking notes? |
| 10:04a | 6 | A. I -- I don't have a memory of that one way or |
| 10:04a | 7 | the other. |
| 10:04a | 8 | Q. Did you observe Miss Klaus taking notes? |
| 10:04a | 9 | A. Same answer. |
| 10:04a | 10 | Q. You referred to an agreement that you had |
| 10:04a | 11 | with Mr. Balestrieri. |
| 10:04a | 12 | What agreement were you referring to? |
| 10:04a | 13 | A. That he had his sources, and if they needed |
| 10:05a | 14 | to step up, they would. |
| 10:05a | 15 | Q. When did you reach that agreement with him? |
| 10:05a | 16 | A. Ahh, don't -- I don't have a clear memory of |
| 10:05a | 17 | that. |
| 10:05a | 18 | Q. What year was it that you reached an |
| 10:05a | 19 | agreement with him that his sources would step up, if |
| 10:05a | 20 | necessary? |
| 10:05a | 21 | A. I don't recall. |
| 10:05a | 22 | Q. You -- you can't even put it in a year? |
| 10:05a | 23 | A. No, I can't. |
| 10:05a | 24 | Q. Was it before or after the lawsuit was filed? |

715

11:04a    1   differently.

11:04a    2        The board of directors of St. Michael's Media

11:04a    3   approved a loan of Mr. Balestrieri of $65,000,

11:04a    4   correct?

11:04a    5      A.  Correct.  As that stands, yes.

11:04a    6      Q.  And that happened on May 10th, 2022, correct?

11:05a    7      A.  I believe that's the correct date, yes.

11:05a    8        MR. COOPER:  And why don't we mark that

11:05a    9   as the next exhibit in order, please.

11:05a   10         (Exhibit 28 marked for identification.)

11:05a   11        MS. KLAUS:  Can't get through that.

11:05a   12      A.  (Deponent viewing exhibit.)  Yes --

11:05a   13        MS. KLAUS:  [Indiscernible].

11:05a   14      A.  --  that's correct.

11:05a   15      Q.  It is Bates-stamped CM 1480.

11:05a   16        MR. COOPER:  If we could just shrink it a

11:05a   17   little bit.

11:05a   18        MS. ELOVECKY:  (Complied.)

11:05a   19      BY MR. COOPER:

11:05a   20      Q.  You see that?

11:05a   21      A.  (Deponent viewing exhibit.)  Yes.  That's

11:05a   22   correct.

11:05a   23      Q.  And you signed -- that's your signature on

11:05a   24   this page, correct?

Very Reverend Georges F. de Laire, J.C.L. v.    Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

716

| | | |
|---|---|---|
| 11:05a | 1 | A. (Deponent viewing exhibit.) That's correct. |
| 11:05a | 2 | Q. And this was in the middle about arguing |
| 11:05a | 3 | about the disclosure of Mr. Balestrieri as the author |
| 11:05a | 4 | of the article and whether he could be added as a |
| 11:05a | 5 | defendant in the case, correct? |
| 11:05a | 6 | MS. KLAUS: Objection to foundation. |
| 11:05a | 7 | A. (Deponent viewing exhibit.) It -- sure, |
| 11:05a | 8 | there was a coincidence of time. There was a -- |
| 11:05a | 9 | Q. I -- |
| 11:05a | 10 | A. -- there was a primary going on as well. It |
| 11:05a | 11 | had as much to do with this as anything. They're not |
| 11:05a | 12 | related. |
| 11:05a | 13 | Q. You -- you can make -- let me just ask you to |
| 11:05a | 14 | focus on -- my question was just about the timing. |
| 11:06a | 15 | You knew in May of 2022 that Father de Laire |
| 11:06a | 16 | was seeking to add Mr. Balestrieri as a defendant in |
| 11:06a | 17 | this case. |
| 11:06a | 18 | We've already discussed that, right? |
| 11:06a | 19 | A. I knew it in the sense that I was aware. It |
| 11:06a | 20 | had no front-of-my-mind connection to this. |
| 11:06a | 21 | Q. Okay. Because it's all just a coincidence. |
| 11:06a | 22 | That's your testimony, right? |
| 11:06a | 23 | A. That is absolutely correct, and I resent -- |
| 11:06a | 24 | Q. Okay. |

748

| | | |
|---|---|---|
| 11:38a | 1 | Q.  Didn't you tell us earlier this morning that |
| 11:38a | 2 | you got a call at home from Kate Klaus on June 15th |
| 11:38a | 3 | of 2023? |
| 11:38a | 4 | A.  Yes. |
| 11:38a | 5 | Q.  Okay.  And -- so which is it, were you on a |
| 11:39a | 6 | plane or did you get a call from Miss Klaus at home? |
| 11:39a | 7 | A.  As I testified before under oath, she called |
| 11:39a | 8 | me while I was packing for the trip -- |
| 11:39a | 9 | Q.  I see. |
| 11:39a | 10 | A.  -- to tell me nothing more than Marc had |
| 11:39a | 11 | shown up.  I -- I -- if I recall -- I think, if I |
| 11:39a | 12 | recall correctly, he had sent a note to the Court -- |
| 11:39a | 13 | or an e-mail, sorry, to the Court, I think, the night |
| 11:39a | 14 | before, saying he wanted to show up or was gonna show |
| 11:39a | 15 | up and he was gonna be late. |
| 11:39a | 16 | And I -- I -- I don't know, I was just |
| 11:39a | 17 | getting the stuff as I was packing.  And -- and -- and |
| 11:39a | 18 | then, later on, I went, obviously, almost immediately |
| 11:39a | 19 | went to the airport and, you know, got on the plane or |
| 11:39a | 20 | was waiting in the airport and everything and -- and |
| 11:39a | 21 | that's the order of events. |
| 11:39a | 22 | When I came to have detail told to me that |
| 11:39a | 23 | there was a scheduled deposition, it was going to be |
| 11:39a | 24 | on, I don't know, whatever the date was, July 10th, |

749

| | | |
|---|---|---|
| 11:40a | 1 | 12th, whatever the date -- the agreed-upon date was |
| 11:40a | 2 | and that it was going in Boston and all of that, when |
| 11:40a | 3 | I came to know that specificity, I'm not entirely |
| 11:40a | 4 | clear.  I presume -- |
| 11:40a | 5 | Q.  Well -- |
| 11:40a | 6 | A.  -- it would've been sometime over the next |
| 11:40a | 7 | few days. |
| 11:40a | 8 | Q.  On June 15th of 2023, you wrote a text |
| 11:40a | 9 | directed at Marc Balestrieri, correct? |
| 11:40a | 10 | A.  That's correct. |
| 11:40a | 11 | Q.  And you sent it to him, but you also asked an |
| 11:40a | 12 | intermediary to forward it to him as well, correct? |
| 11:40a | 13 | A.  I did not s -- |
| 11:40a | 14 | MS. KLAUS:  Objection. |
| 11:40a | 15 | A.  No, I did not send to him. |
| 11:40a | 16 | Q.  Yeah.  Okay.  So you asked an intermediary to |
| 11:40a | 17 | send it to him? |
| 11:40a | 18 | A.  Correct. |
| 11:40a | 19 | Q.  Okay. |
| 11:40a | 20 | A.  I didn't have any of Marc's contact |
| 11:40a | 21 | information, phone numbers, texts or nothing.  I |
| 11:40a | 22 | didn't have -- |
| 11:40a | 23 | Q.  And that was the date -- |
| 11:40a | 24 | A.  -- any of that. |

750

| | | |
|---|---|---|
| 11:40a | 1 | (Whereupon, parties speaking at the same |
| 11:40a | 2 | time.) |
| 11:40a | 3 | (Reporter interruption.) |
| 11:40a | 4 | THE DEPONENT:  I didn't have any of that. |
| 11:40a | 5 | MADAM COURT REPORTER:  Thank you. |
| 11:40a | 6 | BY MR. COOPER: |
| 11:40a | 7 | Q.  That was the date -- well, didn't we just see |
| 11:40a | 8 | a text between you and him about the $70,000 that he |
| 11:41a | 9 | owes? |
| 11:41a | 10 | A.  That was from November. |
| 11:41a | 11 | Q.  So you didn't -- |
| 11:41a | 12 | A.  That was four or five months prior. |
| 11:41a | 13 | Q.  So you didn't think it was appropriate to |
| 11:41a | 14 | send your message to that number? |
| 11:41a | 15 | A.  That's correct.  Yes, I did not, because I |
| 11:41a | 16 | knew that -- he hadn't responded to that.  And as |
| 11:41a | 17 | background on this, since you're opening -- |
| 11:41a | 18 | Q.  No.  I'm not interested in background. |
| 11:41a | 19 | A.  Well, you're -- |
| 11:41a | 20 | Q.  Answer -- |
| 11:41a | 21 | A.  No, you -- no, you've -- |
| 11:41a | 22 | Q.  -- the question. |
| 11:41a | 23 | A.  -- you've -- you've said something that needs |
| 11:41a | 24 | a -- |

Very Reverend Georges F. de Laire, J.C.L. v.   Videotaped          Gary Michael Voris
Gary Michael Voris, et al.                                        August 08, 2023

751

| 11:41a | 1 | Q. No, it -- |
|---|---|---|

11:41a    1         Q.  No, it --

11:41a    2         A.  -- response.

11:41a    3         Q.  Sir.  Sir.  S -- moving on to the next

11:41a    4    question.

11:41a    5         A.  No.  So I don't --

11:41a    6         Q.  You wrote to Mr. --

11:41a    7         A.  Can I fini --

11:41a    8         Q.  -- Moore --

11:41a    9         A.  Can I finish my answer, please?

11:41a   10         Q.  No, you really can't because you're not

11:41a   11    answering my question.

11:41a   12         A.  I am answering your --

11:41a   13             MS. KLAUS:  Let him finish --

11:41a   14         A.  -- question.

11:41a   15             MS. KLAUS:  -- Howard.  Just let him get

11:41a   16    his --

11:41a   17         BY MR. COOPER:

11:41a   18         Q.  Mr. --

11:41a   19             MS. KLAUS:  -- answer out.

11:41a   20         BY MR. COOPER:

11:41a   21         Q.  Mr. Voris, on June 15th --

11:41a   22             THE DEPONENT:  Did we get --

11:41a   23         BY MR. COOPER:

11:41a   24         Q.  -- at 12:26 p.m., did you write the

752

| | | |
|---|---|---|
| 11:41a | 1 | following:  "Marc," meaning Marc Balestrieri, "you are |
| 11:41a | 2 | committing perjury." |
| 11:41a | 3 |         Did you write that? |
| 11:41a | 4 |     A.  Yes, I did. |
| 11:41a | 5 |     Q.  And you wrote that with the intent that that |
| 11:42a | 6 | message be delivered to him, correct? |
| 11:42a | 7 |     A.  That's correct. |
| 11:42a | 8 |     Q.  And you asked someone to deliver that to him, |
| 11:42a | 9 | correct? |
| 11:42a | 10 |     A.  That's correct. |
| 11:42a | 11 |     Q.  And what's that person's name? |
| 11:42a | 12 |     A.  I don't remember if I asked Christine Niles |
| 11:42a | 13 | to get it to him.  I can't remember if I asked her |
| 11:42a | 14 | directly or asked her to get it to Father PJ because |
| 11:42a | 15 | he had numbers that Marc answered.  And I don't know |
| 11:42a | 16 | if another -- if the other numbers Marc just wasn't |
| 11:42a | 17 | answering anymore. |
| 11:42a | 18 |         I had been in contact -- well (laughs), I was |
| 11:42a | 19 | in contact with Marc during the summer of 2022 and -- |
| 11:42a | 20 | I'm sorry -- 2023, after we'd made the loan to him and |
| 11:42a | 21 | said -- sorry -- 2022, I mixed the summers up -- and |
| 11:43a | 22 | said, you know, you're not responding to -- you're not |
| 11:43a | 23 | responding to, when are you going to be paying the |
| 11:43a | 24 | money back, you know, you signed the note?  I'm not |

753

| | | |
|---|---|---|
| 11:43a | 1 | hearing anything from you. |
| 11:43a | 2 | This stuff went on and on and on and on and |
| 11:43a | 3 | he never responded to anything at all.  So that's why |
| 11:43a | 4 | I went the intermediary route of saying that, well, I |
| 11:43a | 5 | do know that Father PJ has his -- is in communication |
| 11:43a | 6 | with him because he and Father PJ have a separate |
| 11:43a | 7 | case, canon law case of Father PJ's, again, that has |
| 11:43a | 8 | nothing to do with this case, and so I knew that he |
| 11:43a | 9 | had -- that they were going back and forth on his |
| 11:43a | 10 | case. |
| 11:43a | 11 | But he had never responded to -- as far as I |
| 11:43a | 12 | know -- he had never responded for months to anything |
| 11:43a | 13 | to Kate.  He had never responded to -- about the case. |
| 11:43a | 14 | He'd never responded to me for months and months about |
| 11:43a | 15 | anything about paying back the loan.  So I had no idea |
| 11:44a | 16 | whether those numbers were still functioning.  I just |
| 11:44a | 17 | presumed they either were and he just ignored them or, |
| 11:44a | 18 | for whatever reason, they weren't because he used to |
| 11:44a | 19 | switch out phone numbers like most guys change out |
| 11:44a | 20 | baseball hats. |
| 11:44a | 21 | So I asked that the text be funneled -- my |
| 11:44a | 22 | text, that text you read part of there, be funneled to |
| 11:44a | 23 | him in the -- in a way I knew he would actually |
| 11:44a | 24 | receive it.  And that was -- |

Very Reverend Georges F. de Laire, J.C.L. v.       Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

756

| | | |
|---|---|---|
| 11:46a | 1 | A.   I believe Los Angeles. |
| 11:46a | 2 | Q.   And what airline were you flying? |
| 11:46a | 3 | A.   Delta. |
| 11:46a | 4 | Q.   Now, the text goes on to say, "You know you |
| 11:46a | 5 | write that article.  What you don't know is this |
| 11:46a | 6 | morning we found proof - your digital fingerprints - |
| 11:46a | 7 | all totally documented - on that article." |
| 11:46a | 8 | Have I read that correctly? |
| 11:46a | 9 | A.   (Deponent viewing exhibit.)  Yes, you have. |
| 11:46a | 10 | Q.   So, by virtue of what you say there, is it |
| 11:46a | 11 | fair to say that you had learned earlier in the day |
| 11:46a | 12 | that his deposition was gonna be taken, that he -- in |
| 11:47a | 13 | your view, he would be committing perjury, and you had |
| 11:47a | 14 | asked someone to go find proof that he had written the |
| 11:47a | 15 | article? |
| 11:47a | 16 | A.   Correct.  I don't know that he was going to |
| 11:47a | 17 | -- I don't recall specifically if I knew he was going |
| 11:47a | 18 | to be deposed, because I was unclear about what he was |
| 11:47a | 19 | doing in New Hampshire on that day.  I -- I don't -- I |
| 11:47a | 20 | don't recall what the New Hampshire hearing event was |
| 11:47a | 21 | about, but that Marc had showed up and said he wanted |
| 11:47a | 22 | to -- I -- I don't know, said something like, both |
| 11:47a | 23 | sides have stuff wrong, or however he phrased it, and |
| 11:47a | 24 | he wanted to go on the record and testify and the drug |

Very Reverend Georges F. de Laire, J.C.L. v.   Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

757

| | | |
|---|---|---|
| 11:47a | 1 | -- the judge was befuddled and -- I knew all of that. |
| 11:47a | 2 | So I don't know if this was -- he was -- I |
| 11:47a | 3 | don't know at the moment I wrote this whether I |
| 11:47a | 4 | understood that he was going to say something that day |
| 11:48a | 5 | inside the courtroom at whatever that hearing was or |
| 11:48a | 6 | at least thought he was going to, or if this is in |
| 11:48a | 7 | reference to the fact that I had already known, |
| 11:48a | 8 | although I don't know, that there was a scheduled |
| 11:48a | 9 | deposition. |
| 11:48a | 10 | I don't remember what it was, but it was -- |
| 11:48a | 11 | that was not top of my mind.  Top of my mind was that |
| 11:48a | 12 | he was going to say that he hadn't -- or I had -- top |
| 11:48a | 13 | of mind was my fear that he was going to say that he |
| 11:48a | 14 | hadn't written the article.  And it was -- |
| 11:48a | 15 | Q.  And -- |
| 11:48a | 16 | A.  -- it was at this point that it came back to |
| 11:48a | 17 | me that Brother Andre had said that Marc denied |
| 11:48a | 18 | writing the article. |
| 11:48a | 19 | Q.  So one of the things that was flashing |
| 11:48a | 20 | through your mind that was he was physically in the |
| 11:48a | 21 | courthouse, going to the courtroom, and you were |
| 11:48a | 22 | concerned that he might testify that he hadn't written |
| 11:48a | 23 | the article? |
| 11:48a | 24 | A.  That's correct. |

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
August 08, 2023

759

11:50a   1   always being worried that his providing information --

11:50a   2   sometimes extraordinarily sensitive information -- on

11:50a   3   all kinds of cases that that -- that he was always

11:50a   4   very squirrelly about any of that being found out.

11:50a   5           And when he wrote articles for us, provided

11:50a   6   information to other people as well, but certainly to

11:50a   7   us on ongoing cases, you know, before whatever

11:50a   8   individual, tribunal, or whatever congregation in

11:50a   9   Rome, that all of his association as a very

11:50a   10   highly-placed, well-respected Vatican source would

11:51a   11   come out.  He was always -- for obvious reasons,

11:51a   12   because of retaliation and, you know, not being able

11:51a   13   to be employed somewhere down the road and, you know,

11:51a   14   not viewed as trustworthy by, you know, individuals in

11:51a   15   the church who would care about that sort of thing.

11:51a   16           So anyway, that's the gist of that, yes.

11:51a   17       Q.  So you threatened him?

11:51a   18       A.  With --

11:51a   19           MS. KLAUS:  Objection to form.

11:51a   20       A.  With telling the truth.

11:51a   21       Q.  So you threatened him?

11:51a   22       A.  With telling the truth.  Stop characterizing

11:51a   23   it as though I was trying to get him to do something

11:51a   24   wrong.  I was trying to get --

Very Reverend Georges F. de Laire, J.C.L. v.    Videotaped                Gary Michael Voris
Gary Michael Voris, et al.                                                August 08, 2023

763

| 12:06p | 1 | record.  The time is 12:06 p.m. |
| 12:06p | 2 | BY MR. COOPER: |
| 12:06p | 3 | Q.  Mr. Voris, we still have Exhibit 33 up in |
| 12:06p | 4 | front of you. |
| 12:06p | 5 | Do you have it? |
| 12:06p | 6 | A.  (Deponent viewing exhibit.)  Yes, I do. |
| 12:06p | 7 | Q.  Now, I want to ask you a couple of things |
| 12:06p | 8 | about something you just said.  You say in this text |
| 12:06p | 9 | that it was that morning, June 15th, 2023, that you |
| 12:06p | 10 | found proof, digital fingerprints, that |
| 12:06p | 11 | Mr. Balestrieri was the author of the article. |
| 12:06p | 12 | Do you see that? |
| 12:06p | 13 | A.  (Deponent viewing exhibit.)  Yes, I do. |
| 12:06p | 14 | Q.  And you told us that you had directed people |
| 12:06p | 15 | at Church Milint -- Militant to find that proof that |
| 12:06p | 16 | day, correct? |
| 12:06p | 17 | A.  Correct. |
| 12:06p | 18 | Q.  And was that the first time you ever directed |
| 12:07p | 19 | anybody to do that? |
| 12:07p | 20 | MS. KLAUS:  Objection to form. |
| 12:07p | 21 | A.  To do what? |
| 12:07p | 22 | Q.  To go find proof that Mr. Balestrieri was the |
| 12:07p | 23 | author of the article. |
| 12:07p | 24 | A.  Correct, because it had not come up before |

764

| | | |
|---|---|---|
| 12:07p | 1 | that. |
| 12:07p | 2 | Q.  In your mind, correct? |
| 12:07p | 3 | A.  Well, correct, yes, my mind. |
| 12:07p | 4 | Q.  But you weren't -- you weren't following the |
| 12:07p | 5 | day-to-day in the lawsuit, you told us, right? |
| 12:07p | 6 | A.  That's correct. |
| 12:07p | 7 | Q.  So you don't know whether it had come up in |
| 12:07p | 8 | the lawsuit previously, right? |
| 12:07p | 9 | MS. KLAUS:  Objection to form. |
| 12:07p | 10 | A.  I -- I knew, as I said earlier, that |
| 12:07p | 11 | Brother Andre had said in his deposition that Marc |
| 12:07p | 12 | had denied writing the article.  I knew that, as I |
| 12:07p | 13 | said, and really paid no attention to it because I |
| 12:07p | 14 | just -- I don't know why I didn't pay any attention to |
| 12:07p | 15 | it, beyond just knowing that I knew it wasn't true, so |
| 12:07p | 16 | I just moved on with my life. |
| 12:07p | 17 | Q.  And -- |
| 12:07p | 18 | A.  But when -- |
| 12:07p | 19 | Q.  My question's a little bit different, |
| 12:08p | 20 | respectfully, Mr. Voris. |
| 12:08p | 21 | My question is, you would agree with me that |
| 12:08p | 22 | you never directed anybody at St. Michael's Media's to |
| 12:08p | 23 | go looking for proof that Mr. Balestrieri wrote the |
| 12:08p | 24 | article until June 15th of 2023, right? |

765

12:08p   1      A.  I'm sorry, I thought I understood your

12:08p   2   earlier question to say "in my mind," which is why I

12:08p   3   was explaining --

12:08p   4      Q.  No.

12:08p   5      A.  -- my mind.

12:08p   6      Q.  No.  I'm simply asking you whether you ever

12:08p   7   gave the direction that you gave on June 15th, 2023,

12:08p   8   before that.

12:08p   9      A.  To go find proof that Marc had actually

12:08p  10   authored the article?  That is --

12:08p  11      Q.  Yes, sir.

12:08p  12      A.  That is correct.  Yes, I had never given that

12:08p  13   instruction because it had never been a -- at

12:08p  14   question.

12:08p  15      Q.  And as far as you knew, no one else at

12:08p  16   St. Michael's Media had ever undertaken that effort

12:08p  17   prior to June 15th of 2023, correct?

12:08p  18      A.  Yes, correct.  I don't know why they would

12:09p  19   have done that.  Again, that was never --

12:09p  20      Q.  And --

12:09p  21      A.  -- at question.

12:09p  22      Q.  And as far as you know, your lawyers never

12:09p  23   undertook that effort --

12:09p  24      A.  Once again --

Very Reverend Georges F. de Laire, J.C.L. v. Videotaped                Gary Michael Voris
Gary Michael Voris, et al.                                             August 08, 2023

766

12:09p   1        Q.   -- at any time?

12:09p   2        A.   -- never at question.

12:09p   3        Q.   Okay.  But you agree with me that they never

12:09p   4    undertook that effort?

12:09p   5        A.   That -- that's correct, never at question.

12:09p   6        Q.   Now, you say in here, I had just asked you

12:09p   7    about, "You go thru with this and we will rain down on

12:09p   8    you publicly."

12:09p   9             Do you see that?

12:09p  10        A.   (Deponent viewing exhibit.)  Yes, I do.

12:09p  11        Q.   And then you say, "You are a liar, and a

12:09p  12    Welch."

12:09p  13             Let's take tho -- you -- you -- you do admit

12:09p  14    writing that, correct?

12:09p  15        A.   That's correct.

12:09p  16        Q.   And sending that to Mr. Balestrieri on

12:09p  17    June 15th of this year, correct --

12:09p  18        A.   Well --

12:09p  19        Q.   -- through an intermediary?

12:09p  20        A.   Through two intermediaries.

12:09p  21        Q.   Okay.  Through two intermediaries.

12:09p  22        A.   And --

12:09p  23        Q.   Well, you know he got it, right?

12:09p  24        A.   (Deponent viewing exhibit.)  And -- and f --

Very Reverend Georges F. de Laire, J.C.L. v.
Gary Michael Voris, et al.

Videotaped

Gary Michael Voris
August 08, 2023

788

12:31p  1        And then at the end of the quarter, we send
12:31p  2   them over that information and they collect it as we
12:31p  3   move along through in -- through the year.  And then
12:32p  4   -- and I think they do -- I think they do payroll for
12:32p  5   us also.  I can't recall right now.  Or at -- or at
12:32p  6   one time they did.  I don't recall.
12:32p  7        Q.  When does St. Michael's Media intend to file
12:32p  8   its Form 990 for 2022?
12:32p  9        A.  I think our extension is through October.  We
12:32p  10   don't actually ask for the extension.  The accountants
12:32p  11   just tell us they're gonna -- that -- that's got --
12:32p  12   that's been the case, I think -- I think every year.
12:32p  13        I don't know when they're due.  I think
12:32p  14   corporate returns, or at least 990s, I think, are due
12:32p  15   at the end of July of each year.  But from what I
12:32p  16   understand from the accountants, it's just standard
12:32p  17   operating procedure that virtually every corporation
12:32p  18   -- at least nonprofits -- just kind of automatically
12:32p  19   file for an extension until I think it's the end of
12:32p  20   October.  So I would presume that's the case here as
12:32p  21   well for --
12:32p  22        Q.  When you --
12:33p  23        A.  -- 2022.
12:33p  24        Q.  When you wrote your e-mail [sic] directed at

Very Reverend Georges F. de Laire, J.C.L. v.
Gary Michael Voris, et al.

Videotaped

Gary Michael Voris
August 08, 2023

789

| | | |
|---|---|---|
| 12:33p | 1 | Mr. Balestrieri on June 15th of this year, that we |
| 12:33p | 2 | looked at exhibit -- as Exhibit 33, what was your |
| 12:33p | 3 | emotion that you were feeling? |
| 12:33p | 4 | MS. KLAUS:  Objection to form. |
| 12:33p | 5 | A.  I was troubled that he was going to perjur |
| 12:33p | 6 | himself.  First of all, that's a sin to take an oath |
| 12:33p | 7 | before God and then lie.  It's a mortal sin, which is |
| 12:33p | 8 | in the category of pretty darn bad in Catholicism. |
| 12:33p | 9 | And that Marc, who has probably racked up the |
| 12:33p | 10 | reputation of being one of the ten best canonists on |
| 12:33p | 11 | the planet, would consider -- at least in my mind, he |
| 12:33p | 12 | was going to consider getting up and perjuring |
| 12:33p | 13 | himself, and thus, committing a mortal sin was, Marc, |
| 12:34p | 14 | don't be stupid.  Don't do this.  You're perjuring |
| 12:34p | 15 | yourself.  You're lying.  You know, what's wrong with |
| 12:34p | 16 | you?  That's what was in my mind when I was sending |
| 12:34p | 17 | the text. |
| 12:34p | 18 | It was a text, by the way.  You represented |
| 12:34p | 19 | it as an e-mail. |
| 12:34p | 20 | Q.  Were you angry? |
| 12:34p | 21 | A.  Ahh, I -- I -- I don't know.  Like -- as I |
| 12:34p | 22 | said, troubled, bothered.  You know, why would you do |
| 12:34p | 23 | this?  This -- the "this" being perjur yourself and |
| 12:34p | 24 | not tell the truth about writing the article. |

Very Reverend Georges F. de Laire, J.C.L. 30(b)(6) Videotaped
Gary Michael Voris, et al.

Gary Michael Voris
February 08, 2023

592

```
 1  COMMONWEALTH OF MASSACHUSETTS

 2  MIDDLESEX, SS.

 3

 4          I, Laurie J. Berg, Certified Court Reporter,

 5  Registered Professional Reporter, Certified Realtime

 6  Reporter, Certified LiveNote Reporter, Certified

 7  eDepoze Reporter and Notary Public, in and for the

 8  Commonwealth of Massachusetts, do hereby certify that

 9  pursuant to appropriate notice of taking deposition,

10  there remotely appeared before me the following named

11  person, to wit:  GARY MICHAEL VORIS, who was by me

12  duly sworn; that he was thereupon examined upon his

13  oath and his examination reduced to writing by me; and

14  that the deposition is a true record of the testimony

15  given by the witness.

16          IN WITNESS WHEREOF, I have hereunto set my

17  hand and seal this 20th day of February, 2023.

18

19  My commission expires:

20  September 14, 2023

21

22

23          _____

24                  Notary Public
```