## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

## NOTICE OF CONVENTIONAL FILING

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to AP 3.3(b)(2) that Exhibit 21 in connection with Plaintiff the Very Reverend Georges F. de Laire's Motion for a Judgment of Liability is being conventionally filed.

Exhibit 21 has not been filed electronically because the document has been designated confidential by the non-filing party, *i.e.*, the Defendants, pursuant to the parties' agreed-to Confidentiality Protective Order (Doc. 26). Pursuant to paragraph 6.b. of the Confidentiality Protective Order, Plaintiff sought Defendants' consent to waive confidentiality as to this document, but Defendants did not provide a substantive response.

Exhibit 21 has been filed provisionally under seal in accordance with the parties' Confidentiality Protective Order.

[SIGNATURES ON NEXT]

Dated: October 18, 2023                    Respectfully submitted,

                                           THE VERY REVEREND GEORGES F. DE LAIRE
                                           By his attorneys:


/s/ Joseph Cacace                          /s/ Suzanne Elovecky
Joseph M. Cacace, N.H. Bar No. 266082      Suzanne M. Elovecky, *pro hac vice*
Howard M. Cooper, *pro hac vice*           PARTRIDGE SNOW & HAHN, LLP
TODD & WELD LLP                            30 Federal Street
One Federal Street, 27th Floor             Boston, MA 02110
Boston, MA 02110                           (617) 292-7900
(617) 720-2626                             selovecky@psh.com
jcacace@toddweld.com
hcooper@toddweld.com


**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of October, 2023 a copy of the foregoing document was filed via ECF and transmitted to all counsel of record through that system.

                                           /s/Suzanne M. Elovecky
                                           Suzanne M. Elovecky

4538402.1/30590-2