# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

## NOTICE OF CONVENTIONAL FILING

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to AP 3.3(b)(2) that Exhibit 22 in connection with Plaintiff the Very Reverend Georges F. de Laire's Motion for a Judgment of Liability is being conventionally filed.

Exhibit 22 has not been filed electronically because the document has been designated confidential by the non-filing party, *i.e.*, the Defendants, pursuant to the parties' agreed-to Confidentiality Protective Order (Doc. 26). Pursuant to paragraph 6.b. of the Confidentiality Protective Order, Plaintiff sought Defendants' consent to waive confidentiality as to this document, but Defendants did not provide a substantive response.

Exhibit 22 has been filed provisionally under seal in accordance with the parties' Confidentiality Protective Order.

[SIGNATURES ON NEXT]

Dated: October 18, 2023

Respectfully submitted,

THE VERY REVEREND GEORGES F. DE LAIRE
By his attorneys:

*/s/ Joseph Cacace*
Joseph M. Cacace, N.H. Bar No. 266082
Howard M. Cooper, *pro hac vice*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
jcacace@toddweld.com
hcooper@toddweld.com

*/s/ Suzanne Elovecky*
Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900
selovecky@psh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2023 a copy of the foregoing document was filed via ECF and transmitted to all counsel of record through that system.

*/s/Suzanne M. Elovecky*
Suzanne M. Elovecky

4538419.1/30590-2