# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L.,<br><br>    Plaintiff,<br><br>v.<br><br>GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT,<br><br>    Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

## NOTICE OF CONVENTIONAL FILING

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to AP 3.3(b)(2) that Exhibit 23 in connection with Plaintiff the Very Reverend Georges F. de Laire's Motion for a Judgment of Liability is being conventionally filed.

Exhibit 23 has not been filed electronically because the document has been designated confidential by the non-filing party, *i.e.*, the Defendants, pursuant to the parties' agreed-to Confidentiality Protective Order (Doc. 26). Pursuant to paragraph 6.b. of the Confidentiality Protective Order, Plaintiff sought Defendants' consent to waive confidentiality as to this document, but Defendants did not provide a substantive response.

Exhibit 23 has been filed provisionally under seal in accordance with the parties' Confidentiality Protective Order.

[SIGNATURES ON NEXT]

Dated: October 18, 2023          Respectfully submitted,

                                 THE VERY REVEREND GEORGES F. DE LAIRE
                                 By his attorneys:

| | |
|---|---|
| */s/ Joseph Cacace* | */s/ Suzanne Elovecky* |
| Joseph M. Cacace, N.H. Bar No. 266082 | Suzanne M. Elovecky, *pro hac vice* |
| Howard M. Cooper, *pro hac vice* | PARTRIDGE SNOW & HAHN, LLP |
| TODD & WELD LLP | 30 Federal Street |
| One Federal Street, 27th Floor | Boston, MA 02110 |
| Boston, MA 02110 | (617) 292-7900 |
| (617) 720-2626 | selovecky@psh.com |
| jcacace@toddweld.com | |
| hcooper@toddweld.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2023 a copy of the foregoing document was filed via ECF and transmitted to all counsel of record through that system.

                                 */s/Suzanne M. Elovecky*
                                 Suzanne M. Elovecky

4538426.1/30590-2