FILED - USDC -NH
2023 OCT 23 AM9:18

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

VERY REVEREND GEORGES F. de
LAIRE, J.C.L.,

       Plaintiff,

v.

GARY MICHAEL VORIS, ANITA CAREY,
ST. MICHAEL'S MEDIA a/k/a CHURCH
MILITANT, and MARC BALESTRIERI

       Defendants.

Civil No. 1:21-cv-00131-JL

## ASSENTED-TO MOTION TO SEAL

NOW COME defendants, Gary Michael Voris, Anita Carey, and St. Michael's Media, by and through counsel, and respectfully moves that this Honorable Court seal documents identified as protected by the protective order in this case: Unredacted Document (184-1) Memorandum In Support of the Motion for Judgment of Liability filed by Georges F. de Laire. (Attachments: # 1 21 Emails from Balestrieri to Voris and Niles (184-23), # 2 22 Text Messages between Niles and Balestrieri (184-24), # 3 23 August 26, 2021 Email from Voris to Klaus and Niles (184-25)(ko) (Entered: 10/20/2023))

Plaintiff de Laire assents to the relief sough in this motion.

Respectfully Submitted,

Gary Michael Voris, Anita Carey, and St.
Michael's Media a/k/a Church Militant,
By their attorneys,

Lehmann Major List, PLLC

*Richard J. Lehmann*

October 20, 2023

Richard J. Lehmann (Bar No. 9339)
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

## CERTIFICATION

I hereby certify that a copy of this pleading was this day forwarded to opposing counsel via the court's electronic service system.

*/s/Richard J. Lehmann*

October 20, 2023        Richard J. Lehmann



# Lehmann Major List pllc

**6 Garvins Falls Road| Concord, NH 03301 |(603) 715-2516 | info@nhlawyer.com**

October 23, 2023
**Hand Delivered to Court**

U. S. District Court
District of New Hampshire
55 Pleasant Street #110
Concord, NH 03301

      Re: **Very Reverend Georges F. de Laire, J.C.L. v. Gary Michael Voris, Anita Carey, St. Michael's Media a/k/a Church Militant, and Marc Balestrieri**
        **Docket No. 1:21-cv-00131-JL**

Dear Sir or Madam:

      Enclosed for filing with the court, please find an Assented-to Motion to Seal.

      If you have any questions please don't hesitate to contact my office.

              Sincerely,

              */s/ Richard J. Lehmann*

Enclosure
Cc: Attorney Howard Cooper

              Richard J. Lehmann, Esq.