UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI <br><br> Defendants. | Civil No. 1:21-cv-00131-JL |

## NOTICE OF CONVENTIONALLY FILED DOCUMENT

|  |  |
|---|---|
|  | Respectfully Submitted <br> Gary Michaerl Votis, Anita Carey and St. Michael's Media <br> By thier attorneys, <br> Lehmann Major List, PLLC |
| November 8, 2023 | */s/Richard J. Lehmann* <br> _____ <br> Richard J. Lehmann (Bar No. 9339) <br> 6 Garvins Falls Road <br> Concord, N.H. 03301 <br> (603) 731-5435 <br> rick@nhlawyer.com |