```
 1  something?
 2              MS. ELOVECKY:  I just was going to confirm that we
 3  did have a confirmatory e-mail chain a few days later in
 4  February where it was in writing for purposes -- the reason
 5  for it was he was initially disclosed under attorneys' eyes
 6  only, and we objected and had an agreement that it would be
 7  confidential instead.  So that was in writing a few days
 8  later.
 9              THE COURT:  Okay.  Go ahead.
10              MS. KLAUS:  And that's it, your Honor.
11              Again, I understand why your Honor thinks that our
12  answer was false.  It truly wasn't my intent --
13              THE COURT:  Wait.  You understand why I think it
14  was false?
15              MS. KLAUS:  Yes.
16              THE COURT:  Well, you understand it was false?
17              MS. KLAUS:  I understand it was wrong, but I think
18  falsifying --
19              THE COURT:  Are we going to quibble over words
20  here?
21              MS. KLAUS:  I just want to convey there's no malice
22  and there was no intent.
23              THE COURT:  You've told me that.  I don't know you.
24  I don't know Mr. Nicholson too well.  I hope to get to know
25  him better.
```

| | |
|---|---|
| 1 | See, here's what I worry about.  You're probably |
| 2 | never going to see me again so you might not care what you say |
| 3 | to me, but he does. |
| 4 | If I seem upset about this, it's because I am. |
| 5 | MS. KLAUS:  I understand. |
| 6 | THE COURT:  See, because when people spend money |
| 7 | litigating in court over falsehoods, it's a mockery of our |
| 8 | process.  It's a mockery.  You know, you are not -- I'm not |
| 9 | going to say any more about it.  I don't want to be skeptical, |
| 10 | but you're telling me, you know, I told her, she should have |
| 11 | amended right way.  Well, you also told her Voris was the |
| 12 | author.  Maybe she wasn't quite satisfied with that, and she |
| 13 | was trying to do her homework and she took a deposition and |
| 14 | waited for the transcript.  It doesn't seem like that much |
| 15 | time went by. |
| 16 | How does it prejudice you in any way to allow the |
| 17 | person who wrote these articles based primarily it sounds like |
| 18 | on his or her own personal knowledge, right, and I know that's |
| 19 | your point, well, that he should have been a defendant anyway, |
| 20 | but, you know, that's a litigation strategy and tactics issue |
| 21 | about who you sue.  But you do sue the author, and they |
| 22 | alleged that Voris was the author.  They sued Voris.  You |
| 23 | said, you're right, he is the author, when he wasn't.  You |
| 24 | explained that to me. |
| 25 | But why is a couple of months a problem? |