# In the Matter of:

*Very Reverend Georges F. de Laire, J.C.L. vs*

*Gary Michael Voris, et al.*

*Brother Andre Marie Villarrubia*

*March 07, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O&L — O'BRIEN & LEVINE COURT REPORTING SOLUTIONS

A MAGNA LEGAL SERVICES COMPANY

Case 1:21-cv-00131-JL   Document 189-7   Filed 11/08/23   Page 2 of 9

Very Reverend Georges F. de Laire, J.C.L. vs					Brother Andre Marie Villarrubia
Gary Michael Voris, et al.							March 07, 2023

```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE


 * * * * * * * * * * * * * * * * *
                                  *
   VERY REVEREND GEORGES F.       *
   de LAIRE, J.C.L.,              * NO.
                                  * 1:21-cv-00131-JL
              Plaintiff,          *
                                  *
         vs.                      *
                                  *
   GARY MICHAEL VORIS, ANITA      *
   CAREY, ST. MICHAEL'S MEDIA     *
   a/k/a CHURCH MILITANT, and     *
   MARC BALESTRIERI,              *
                                  *
              Defendants.         *
                                  *
 * * * * * * * * * * * * * * * * *



DEPOSITION OF BROTHER ANDRE MARIE VILLARRUBIA,

Deposition taken at Wadleigh, Starr & Peters,

95 Market Street, Manchester, New Hampshire, on

Tuesday, March 7, 2023, commencing at 1:12 p.m.)




Court Reporter:
Pamela J. Carle, LCR, RPR, CRR
```

Very Reverend Georges F. de Laire, J.C.L. vs　　　　　　Brother Andre Marie Villarrubia
Gary Michael Voris, et al.　　　　　　　　　　　　　　　　March 07, 2023

```
                                                                    2
 1                          APPEARANCES

 2
     For the Plaintiff:
 3
          PARTRIDGE SNOW & HAHN
 4        30 Federal Street
          Boston, Massachusetts 02110
 5        By:  Suzanne M. Elovecky, Esq.
               617.292.7900
 6             selovecky@psh.com

 7
     For the Defendants:
 8
          MADDIN, HAUSER, ROTH & HELLER, P.C.
 9        28400 Northwestern Highway
          Southfield, Michigan 48034-1839
10        By:  Kathleen H. Klaus, Esq.
               248.354.4030
11             kklaus@maddinhauser.com

12
     For the Witness:
13
          WADLEIGH, STARR & PETERS
14        95 Market Street
          Manchester, New Hampshire 03101
15        By:  Michael J. Tierney, Esq.
               603.669.4140
16             mtierney@wadleighlaw.com

17

18

19

20

21

22

23

24

25
```

Case 1:21-cv-00131-JL   Document 189-7   Filed 11/08/23   Page 4 of 9

Very Reverend Georges F. de Laire, J.C.L. vs          Brother Andre Marie Villarrubia
Gary Michael Voris, et al.                                          March 07, 2023

3

```
 1                      I N D E X
    WITNESS:        BROTHER ANDRE MARIE VILLARRUBIA
 2
    EXAMINATION:                          PAGE
 3  By Ms. Elovecky                       5/144    By Ms.
    Klaus                       100
 4

 5

 6

 7  EXHIBITS FOR IDENTIFICATION:

 8  VILLARRUBIA      DESCRIPTION                   PAGE

 9   1       Letter, Bates number SBC 113           13

10   2       Note, Bates number SBC 116             19

11   3       11/11/14 correspondence, Villarrubia   19
             to de Laire
12
     4       11/26/14 letter, Bates number SBC      25
13           126

14   5       Correspondence, Bates number           28

15   6       Letter, Bates number                   30

16   7       1/6/15 correspondence, Villarrubia     35
             to Di Noia
17
     8       1/3/13 letter, de Laire to             54
18           Villarrubia

19   9       Precepts                               54

20  10       January article                        58

21  11       Enclosure                              73

22  12       Enclosure                              73

23  13       Internet posting, Bates number         91

24           E-mail from Father de Laire          105
    14
25
```

Case 1:21-cv-00131-JL   Document 189-7   Filed 11/08/23   Page 5 of 9

Very Reverend Georges F. de Laire, J.C.L. vs　　　　　Brother Andre Marie Villarrubia
Gary Michael Voris, et al.　　　　　　　　　　　　　　　March 07, 2023

```
 15    Bates numbers SBC, Suzanne, Bates        110
       numbers 4, 5 and 6

 16    E-mails                                  132

(Exhibits retained by Attorney Elovecky and Attorney
Klaus)
```

Case 1:21-cv-00131-JL   Document 189-7   Filed 11/08/23   Page 6 of 9

Very Reverend Georges F. de Laire, J.C.L. vs          Brother Andre Marie Villarrubia
Gary Michael Voris, et al.                                          March 07, 2023

5

```
 1                BROTHER ANDRE MARIE VILLARRUBIA,
 2                having been duly sworn,
 3                was deposed and testified
 4                as follows:
 5                EXAMINATION
 6   BY MS. ELOVECKY:
 7         Q.     Good afternoon.
 8         A.     Good afternoon.
 9         Q.     My name is Suzanne Elovecky, and I am
10   counsel for the plaintiff in the case that we're
11   here on today which is the Very Reverend George
12   de Laire versus Church Militant, also known as St.
13   Michael's Media, Gary Michael Voris, Anita Carey,
14   and Mark Balestrieri.  Do you understand that?
15         A.     Yes.
16         Q.     And you're here responding to a
17   subpoena that was addressed to the St. Benedict
18   Center, correct?
19         A.     Correct.
20         Q.     Could you state your name for the
21   record?
22         A.     My name is Brother Andre Marie
23   Villarrubia.
24         Q.     And how do you like to be addressed?
25         A.     Either Brother Andre or Brother.
```

Very Reverend Georges F. de Laire, J.C.L. vs
Gary Michael Voris, et al.

Brother Andre Marie Villarrubia
March 07, 2023

71

1   restate the question.
2   BY MS. ELOVECKY:
3       Q.    And I'm not asking for information that
4   you're regarding as privileged, whether or not we
5   agree is a separate thing, we've decided not to
6   push that.  So without divulging information you
7   view as privileged, can you tell me what the
8   January 26, 2022 conversation with Marc
9   Balestrieri consisted of?
10              MR. TIERNEY:  The June.
11              MS. ELOVECKY:  Yes, I apologize.
12  BY MS. ELOVECKY:
13      Q.    June 26, 2022.
14      A.    So I had texted him to ask him, this is
15  immediately subsequent to my learning from Michael
16  Tierney that Michael Voris said that Marc authored
17  the article.
18              I sensed this was a problem, and I
19  texted him simply to find out do we have a standing
20  mandate for you to be our procurator or advocate.
21  I just wanted to double-check a formality in canon
22  law that means if he is designated to be our
23  advocate or our procurator.
24              I couldn't for the life of me remember
25  if there was one standing.  And he -- and we went

Case 1:21-cv-00131-JL Document 189-7 Filed 11/08/23 Page 8 of 9

Very Reverend Georges F. de Laire, J.C.L. vs
Gary Michael Voris, et al.

Brother Andre Marie Villarrubia
March 07, 2023

72

```
 1   back and forth on that and I got satisfied with
 2   that answer.
 3            Well, he clearly knew that there was
 4   some subject of concern, so and then he wanted to
 5   talk.  And he called me, and in that conversation
 6   I -- you know, he basically says, what's up.  And I
 7   said this is a problem, that Michael Voris said
 8   that you wrote the article and you're our canon
 9   lawyer.  And he said, I didn't write the article.
10   He vehemently denied authorship of the article.
11            I simply thought that that should be on
12   the record.  Obviously Marc's chosen not to defend
13   himself, but I have this information, and I thought
14   that this should be part of the record.
15            And I was trying to cut the
16   conversation short, because I knew that we were
17   going to be seeking the services of another
18   canonist from here on out, and I didn't feel that I
19   had to give lengthy explanations to Marc about
20   that.
21       Q.   Okay.  Did you believe Marc that he did
22   not write the article?
23       A.   Counselor, I did not know what to
24   believe.  I was given -- I was given to -- the way
25   Marc tried to explain himself, the impression I got
```

Case 1:21-cv-00131-JL   Document 189-7   Filed 11/08/23   Page 9 of 9

Very Reverend Georges F. de Laire, J.C.L. vs                    Brother Andre Marie Villarrubia
Gary Michael Voris, et al.                                                      March 07, 2023

73

1   was that it may have been some sort of
2   collaborative effort, but I -- that's an
3   impression.
4           And, frankly, I knew at this point that
5   our professional relationship had ended, and I
6   wasn't interested in further discussions about it.
7       Q.    Was the only basis of the end of that
8   relationship the article and the questions
9   surrounding it?
10      A.    The only basis -- well, specifically
11  the acquisition that he had written it, that
12  completely changed everything.  As I said, I had no
13  idea that he had written it; I had no idea that
14  there was even a claim floating around that he had
15  written it.  I had assumed that he had been one of
16  the sources of information, but that's it.
17      Q.    That was an easy assumption to make.
18  So I'm going to pass out a couple more exhibits.
19  I think we're at 11 and 12.  I think it is an
20  enclosure, it maybe could just be one, but to be
21  safe.
22          (Villarrubia Exhibit 11 was marked for
23          identification.)
24          (Villarrubia Exhibit 12 was marked for
25          identification.)