UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L.,<br><br>Plaintiff,<br><br>v.<br><br>GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI<br><br>Defendants. | Civil No. 1:21-cv-00131-JL |

**NOTICE OF CONVENTIONALLY FILED DOCUMENT**

                                      Respectfully Submitted
                                      Gary Michaerl Votis, Anita Carey and
                                          St. Michael's Media
                                      By thier attorneys,
                                      Lehmann Major List, PLLC

*/s/Richard J. Lehmann*

November 8, 2023           _____
                                      Richard J. Lehmann (Bar No. 9339)
                                      6 Garvins Falls Road
                                      Concord, N.H. 03301
                                      (603) 731-5435
                                      rick@nhlawyer.com