UNSWORN DECLARATION OF CHRISTINE NILES

1. I was a senior producer at St. Michael's Media ("Church Militant"). I resigned on November 10, 2023.
2. I confirm that I have handed over all relevant communications with Marc Balistrieri from my personal devices.
3. As I am no longer an employee of Church Militant, I no longer have access to the company phone or company emails. It will be up to Church Militant to perform its own search of those devices for any relevant communications.


I declare under penalty of perjury that the forgoing is true and correct. Executed this 27th day of November 2023.

_____
Christine Niles