UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Georges F. de Laire

        v.                              Case No. 21-cv-131-JL

Gary Michael Voris, et al.


NOTICE

TO:  Defendants, Gary Michael Voris and Anita Carey


        Court records indicate the withdrawal of your attorney Richard J.
Lehmann, Esq.

        You are directed to advise this court by **January 16, 2024**, of the
name of a new attorney or, in the alternative, of your decision to
appear pro se (without counsel).   *See* Local Rule 83.6(b) and (d).
Understand that you are under no obligation to retain counsel; you may
defend this case yourself.

        If no new appearance or other response is received by the time
specified, the file will be referred to the clerk for the entry of
default pursuant to Fed. R. Civ. P. 55(a).



                                    /s/Jadean Barthelmes
                                    _____
                                    Jadean Barthelmes
                                    Deputy Clerk


Date: December 26, 2023

cc:  Gary Michael Voris
     Anita Carey
     Howard M. Cooper, Esq.
     Suzanne Elovecky, Esq.
     Joseph M. Cacace, Esq.
     Richard J. Lehmann, Esq.