# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

### PLAINTIFF VERY REVEREND GEORGES F. DE LAIRE'S STATUS REPORT CONCERNING AGREEMENT ABOUT REAL ESTATE PROCEEDS

Plaintiff the Very Revered Georges F. de Laire ("Father de Laire") provides this status report concerning his attempt to file a stipulated order memorializing an agreement reached on the record at a hearing held in this matter on December 26, 2023.

As the Court is aware, at the hearing held on December 26, 2023, Mr. Michael Sherry of Defendant St. Michael's Media a/k/a Church Militant ("Church Militant") agreed to a proposal advanced by counsel for Father de Laire. As was stated on the record, the proposal was that following the closings then-scheduled for December 28, 2023, Church Militant would put the full sales amount in escrow. Thereafter, Mr. Sherry would provide an affidavit to Father de Laire certifying under oath the operating costs and expenses required to keep Church Militant open for business. Following the exchange of that information, Church Militant would withdraw – with Father de Laire's agreement – those necessary amounts.

The Court instructed counsel to draft a stipulation for Father de Laire's and Church Militant's signature, and to file same on today's date – December 27, 2023.

1

Consistent with the agreement reached and the Court's instructions, Father de Laire's counsel drafted a proposed stipulation and provided it to Mr. Sherry on December 26, 2023.  See, December 26, 2023 email chain between H. Cooper and M. Sherry (including attachment), attached hereto at **Exhibit A**. Father de Laire's counsel impressed upon Mr. Sherry the importance of filing said stipulation consistent with the Court's instructions at the hearing.  Id. Mr. Sherry responded that he intended to meet with an attorney on the morning of December 27, 2023 to review the stipulation. Id.  Mr. Sherry further stated in that email that the closing was scheduled for "29-January (this Friday)," and not 28-January (Thursday) as originally thought)". Id.  It appears clear that the reference to "January" as opposed to December was a typographical error, as Mr. Sherry clearly stated "this Friday".

On December 27, 2023, Mr. Sherry contacted Father de Laire's counsel and stated that, "[a]fter reviewing this stipulation and because I do not have counsel at this time, I am uncomfortable signing this stipulation." See December 27, 2023 email from M. Sherry to H. Cooper and others, attached hereto as **Exhibit B**.

Given that the agreement was reached at the hearing on December 26, 2023, and is memorialized on the transcript of same, Father de Laire submits herewith as **Exhibit C** a proposed order concerning the attachment, and the agreed upon process to preserve Church Militant's ability to continue to operate during this temporary attachment.

*Signatures on Next Page*

Respectfully submitted,

THE VERY REVEREND GEORGES F. DE LAIRE,

By His Attorneys,

/s/ Joseph M. Cacace
Joseph M. Cacace, N.H. Bar No. 266082
Howard M. Cooper, *pro hac vice*
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
jcacace@toddweld.com
hcooper@toddweld.com

/s/ Suzanne M. Elovecky
Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900
selovecky@psh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2023 a copy of the foregoing document was served and transmitted to all parties of record via the court's electronic filing system.

/s/ Suzanne M. Elovecky
Suzanne M. Elovecky