# **EXHIBIT B**

| | |
|---|---|
| **From:** | Mike Sherry <michaelsherry@churchmilitant.com> |
| **Sent:** | Wednesday, December 27, 2023 11:06 AM |
| **To:** | Jadean Barthelmes; Suzanne Elovecky |
| **Cc:** | hcooper_toddweld.com; jcacace@toddweld.com |
| **Subject:** | [EXTERNAL] RE: Court email address |

After reviewing this stipulation and because I do not have counsel at this time, I am uncomfortable signing this stipulation.
Currently, I'm talking to lawyers to provide representation for us in this case.

To Jesus thru Mary,
Mike Sherry

**From:** Jadean Barthelmes <Jadean_Barthelmes@nhd.uscourts.gov>
**Sent:** Wednesday, December 27, 2023 10:32 AM
**To:** Suzanne Elovecky <selovecky@psh.com>; Mike Sherry <michaelsherry@churchmilitant.com>
**Cc:** hcooper_toddweld.com <hcooper@toddweld.com>; jcacace@toddweld.com
**Subject:** RE: Court email address

Thank you.



Jadean Barthelmes
Deputy Clerk
US District Court - NH
55 Pleasant St, Room 110
Concord NH 03301-3941
Tel: (603) 369-5374

**From:** Suzanne Elovecky <selovecky@psh.com>
**Sent:** Wednesday, December 27, 2023 9:10 AM
**To:** Jadean Barthelmes <Jadean_Barthelmes@nhd.uscourts.gov>; Mike Sherry <michaelsherry@churchmilitant.com>
**Cc:** hcooper_toddweld.com <hcooper@toddweld.com>; jcacace@toddweld.com
**Subject:** Re: Court email address

**CAUTION - EXTERNAL:**

Jadean,

As an update after yesterday's hearing, Plaintiff's counsel provided to Mr. Sherry a draft stipulation concerning the proceeds of the sale of real estate yesterday afternoon. Mr. Sherry advised that he intends to review same with counsel this morning. Once we hear from him, we will promptly file either (a) the signed stipulation or (b) a proposed order.

Thank you.

Get Outlook for iOS



**Suzanne Elovecky**
Partner
**Partridge Snow & Hahn LLP**
30 Federal St.
Boston, MA 02110
t: 857-214-3097 · f: 617-292-7910
**selovecky@psh.com**
Learn more about our lawyers at psh.com

LinkedIn

---

**From:** Jadean Barthelmes <Jadean_Barthelmes@nhd.uscourts.gov>
**Sent:** Tuesday, December 26, 2023 9:49:15 AM
**To:** Mike Sherry <michaelsherry@churchmilitant.com>
**Cc:** hcooper_toddweld.com <hcooper@toddweld.com>; Suzanne Elovecky <selovecky@psh.com>; jcacace@toddweld.com <jcacace@toddweld.com>
**Subject:** [EXTERNAL] RE: Court email address

Not a problem you just didn't know.

Thank you.

Jadean



Jadean Barthelmes
Deputy Clerk
US District Court - NH
55 Pleasant St, Room 110
Concord NH 03301-3941
Tel: (603) 369-5374

---

**From:** Mike Sherry <michaelsherry@churchmilitant.com>
**Sent:** Tuesday, December 26, 2023 9:44 AM
**To:** Jadean Barthelmes <Jadean_Barthelmes@nhd.uscourts.gov>
**Cc:** hcooper_toddweld.com <hcooper@toddweld.com>; Suzanne Elovecky <selovecky@psh.com>; jcacace@toddweld.com
**Subject:** Re: Court email address

**CAUTION - EXTERNAL:**

My apologies, I thought he was supposed to be included.
I'll stop, Thank you.


To Jesus thru Mary,

Mike Sherry

2

**From:** Jadean Barthelmes <Jadean_Barthelmes@nhd.uscourts.gov>
**Sent:** Tuesday, December 26, 2023 9:33 AM
**To:** Mike Sherry <michaelsherry@churchmilitant.com>
**Cc:** hcooper_toddweld.com <hcooper@toddweld.com>; Suzanne Elovecky <selovecky@psh.com>; jcacace@toddweld.com <jcacace@toddweld.com>
**Subject:** RE: Court email address

Good morning Mr. Sherry,

I recognize you are not familiar with court rules and protocol but you should not be sending any email communications directly to the judge. If you wish to relay information to the court, there are other means to do that. Having said that, I know you have been cc'ing him on your communications with counsel for Father de Laire. I would ask that you refrain from including the judge in any further email communications.

We will see you at 2 pm this afternoon. I will be sending out the zoom invitation shortly.

Thank you.

Jadean



Jadean Barthelmes
Deputy Clerk
US District Court - NH
55 Pleasant St, Room 110
Concord NH 03301-3941
Tel: (603) 369-5374

---

**From:** Mike Sherry <michaelsherry@churchmilitant.com>
**Sent:** Friday, December 22, 2023 4:03 PM
**To:** Jadean Barthelmes <Jadean_Barthelmes@nhd.uscourts.gov>
**Subject:** Court email address

**CAUTION - EXTERNAL:**

Hi,

I'm involved in the case of de Laire vs St Michael's Media.

What is the email address I should use to send an email to the judge in the case ?

God bless,
Mike

Get Outlook for iOS

3

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--------------------------

This email message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you think you have received this e-mail message in error, please notify Partridge Snow & Hahn LLP at (401) 861-8200, and purge this e-mail message from your computer system immediately. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.