USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

FILED - USDC -NH
2024 JAN 25 AM 10:49

| de Laire | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.   21-CV-00131-JL |
| Voris, et al | ) |
| *Defendant* | ) |

## Pro Se APPEARANCE ~~OF COUNSEL~~

To: The clerk of court and all parties of record

~~I am admitted or otherwise authorized to practice in this court, and~~ I appear in this case ~~as counsel~~ for:

myself, Gary Michael Voris

Date:    01/23/2024

*~~Attorney's~~ signature*

Gary Michael Voris
*Printed name ~~and bar number~~*

1411 Wood Hollow Dr., Apt. 35103
Houston, TX 77057

*Address*

IrishRebel1983@outlook.com
*E-mail address*

(248) 930-9200
*Telephone number*

*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Howard Cooper, Joseph Cacace, Stephen Martin, Seth Hipple, Suzanne Elovecky, W. Scott O'Connell, Anita Carey

01/23/2024

Date                                                          Signature