# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., <br><br> Plaintiff, <br><br> v. <br><br> GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

## AGREEMENT FOR JUDGMENT AS BETWEEN PLAINTIFF VERY REVEREND GEORGES F. DE LAIRE AND DEFENDANT ST. MICHAEL'S MEDIA A/K/A CHURCH MILITANT

The Plaintiff, Very Reverend Georges F. de Laire ("Father de Laire") and the Defendant, St. Michael's Media a/k/a Church Militant ("SMM") hereby stipulate and agree as follows:

1. Judgment shall enter for Father de Laire and against SMM on the sole count of the First Amended Complaint for defamation in the amount of $500,000.00 (five hundred thousand dollars). Father de Laire and SMM shall otherwise bear their own attorney's fees and costs. The parties waive all rights of appeal.

2. The Judgment shall declare as follows:  On January 17, 2019 and thereafter, SMM published on its Church Militant website a story on its ChurchMilitant.com web site about Father Georges de Laire, the Judicial Vicar of the Diocese of Manchester, New Hampshire. The story was authored by Marc Balestrieri, who requested that his authorship be concealed, and led SMM to believe that the claims in his article were supported by anonymous sources known to him. SMM and Church Militant extend their

apologies to Father de Laire for the publication of this story which has been permanently removed from the ChurchMilitant.com website. Additionally, we have resolved Father de Laire's defamation lawsuit through a financial payment to him.

SMM and Church Militant regret that the article was not properly vetted. It was later revealed that Mr. Balestrieri could not substantiate his claims regarding Father de Laire with any credible sources. Further, Mr. Balestrieri did not disclose to SMM his active involvement in a canonical dispute in which he was representing a client and Father de Laire was representing the Church at the time he wrote the article, which would have raised questions about the motive behind the anonymous allegations in the article prior to its publication.

Mr. Balestrieri, after being sued, did not defend the lawsuit, leading the Court to enter a default judgment against him. Mr. Balestrieri further failed to attend his duly-noticed and agreed-upon deposition.

SMM sincerely apologizes for their part in any distress or damage they may have caused Father de Laire.

SO ORDERED THIS ____ DAY OF FEBRUARY, 2024.

_____
(LaPlante, J. USDC NH)

| | |
|---|---|
| Respectfully submitted,<br><br>THE VERY REVEREND<br>GEORGES F. DE LAIRE<br><br>By his attorneys:<br><br>*/s/ Howard M. Cooper*<br>*/s/ Joseph M. Cacace*<br>Howard M. Cooper, *pro hac vice*<br>Joseph M. Cacace, N.H. Bar # 266082<br>TODD & WELD LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02110<br>(617) 720-2626<br>jcacace@toddweld.com<br>hcooper@toddweld.com<br><br>*/s/ Suzanne M. Elovecky*<br>Suzanne M. Elovecky, *pro hac vice*<br>PARTRIDGE SNOW & HAHN, LLP<br>30 Federal Street<br>Boston, MA 02110<br>(617) 292-7900<br>selovecky@psh.com | ST. MICHAEL'S MEDIA A/K/A<br>CHURCH MILITANT, BY, THE LAW<br>OFFICES OF MARTIN & HIPPLE, PLLC<br><br>By its attorneys:<br><br>*/s/ Stephen T. Martin*<br>Stephen T. Martin, Esq.<br>390 Loudon Road<br>Concord, NH  03301<br>(603) 856-0202 (Ext. 1)<br>smartin@nhlegalservices.com<br>NH Bar #: 19567<br><br>*/s/ Seth J. Hipple*<br>Seth J. Hipple, Esq.<br>390 Loudon Road<br>Concord, NH  03301<br>(603) 856-0202 (Ext. 2)<br>sjhipple@nhlegalservices.com<br>NH Bar #: 19555 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2024, I electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to those who are currently on the list to receive e-mail notices for this case.

                                                  */s/  Suzanne M. Elovecky*
                                                  Suzanne M. Elovecky

4866-8832-8105.1/030590-0002