Fwd: Motion with stuff

Mike Voris <IrishRebel1983@outlook.com>
Wed 2/28/2024 2:27 PM
To: The UPS Store #1759 <store1759@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

FILED - USDC -NH
2024 MAR 1 AM 9:54

Get Outlook for iOS

**From:** Mike Voris <IrishRebel1983@outlook.com>
**Sent:** Wednesday, February 28, 2024 2:12:40 PM
**To:** Mike Voris <irishrebel1983@outlook.com>
**Subject:** Motion with stuff

# Motion to extend trial date

DeLaire v. Voris
Case - 21-cv-131-JL, de Laire v. Voris, et al.

This is a petition/motion to the court to extend the trial date to as such a time when I (Gary Michael Voris) am actually able prepare, mount and present a sturdy defense.

As presented - and here represented - a signed and notarized affidavit from my physician ( the court has the original) as requested directly by Judge LaPlante during last weeks video conference with the precise language His Honor requested.

As my neurosurgeon states, I am on narcotics and will be until the physical condition is overcome (sciatic nerve in right leg) and his sound medical advice is I participate in no legal matters whatsoever until such a time has passed. **EXHIBIT 1 / 1A** (1 PAGE) (2 pages)

Mr. Coopers has written the court saying that rescheduling the date will inconvenience his witnesses.

I can assure the court that whatever inconvenience he claims for his witnesses, will not come close to the inconvenience I will suffer by not being allowed to prepare and present my own defense.

Moreover - as he has told the court repeatedly - the entire reason for him trying to shoehorn and bully me into a trial in a period where I am unable to mentally and physically to be at the top of my game is because of his other trials schedule.

Again, I do not believe his trial schedule should override and negate my right to adequately defend myself.

Moreover - his client has already accepted an agreement for a half a million dollars from one of the previous parties, so it's not like a requested delay is going to harm him financially.

Likewise - I have never expressed an untruth to this court in anyway whatsoever.

The same cannot be said of Mr. Cooper. In the last Video conference he stated that I was unwilling to accept ANY responsibility in this case.

That is/was a lie and to prove it, I am also submitting emails between him and I where I go into great detail saying the exact opposite to which Mr. Copper responded. **EXHIBIT 2** (2.5 pages)

I thank the court.

[signature]
Gary Michael Voris
Feb. 28, 2024.

STATE OF Texas
COUNTY OF Harris

The foregoing instrument was acknowledged before me this 29th day of FEB, 2024, by GARY MICHAEL VORIS

[signature]  Sarami Lazo
Notary Public's Signature     Notary Name
My Commission Exp. 01/04/2027

[Notary Seal: SARAMI LAZO, NOTARY PUBLIC, STATE OF TEXAS, ID 131842648, EXP. 01-04-2027]

Get Outlook for iOS





**Insert shipping documents under window from the top.**

Do not use this envelope for:
- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited®

Visit **ups.com**® or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or cash equivalent.

---

GARY MICHAEL VORIS
(248) 930-9200
THE UPS STORE #1759
STE 110
1415 S VOSS RD
HOUSTON   TX 77057-1087

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 28 FEB 2024

SHIP TO:
DISTRICT NH DEPUTYCLERK/CASEMANAGER
(603) 225-1473
KELLIE OTIS/ US DISTRICT COURT
RM 110
55 PLEASANT ST
CONCORD  NH 03301-3941



**NH 031 9-01**

UPS NEXT DAY AIR

TRACKING #: 1Z 600 Y9R 01 6359 1669    1

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

REF #1: SL

ISH 13.00F ZZD230 EP 02.5V 01/2024

---

US DISTRICT COURT
55 PLEASANT ST
RM 110
CONCORD NH 03301

P:WHITE   S:2   I:5
CAPT-FDL
1Z600Y9R016359  1669  1030
CRH4THX   NHMAN465UDC  FEB 29 07:57:57 2024
US  0310   HIP 23.9.0   ZT411R