# STUART M. WEIL, M.D., P.A.
*Neurological Surgery*

**6624 FANNIN STREET, SUITE 2360**  
**HOUSTON, TEXAS 77030**

713-794-0500  
FAX 713-794-0946

To the Honorable Judge LaPlante  
NH US District Court

February 26, 2024

I, Stuart M. Weil, M.D., I am over the age of twenty'one (21) years, of sound mind, capable of making this Affidavit, and do hereby state the following:

Gary Michael Voris has been under my care since January 3, 2024, when he presented in my office with severe right leg pain from a herniated disc at L4-L5 requiring surgery on January 8, 2024.

The surgery was technically successful and he is making a reasonable recovery.

He is currently on a variety of medications, including narcotics and neurogenic drugs for alleviation of pain associated with recovery and nerve regeneration.

These medications in my opinion affect mentation and cognition making it highly inappropriate for him to offer testimony or adequately prepare for any legal defense.

It would be highly inappropriate for Mr. Voris to engage in legal matters under oath or proceedings of any significance or importance with lasting impact until such time he has healed sufficiently for him to be off medications currently prescribed.

Understanding that a trial date has been set for mid-April, I can state with a reasonable degree of medical certainty that it is very unlikely that Mr. Voris would be ready to either travel to or participate in a legal proceeding, including being able to engage in necessary preparation.

While I am not an attorney, Mr. Voris is under my medical care and I have counseled him against proceeding until he has made a significant recovery.

DATED this 27th day of February, 2024.

_____  
Stuart M. Weil, M.D.

SUBSCRIBED AND SWORN TO before me by Dr. Stuart Weil on the 27th day of February, 2024.

_____  
NOTARY PUBLIC, STATE OF TEXAS

MARY YATES  
My Notary ID # 10172314  
Expires May 19, 2027

(COURT HAS ORIGINAL)   EXHIBIT 1