

**HMI HOUSTON MEDICAL IMAGING**
A Tradition of Excellence In Patient Care

Corporate Office
3310 Richmond Ave. Houston, TX 77098
PHONE: 713.589.5231 **FAX:** 713.383.9933

Patient Name: **Voris, Gary**
Date: **12/26/2023**
Referring Physician: **Peters, Richard J**
Exam: 72148 - MRI LUMBAR WO

MRN#: HMI399848
ACC#: Z860456
7133555343 (P) 7133556999 (F)
DOB: 8/20/1961

CLINICAL INDICATION:   M54.16, Radiculopathy, lumbar region

MODALITY: Three Tesla Siemens Shepherd

TECHNIQUE:   Multiplanar multi sequence MRI examination of the lumbar spine was performed.

IMPRESSION:
1. Normal vertebral body heights, disc desiccation at all levels with **mild disc narrowing L5-S1.**
2. At L4-L5, 3 mm broad-based disc osteophyte protrusion with superimposed **4 mm right** sub foraminal and proximal foraminal disc protrusion that has mild **mass effect on descending right L5 nerve root and proximal exiting right L4 nerve root.** (series 98, image 16) (series 98, image 16) There is moderate bilateral facet arthropathy. Central canal away from disc protrusion is patent. There is mild bilateral peripheral foraminal **narrowing.**

FINDINGS:

COMPARISON:

General observations:
There are five lumbar-type vertebra. There is a normal lordosis. There **is no significant** scoliosis. There is disc desiccation at all levels. There is mild disc narrowing L5-S1.

The conus ends at T12-L1. The cauda equina nerve roots descend **normally.**

FINDINGS AT SPECIFIC LEVELS:

L5-S1: There is no disc protrusion. There is mild bilateral facet arthropathy. The central canal and foramina are patent.

L4-L5: There is a 3 mm broad-based disc osteophyte protrusion with superimposed 4 mm right sub foraminal and proximal foraminal disc protrusion that has mild mass effect on descending right L5 nerve root and proximal exiting right L4 nerve root. There is moderate bilateral facet arthropathy. Central canal away from disc protrusion is patent. There is mild bilateral peripheral foraminal narrowing.



EXHIBIT 1A

MRN: HMI399848                                                                                             12/26/2023 12:49:47 PM
ACC#: Z860456

L3-L4: There is no disc protrusion or facet arthropathy. The central canal and foramina are patent.

L2-L3: There is no disc protrusion or facet arthropathy. The central canal and foramina are patent.

L1-L2: There is no disc protrusion or facet arthropathy. The central canal and foramina are patent.



Byron J Bohnn, MD
Signed at: 12/26/2023 12:49:47 PM
Site ID 101
Patient Name: Voris, Gary
PACS: https://vue.hmiwg.com/?accession_number=Z860456&Patient_Id=HMI399848

9180 Katy Fwy. Suite 100 Houston, TX 77055      427 W. 20th St. Suite 401-104, Houston, TX 77008
3301 South Shepherd Dr. Houston, TX 77098      3322 E. Walnut St. Suite 105 Pearland, TX 77581
9230 Katy Fwy. Suite 440 Houston, TX 77055      2502 W. Trenton Rd. Edinburg, TX 78539
3310 Richmond Ave. Houston, TX 77098      1155 Dairy Ashford. Suite 105 Houston, TX 77079