UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L.,<br><br>    Plaintiff,<br><br>v.<br><br>GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI<br><br>    Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

**PLAINTIFF THE VERY REVEREND GEORGES F. DE LAIRE, J.C.L.'S RESPONSE TO DEFENDANT VORIS' FURTHER MOTION TO CONTINUE THE TRIAL DATE**

The plaintiff, Father Georges de Laire ("Father de Laire") does not oppose the defendant, Michael Voris' ("Mr. Voris"), further request to continue the trial date currently scheduled for April 15, 2024. Father de Laire asks to be heard on the scheduling of a new trial date, and that any conference scheduled to set a new date take place no sooner than next week as his counsel have a status conference in Delaware this Friday, March 8, 2024 which could impact their availability for a trial in this matter.

Respectfully submitted,

THE VERY REVEREND
GEORGES F. DE LAIRE

By his attorneys:

*/s/ Howard M. Cooper*
*/s/ Joseph M. Cacace*
Howard M. Cooper, *pro hac vice*
Joseph M. Cacace, N.H. Bar # 266082

TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
jcacace@toddweld.com
hcooper@toddweld.com

*/s/ Suzanne M. Elovecky*
Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900
selovecky@psh.com

March 4, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2024, I electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to those who are currently on the list to receive e-mail notices for this case, and I will serve those not registered to received ECF notifications by e-mail and first-class mail.

                                                */s/ Howard M. Cooper*
                                                Howard M. Cooper