UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Very Reverend George F. de Laire, J.C.L.

    v.                                          Civil No. 21-cv-131-JL

Gary Michael Voris, et al.

## PRE-MEDIATION ORDER

The remaining parties in this defamation case, Father de Laire and Michael Voris, have agreed to mediate on June 27, 2024. In anticipation of mediation, the court orders as follows:

    **(1)** Status of St. Michael's Media. Although Father de Laire and St. Michael's Media have agreed to a settlement, the claim against Saint Michael's Media has not been dismissed, ostensibly leaving St. Michael's Media as an active party in the case. Unless the parties propose a different result, the court will direct the clerk of court to dismiss the defamation claim against St. Michael's Media, pursuant to Local Rule 41.1, on **June 14, 2024.** In that event, when St. Michael's Media is no longer an active party, the court will terminate the motions in limine filed by St. Michael's Media (doc. nos. 226, 227, 228, & 229) without decision. The related motions to seal (doc nos. 242 & 244) are granted.

    **(2)** Mediation waiver. On or before **June 14, 2024,** the parties shall jointly prepare, sign, and file a waiver that they have affirmatively requested that Judge Laplante, the judge presiding over the case, serve as the mediator and will not seek post-mediation recusal on the grounds that he served as mediator.

## Conclusion

The motions to seal (doc. nos. 242 & 244) are granted.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: June 7, 2024

cc: Counsel of record.