UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L.,<br><br>     Plaintiff,<br><br>v.<br><br>GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI,<br><br>     Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

## MOTION FOR *PRO SE* APPEARANCE

To:   The Clerk of the Court and all Parties of Record:

I appear in this case for myself, Marc BALESTRIERI.

Date:   June 3, 2024

Respectfully submitted,

*[signature]*

MARC BALESTRIERI
514 Americas Way
PMB 20863
Box Elder, South Dakota 57719

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing document was posted today 13 June 2024 by mail (all via FedEx) as follows:

The Honorable Joseph N. LaPlante
c/o Kellie Otis, Court Clerk
U.S. District Court
55 Pleasant Street
Room 110,
Concord, NH 03301-3941
603-225-1423

*Counsel for the Plaintiff*

Howard M. Cooper, *pro hac vice*
Joseph M. Cacace, N.H. Bar # 266082
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900

*Counsel for the Defendant*

Richard J. Lehmann (Bar No. 9339)
LEHMANN, MAJOR, & LIST PLLC
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435

Dated: June 13, 2024

_____
Marc BALESTRIERI