UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI<br><br>　　　　Defendants. | Civil No. 1:21-cv-00131-JL |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF FATHER DEORGES DE LAIRE AND DEFENDANT GARY MICHAEL VORIS

The plaintiff, Father Georges de Laire ("Father de Laire"), and the defendant, Gary Michael Voris ("Mr. Voris") each for their own reasons, hereby stipulate and agree as follows:

1.　　Mr. Voris is dismissed as a defendant in this lawsuit by Father de Laire, with each party to bear his own attorneys' fees and costs, and with rights of appeal, if any, waived by Mr. Voris.

2.　　Mr. Voris also stipulates and agrees that the following is true:

　　A.　　Mr. Voris was the founder of St. Michael's Media a/k/a Church Miliatant ("SMM") and its CEO until he resigned from the company in November, 2023.

　　B.　　On January 17, 2019 and thereafter, SMM published on its ChurchMilitant.com web site about Father Georges de Laire, the Judicial Vicar of the Diocese of Manchester, New Hampshire. The story was authored by Marc Balestrieri, who requested that his authorship be concealed, and led SMM to believe that the claims in his article were supported by anonymous sources known to him.

      C.      It was later revealed that Mr. Balestrieri could not substantiate his claims regarding Father de Laire with any credible sources. Further, Mr. Balestrieri did not disclose to SMM his active involvement in a canonical dispute in which he was representing a client and Father de Laire was representing the Church at the time he wrote the article, which would have raised questions about the motive behind the anonymous allegations in the article prior to its publication.

      D.      Mr. Balestrieri, after being sued, did not defend the lawsuit, leading the Court to enter a default judgment against him. Mr. Balestrieri further failed to attend his duly-noticed and agreed-upon deposition.

3.      Mr. Voris also states as follows:

> I offer my full and genuine apology to Fr. de Laire for any hurt or emotional distress he suffered as a result of a news article titled "New Hampshire Vicar Changes Dogma Into Heresy" on the St. Michael's Media website churchmilitant.com on January 17, 2019.
>
> In the federal defamation litigation, St, Michael's Media has admitted that on January 17, 2019 and thereafter, SMM published on its ChurchMilitant.com website a story about Father Georges de Laire, the Judicial Vicar of the Diocese of Manchester, New Hampshire, that defamed Fr. De Laire. The story was authored by Marc Balestrieri. Mr. Balistieri led me and others at SMM to believe that the claims in his article were supported by sources known to him. SMM and ChurchMilitant.com apologized to Father de Laire for the publication of this story. It was eventually removed from the ChurchMilitant.com website. SMM resolved Father de Laire's defamation lawsuit against it.
>
> As CEO of St. Michael's Media and Church Militant.com, I did not ensure the proper vetting the article as I should have. Mr. Balestrieri did not substantiate, and has not substantiated in the lawsuit, his claims regarding Father de Laire by identifying sources. Prior to publication, SMM should have questioned this lack of substantiation, and should have assessed Mr. Balistieiri's and his story's objectivity. I did not ensure that SMM did so.
>
> Mr. Balestrieri, after being sued, did not defend the lawsuit, leading the court to enter a default judgment against him. Mr. Balestrieri further failed to attend his duly-noticed and agreed-upon deposition.

Again, I apologize for my part in any distress or damage I have caused Father de Laire.

Respectfully submitted,

GARY MICHAEL VORIS

By His Attorney:

*Richard J. Lehmann*
Richard J. Lehmann, N.H. Bar No.
Lehmann Major List, PLLC
6 Garvins Falls Road
Concord, NH 03301
rick@nhlawyer.com

Respectfully submitted,
THE VERY REVEREND GEORGES F. DE LAIRE

By his Attorneys:
*/s/ Joseph M. Cacace*
Joseph M. Cacace, N.H. Bar No. 266082
Howard M. Cooper, pro hac vice
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
jcacace@toddweld.com
hcooper@toddweld.com

*/s/ Suzanne Elovecky*
Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900
selovecky@psh.com

SO ORDERED THIS _____ DAY OF JULY, 2024.

_____
(LaPlante, J. USDC NH)