U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
NOV 14 2024
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., §§§§<br><br>Plaintiff,<br><br>v. §<br>§<br>GARY MICHAEL VORIS, ANITA CAREY, ST MICHAEL'S MEDIA AKA CHURCH MILITANT and MARC BALESTRIERI, §§§§§<br><br>Defendants. | Case No. 1:21-cv-00131-JL |

## 28 USC 1746 UNSWORN DECLARATION AOF DEFENDANT MARC BALESTRIERI IN SUPPORT OF HIS RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Marc Balestrieri, make this declaration based on my personal knowledge.

1. At all times relevant to this lawsuit I was a citizen of Michigan. I have never owned any property in New Hampshire. I do not work in New Hampshire and do not own property in New Hampshire or otherwise have any continuous or systematic contact with the State of New Hampshire. I had no contact with the State of New Hampshire in connection with any of the allegedly defamatory comments. The articles were published to the internet from the State of Michigan by the previously settled Defendants St Michaels Media aka Church Militant, Gary Voris or Anita Carey. I have no ability to post anything on that website or have any control over that website.

2. I had no connection with the April 15, 2019, video story that included interviews with people in New Hampshire. I did not travel to conduct any interviews in New Hampshire

for the articles or video. I do not have subscribers and I do not reach out to New Hampshire citizens.

3. I am a solo practitioner canon lawyer whose disabled mother requires my care and financial support. I currently live, and have always lived, many hundreds of miles away from the State of New Hampshire, making the defense of a case hundreds of miles from my home and away from my very ill mother an extreme hardship.

*I declare under penalty of perjury that the forgoing is true and correct.*

Executed on this 7th day of November 2024

Respectfully submitted,

_____
Marc Balestrieri, *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing document was posted today 7 November 2024 by mail (all via FedEx) as follows:

The Honorable Joseph N. LaPlante
c/o Kellie Otis, Court Clerk
U.S. District Court
55 Pleasant Street
Room 110,
Concord, NH 03301-3941
603-225-1423

*Counsel for the Plaintiff:*

Howard M. Cooper, *pro hac vice*
Joseph M. Cacace, N.H. Bar # 266082
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900

Dated : 7 November 2024

_____
Marc Balestrieri, *pro se*

UNITED STATES DISTRICT COURT FOR THE DISTIRCT OF NEW HAMPSHIRE

## GEORGE F. DE LAIRE

Plaintiff(s)/United States

v.                                                    Case No. 1:21-CV-00131-JL

GARY MICHAEL VORIS, ET AL.

Defendant(s)

### PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the _____/Defendant, **Marc BALESTRIERI**_____, appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently named a party in the above case.
2. Pro Se Litigant is not presently incarcerated.
3. Pro Se Litigant represents that he/she has the following system requirements to participate in electronic filing:
   A. Personal computer (Pentium 233 mhz or higher/Mac equivalent) (64MB Ram) running a standard platform (e.g., Windows XP or Vista 7 or 8);
   B. Portable Document Format (PDF) compatible word processing software for creating pleadings (e.g., Corel Wordperfect, Microsoft Word);
   C. PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;
   D. Internet service using point-to-point protocol (PPP) for accessing the Internet and for sending and receiving e-mails (Broadband service is highly recommended (minimum access speed of 56K));
   E. Internet browser that is compatible with PACER and CM/ECF, such as Firefox and/or Internet Explorer 7 or 8;
   F. An upgraded Individual PACER account. A PACER account suspended for a violation of PACER's Policies and Procedures, including an overdue account balance, is not valid account for CM/ECF filing purposes. Any suspension must be resolved by the account holder with PACER **before** requesting leave to file electronically;
   G. A document scanner and/or access to a document scanner;
4. As a condition of participating in electronic filing, Pro Se Litigant understand and agrees to the following:
   A. That I am required to maintain and keep the aforementioned systems in working order;
   B. That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

C. That I will review the interactive "New Hampshire Computer Based Training Modules" (best viewable using Internet Explorer) on the court's website at www.nhd.uscourts.gov/training;

D. That I may only file electronic documents in the above captioned case;

E. That I will keep the email addresses associated with my PACER account current and able to receive electronic notices from the court;

F. The clerk's office will terminate my ability to participate in electronic filing should an attorney subsequently file an appearance on my behalf in the above captioned case;

G. I understand that hard copies will no longer be issued by the court or opposing counsel;

H. That the court may terminate my ability to participate in electronic filing at any time for failure to comply with any of the above conditions or other conditions stated herein.

Date: November 7, 2024         Signature: _/s/ Marc Balestrieri_

Printed Name: MARC BALESTRIERI, PRO SE

Address: 514 AMERICAS WAY

PMB 20843

BOX ELDER, SOUTH DAKOTA (SD) 57719

Email: BALESTRIERI.MARC@GMAIL.COM

Telephone: (800) 933-5193

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION was mailed/hand delivered to the following persons at the address specified herein:

[SEE ATTACHED]

Date: November 7, 2024         Signature: _/s/ Marc Balestrieri_

Name: MARC BALESTRIERI, PRO SE

(Printed or Typed)

(USDCNH-97 (2-20))

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing document was posted today 7 November 2024 by mail (all via FedEx) as follows:

The Honorable Joseph N. LaPlante
c/o Kellie Otis, Court Clerk
U.S. District Court
55 Pleasant Street
Room 110,
Concord, NH 03301-3941
603-225-1423

*Counsel for the Plaintiff:*

Howard M. Cooper, *pro hac vice*
Joseph M. Cacace, N.H. Bar # 266082
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900

Dated : 7 November 2024

Marc Balestrieri, *pro se*