UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Very Reverend Georges F. de Laire, J.C.L.

     v.                                    Civil No. 21-cv-131-JL

Gary Michael Voris, et al.

## **Procedural Order**

Fr. de Laire moved for default judgment against Mr. Balestrieri, and the court ordered briefing, which has been filed.[1] The court scheduled a hearing on the motion to be held on January 31, 2025, at 10 a.m. In his memorandum supporting default judgment, Fr. de Laire asked for direction as to how the hearing will proceed. After further consideration, the court will determine default damages for purposes of a default judgment as follows.

(1) The hearing scheduled for January 31, 2025, at 10 a.m. is cancelled but may be rescheduled if necessary.

(2) On or before **February 4, 2025**, Fr. de Laire shall file a memorandum specifically addressing the damages that he is seeking to recover from Mr. Balestrieri, both as to the amounts he is seeking and the injuries for which he seeks redress. The memorandum shall be supported by Fr. de Laire's affidavit and exhibits, and other admissible evidence that Fr. de Laire may deem necessary to prove damages.

---

[1] Doc. no. 283.

(3) Mr. Balestrieri's responsive filing is due on or before **February 18, 2025**.

(4) After considering Fr. de Laire's submission and Mr. Balestrieri's response, this court will consider whether further proceedings are necessary, and if so, the scope and form of such proceedings, in order to issue a default judgment.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: January 21, 2025

cc: Counsel of record.
    Marc Balestrieri, in default.