# EXHIBIT E



**Marc Balestrieri**
9:38 PM, Jun 6

I have never received to date any summons or subpoena in the matter, nor should someone asserted by an adverse party as being a source acting within the *ministerial privilege* have to. I can't afford to hire a lawyer to defend me, all of my means are going to provide for the medical care of my ailing mother.