# EXHIBIT F



Case 1:21-cv-00131-JL Document 172-2 Filed 08/10/23 Page 7 of 17

