# EXHIBIT G

Case 1:21-cv-00131-JL    Document 172-2    Filed 08/10/23    Page 5 of 17





Case 1:21-cv-00131-JL Document 172-2 Filed 08/10/23 Page 15 of 17

