# EXHIBIT J

7/26/2021                                              St. Benedict Centre

**From:** bsaigl@bigpond.net.au,
**To:** FatherdeLaire@aol.com,
**Cc:** paul.anthony.lucas@hotmail.com,
**Subject:** St. Benedict Centre
**Date:** Sun, Jan 20, 2019 6:03 am

Kind attention of

Fr. Georges de Laire,

Pastor of St. Pius X Parish

575 Candia Rd, Manchester , NH 03109

USA

Dear Padre,

The reports which now circulate on the Net about you and your "work" ( i.e. imposing unwarranted "precepts" upon the members of the Saint Benedict Center) are indeed disturbing and wholly wrong!

Shameful! Reprehensible! Please comment particularly on this piece which - rightfully or wrongly?- has you as the prime actor:

*...Church Militant has learned that in recent years, at least three complaints against de Laire have been filed with the Holy See and made known to Libasci. Taken together they allege corruption, abuse of office, grave violations of the law, and incompetence as a canonist, even warning Vatican officials that in no case should de Laire be named bishop. And these matters were entirely unrelated to the Saint Benedict Center ...*

There is more on the website quoted below. It is a dreadful disgrace!

Please let me know how things really are and if these reports are true. If yes, you must resign and do not show yourself anymore to anybody. Apologize and disappear. And seriously repent!

If not, then I apologize for suspecting you of these things and writing to you (and letting others know) at all.

Yours,

Paul Faigl

PS: Primary source: https://www.churchmilitant.com/news/article/vicar-of-manchester-changes-dogma-into-heresy

deLaire 00010

deLaire 00011

**From:** scott.cowen9876@gmail.com,
**To:** FatherdeLaire@aol.com,
**Date:** Fri, Apr 26, 2019 1:21 am

Do you not fear the Triune God of Majesty? Do you believe that what is in the tabernacle is the true presence?
I beg you to reconsider your judgment on the religious you have condemned.
Vivat Christus Rex
Vivat Regina Immaculata
Micha'EL

deLaire 00012

**From:** judithmollen@icloud.com,
**To:** FatherdeLaire@aol.com,
**Subject:** What is your problem with Faithful Catholics?
**Date:** Mon, Apr 15, 2019 6:45 pm

You are nothing but a butt kissing disgusting heretic

Sent from my iPad

deLaire 00013

**From:** scott.cowen9876@gmail.com,
**To:** FatherdeLaire@aol.com,
**Subject:** Re:
**Date:** Fri, Apr 26, 2019 1:45 am

Your right it's not worth mentioning.

On Thu, Apr 25, 2019, 11:21 PM Scott Cowen <scott.cowen9876@gmail.com> wrote:
> Do you not fear the Triune God of Majesty? Do you believe that what is in the tabernacle is the true presence? I beg you to reconsider your judgment on the religious you have condemned.
> Vivat Christus Rex
> Vivat Regina Immaculata
> Micha'EL

deLaire 00014

## Rev. Georges de Laire

| | |
|---|---|
| **From:** | Jitkundough . <jitkundough@gmail.com> |
| **Sent:** | Friday, January 18, 2019 12:17 PM |
| **To:** | de Laire, Rev. Georges |
| **Subject:** | May I ask a question of faith? |

In Scripture, Jesus said that he was the way, the truth, and the life.

Is this now no longer the case with Roman Catholics? As a fourth degree Knight of Columbus, I am supposed to be in solidarity with you as a priest. I am also supposed to be a faithful Roman Catholic; willing to ask the question if there is a clarification of faith required.

When I was confirmed, I chose the confirmation name Quadratus of Athens, who wrote the first great Apology for the church. I had reason for that chosen name.

I bring this to your attention, as someone who genuinely wants to assure that my faith is authentic and correct, according to the Catechism and Magisterium of the Church.

Sister Walburga, the principal of our school told us repeatedly that outside the faith there was no salvation.

I will turn 52 this February 1st. As a child attending Saint Bernadette's in Silver Spring Maryland, I was taught the following phrase in Latin:

*Extra Ecclesiam Nulla Salus*

*Is this now abrogated?*

*Vivat Jesu!*

*Stephen P. Robertson*
*202 369 9616*

1

deLaire 00015

## Rev. Georges de Laire

**From:** Andrzej Skulski <askulski@gmail.com>
**Sent:** Friday, January 18, 2019 12:21 PM
**To:** de Laire, Rev. Georges
**Subject:** St. Benedict Center

Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone! Leave the St. Benedict Center alone!

deLaire 00016

# Rev. Georges de Laire

| | |
|---|---|
| **From:** | Webmaster <Webmaster@RCBM.org> |
| **Sent:** | Wednesday, February 13, 2019 10:28 AM |
| **To:** | de Laire, Rev. Georges |
| **Subject:** | FW: Website Inquiry |

**From:** noreply@catholicnh.org <noreply@catholicnh.org>
**Sent:** Tuesday, February 12, 2019 3:24 PM
**To:** Webmaster <Webmaster@RCBM.org>
**Subject:** Website Inquiry

**Title**
>Mr.

**First Name**
>Warren

**Last Name**
>Goddard

**State**
>NH

**Email**
>warrengoddard@coimcast.net

**Message**
>New Hampshire Union Leader Tuesday, February 12, 2019
>
>Church dogma
>
>To the Editor: Th e New Hampshire Catholic Diocese sanction of the Richmond Slaves of the Immaculate Heart of Mary requires them to submit to binding Church interpretation as regard to the principle "Outside Church No Salvation."
>Th e dogma (not principle) "Outside Church No Salvation" was defined to clarify and affirm the Faith by Pope Innocent III, Fourth Lateran Council, and is binding as stated.
>"The meaning of the sacred dogmas is ever to be maintained which has once been declared by Holy Mother Church, and there must never be any abandonment of this sense under the pretext or in the name of a more profound understanding." So said Pope Pius IX at the First Vatican Council.
>WARREN GODDARD
>Portsmouth

deLaire 00017

## Rev. Georges de Laire

**From:** Bebbington, Thomas <TBebbington@RCBM.org>
**Sent:** Thursday, February 21, 2019 1:40 PM
**To:** de Laire, Rev. Georges
**Subject:** FW: Dogma Unacceptable
**Attachments:** EENS 6.odt; First Vatican Council.odt; Br Andre Maria_1.pdf; Br Andre Maria_2.pdf

More from Mr. Goddard.

--Tom

-----Original Message-----
From: Warren Goddard <warrengoddard@comcast.net>
Sent: Thursday, February 21, 2019 1:28 PM
To: Bebbington, Thomas <TBebbington@RCBM.org>
Subject: Dogma Unacceptable


Dogma 1: Outside the Catholic Church there is no salvation. Attached

Dogma 2: The meaning of the sacred dogmas is perpetually to be retained which has once been declared by Holy Mother Church. Nor is that meaning ever be departed from and there must never be any abandonment of this sense under the pretext or in the name of a more profound understanding. Attached

Dogma Deserted: Saint Benedict Center Richmond NH Brother Andre Marie affirmed the principle "Outside Church No Salvation" must be interpreted according to the official doctrine of the Church. All Salvation comes from Christ through the Church, which is the Body of Christ, the Sacrament of Salvation (cf. CCC 846). Thus, the meaning of a sacred dogma is not retained. Attached 1 and 2.

CCC 846: Outside the Church there is no salvation. How are we to understand this affirmation, often repeated by the Church Fathers?
Re-formulated positively, it means that all salvation comes from Christ the Head through the Church which is his Body:
Comment: This "affirmation" is from the Fourth Lateran Council decree, which must be understood and believed as stated. "Re-formulated positively" and heretically, changes the dogma's meaning from "outside the Church" to "inside the Church".

Summary: Rome declares Lateran Council IV dogma unacceptable. So does New Hampshire's Saint Benedict Center. Br. Andre Marie's affirmation is a complete sell out of the Crusade of St. Benedict Center and Father Feeney's defense of Pope Innocent III Fourth Lateran Council dogma "Outside Church No Salvation".


---
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus

1

deLaire 00018

## Rev. Georges de Laire

| | |
|---|---|
| From: | noreply@catholicnh.org |
| Sent: | Thursday, January 17, 2019 12:04 PM |
| To: | Webmaster |
| Subject: | Website Inquiry |

**Title**

    Ms.

**First Name**

    sharon

**Last Name**

    mccaffrey

**State**

    antrim

**Email**

    sharonmccaffrey7@gmail.com

**Message**

    Father Georges de Lair, Bp. Peter Libasci

    The Shield of the Trinity - poem


    We profess and confess
    as 1 is the Blessed and
    most Holy Trinity
    3 yet one
    as st Patrick through the
    Shamrock
    us revealed
    the roman catholic 1 true faith
    undefiled
    is for our eternal salvation
    mandatory
    never confusing or
    confounding
    the persons, nor dividing in
    character
    essence
    word will way and belief
    As they are united
    Universally
    timelessly
    verily

All 1 in Majesty
co eternally
ut sint unuum
is the holy desire and dream
of the indivisible
Holy Trinity

The Word became flesh
he took on human form
in body
real man and true God
indubiously
For RIGHT faith
we must confess
profess and believe
the essence of love and truth
he sacrificed and suffered
torturously
to offer us
the free choice and
narrow path
to paradise and eternity

He descended into
Hell
on the 3rd day rose
miraculously
he ascended into heaven
where he sits
on the right hand of
God the Father Almighty,
and the Holy Spirit
the promised Paraclete
from whence he will come to
judge the living and
the dead
At whose coming all men will
rise again
with their bodies;
And shall give account for their
own works.
they who have done good
works of Mercy
14 of which there are
in fullness and totality
shall go into life
everlasting;
and they that have done evil,
into everlasting
fire.

This is the catholic faith;

deLaire 00020

which except a man believe
truly and firmly,
he cannot be saved
Do you with this
agree or disagree?
for in truth love mercy and
all honesty
ONLY non serviam
the Shield of the Trinity
challenges
contests and disagrees


in nominee patrii et filii et spiritus sancti
ave maria
amen https://upload.wikimedia.org/wikipedia/commons/8/85/Trinity_knight_shield.jpg

https://upload.wikimedia.org/wikipedia/commons/thumb/7/73/Shield-Trinity-Scutum-Fidei-compact.svg/220px-Shield-Trinity-Scutum-Fidei-compact.svg.png

https://en.wikipedia.org/wiki/File:Athanasian_Creed.ogg

deLaire 00021

## Rev. Georges de Laire

**From:** noreply@catholicnh.org
**Sent:** Thursday, January 17, 2019 12:01 PM
**To:** Webmaster
**Subject:** Website Inquiry

**Title**
    Fr.

**First Name**
    Marc

**Last Name**
    Solomon

**State**
    PA

**Email**
    marcjosephsolomon@yahoo.com

**Message**
    Church Militant has exposed the errors of Georges de Laire. If they are true, then the Bishop must act quickly to remove this man from ministry in the Holy Catholic Church.
https://www.churchmilitant.com/news/article/vicar-of-manchester-changes-dogma-into-heresy?fbclid=IwAR1CuXFr7V6pnC-KCpv8BzW_GDtbCohr2CFy2wpdtZzwhZBr1sAAhTODnmU

deLaire 00022

# Rev. Georges de Laire

| | |
|---|---|
| **From:** | noreply@catholicnh.org |
| **Sent:** | Wednesday, January 16, 2019 8:12 PM |
| **To:** | Webmaster |
| **Subject:** | Website Inquiry |

**Title**

> Mr.

**First Name**

> Warren

**Last Name**

> Goddard

**State**

> NH

**Email**

> warrengoddard@comcast.net

**Message**

> The New Hampshire Catholic Diocese sanction of the Richmond Slaves of the Immaculate Heart of Mary requires them to submit to binding Church interpretation as regards to the principle "Outside Church No Salvation."
> The dogma (not principle) "Outside Church No Salvation" was defined to clarify and affirm the Faith by Pope Innocent III, Fourth Lateran Council, and is binding as stated.
> "The meaning of the sacred dogmas is ever to be maintained which has once been declared by Holy Mother Church, and there must never be any abandonment of this sense under the pretext or in the name of a more profound understanding." (Pope Pius IX, First Vatican Council)

deLaire 00023

## Rev. Georges de Laire

**From:** noreply@catholicnh.org
**Sent:** Friday, January 18, 2019 10:55 AM
**To:** Webmaster
**Subject:** Website Inquiry

**Title**
    Mr.

**First Name**
    Scott

**Last Name**
    Galletto

**State**
    FL

**Email**
    deusbenedico@gmail.com

**Message**

Fr. Georges de Laire,
You had better go back to seminary, one that isn't spewing heresy that there is some how a liberal way to understand, there is "no salvation outside the Church". Your a heretic and should be relieved of your office as canon lawyer. There maybe exceptions, but that is for God to determine, the Church has always taught (despite wolves in shepherds clothing) that to be sure of salvation you must be inside the Church, receiving the Sacraments. The Sacraments are the specific means to get to Heaven. Your treatment of the Slaves of the Immaculate is transparent, your a protestant in a Catholic collar. Repent and publicly correct your heresy to save your soul.

1

## Rev. Georges de Laire

| | |
|---|---|
| **From:** | Celia Heavisides |
| **Sent:** | Friday, January 18, 2019 2:47 PM |
| **To:** | de Laire, Rev. Georges |
| **Subject:** | Webmaster Mail |
| **Attachments:** | Website Inquiry; Website Inquiry; Website Inquiry; Website Inquiry |

Fr. de Laire,

Here are the emails from today. God bless you in all of this.

Celia

## Celia Heavisides
*Website and Data Management Specialist*
Diocese of Manchester
153 Ash Street
Manchester, NH 03104
www.catholicnh.org
(603) 663-0139
cheavisides@rcbm.org



deLaire 00025

## Rev. Georges de Laire

| | |
|---|---|
| From: | noreply@catholicnh.org |
| Sent: | Thursday, January 17, 2019 11:04 PM |
| To: | Webmaster |
| Subject: | Website Inquiry |

**Title**

    Miss

**First Name**

    Susan

**Last Name**

    Carroll

**State**

    NH

**Email**

    tattmaster@aol.com

**Message**

    Dear Bishop, I am saddened to learn that the Fr. de Laire is responsible for the plight of the St Benedict Center. Did he convince you that Dogma is heresy? de Laire has complaints of corruption, abuse of office, grave violations of law and incompetence as a canonists filed against him: from which I understand that you are aware? Please correct me if I am wrong. In addition, he resides most often at a 1.5 million dollar estate he purchased. So faithful Catholics who profess the TRUE Faith, live the true Faith are censured and punished and called not Catholic, while this man resides in a 1.5 mil estate, and ruins their very Catholic faithful center. Reminds me of Nancy Pelosi receiving communion. There will be pebbles in my contribution to any Diocese collection Bishop, that or Alynski dollars. Will also do all I can to convince others to not donate to anything other than restricted use at their own Parish. Follow the Truth, Bishop. I will pray every day for you. God Bless

deLaire 00026

## Rev. Georges de Laire

| | |
|---|---|
| From: | noreply@catholicnh.org |
| Sent: | Thursday, January 17, 2019 3:58 PM |
| To: | Webmaster |
| Subject: | Website Inquiry |

**Title**

    Mr.

**First Name**

    Jacob

**Last Name**

    Dominic

**State**

    Ga

**Email**

    vat2bad@gmail.com

**Message**

    The news is out about Fr. George de Laire, we demand his immediate firing and the Bishop needs to publicly apologize to the Saint Benedict Center. The news media will not let you get away with this, no money to the Diocese until you fire Laire and publicly apologize.

1

deLaire 00027