# EXHIBIT K

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


C.A. No. 1:21-CV-00131-JD

-------------------------------------------

VERY REVEREND GEORGES F. DE LAIRE,          )

J.C.L.,                                     )

                        Plaintiff          )

v.                                          )

GARY MICHAEL VORIS; ANITA CAREY; ST.        )

MICHAEL'S MEDIA a/k/a CHURCH MILITANT,    )

                        Defendants         )

-------------------------------------------


DEPOSITION OF AMY LISTER, M.D.

May 6, 2022

Held Remotely

Massachusetts


\*\*\*\*\*\*\*\*\*

Court Reporter:  Amie D. Rumbo

Amy Lister, M.D.
May 06, 2022

1    APPEARANCES:

2     PARTRIDGE SNOW & HAHN, LLP

3     Suzanne M. Elovecky, Esq.

4     30 Federal Street, 7th Floor

5     Boston, Massachusetts  02110

6     (617) 292-7900

7     selovecky@psh.com

8     Counsel for the Plaintiff

9

10     MADDIN, HAUSER, ROTH & HELLER, P.C.

11     Kathleen H. Klaus, Esq.

12     28400 Northwestern Highway, 2nd Floor

13     Southfield, Michigan  48034

14     (248) 359-7520

15     kklaus@maddinhauser.com

16     Counsel for the Defendants

17

18    ALSO PRESENT:

19    Very Reverend Georges F. de Laire

20

21

22

23

24

Amy Lister, M.D.
May 06, 2022

1                     I N D E X

2   WITNESS                              PAGE

3   AMY LISTER, M.D.

4     By Attorney Klaus                     5

5     By Attorney Elovecky                 36

6

7

8   Confidential portion of testimony beginning at

9   page 16.

10

11  No exhibits marked.

12

13

14

15

16

17

18

19

20

21

22

23

24

Amy Lister, M.D.
May 06, 2022

1    that his life was at risk and that it was bad

2    enough that the FBI had gotten involved.

3          Q.    And looking at the bottom of the

4    page, in this December of 2018, did you change or

5    alter Father de Laire's prescriptions in any way?

6    I see under plan it says "continue current meds."

7    Does that mean in your notes there was no change

8    in his medication?

9          A.    That is how I would read it, yes.

10         Q.    Okay.  Let's go to page 9.  And is

11   this your note from your session with Father de

12   Laire from March 13th, 2019?

13         A.    Yes.

14         Q.    Okay.  And again, I apologize, but

15   the same exercise, if you could read into the

16   record your handwritten notes under the CC

17   paragraph.

18         A.    I've had a very difficult month or

19   two.  Left -- life threatened multiple times.  In

20   January related to legal -- I'm actually having

21   trouble with my eyes.  I'm really not seeing well.

22         Q.    If you can't read your own

23   handwriting -- again, I suffer from the same

24   malady -- you can, you know, just say the parts

Amy Lister, M.D.
May 06, 2022

```
1              C E R T I F I C A T I O N

2    Commonwealth of Massachusetts

3    Middlesex, SS.

4         I, Amie D. Rumbo, Shorthand Stenographic

5    Reporter and Notary Public in and for the

6    Commonwealth of Massachusetts, do hereby certify

7    that AMY LISTER, M.D. came before me on Friday,

8    May 6, 2022, the deponent herein, who was duly

9    sworn, and the within transcript is a true record

10   of the testimony given at said deposition.

11        I FURTHER CERTIFY that I am neither

12   attorney or counsel for, nor related to or

13   employed by any of the parties to the action in

14   which this deposition is taken; and, further, that

15   I am not a relative or employee of any attorney or

16   counsel employed by the parties hereto, or

17   financially interested in the outcome of the

18   action.

19        IN WITNESS WHEREOF I have hereunto set my

20   hand this 19th day of May, 2022.

21

22   _____
          Amie D. Rumbo, Notary Public
23        My Commission expires: 11/18/2027

24
```