# EXHIBIT L

The Hallowell Center     144 North Road Suite 2450 Sudbury, MA 01776

Psychiatric Progress Note

Patient: DeLaire, Fr. George F.     D.O.B.: 3/7/1966

Date: 9/20/21     [ ] office visit ____ min. [ ] phone call-time: ____ mins.

CC: ____

can't let any more come onto his plate
not really re intellect, things to be done —
more motions to be clear c
① Mom in France x 4mo, coming home
② Bishop in NH accused → SA in past, only administrator
 left is Fr — so must wait time
③ admin of uncle estate in Fr; dealing c sister
④ law suit — exposed his family
Take Klonopin more regularly — one – 2 x weekday, often wknds

Energy: tired
Exercise: regular
Focus: good
Mood: stressed
Anxiety: high
SI/HI/AH/VH/Del: ∅
Substance Abuse: ∅
Medical Issues: ____
Weight: stable
Sleep: OK c ambien at times
Appetite: nl

Appearance: ____
Affect: ____
Medications: Klonopin 0.25mg — most 3x d
 Duloxetine 60mg PO QD
 Ritalin LA 30mg BID
 Ritalin 15mg Q afternoon
 Ambien 5mg PO qhs
Side Effects: ____

Impression:
 ADHD combined
 GAD
 MDD rec mild – mod

Plan:
 ∆ Klonopin to 0.5mg PO BID prn anxiety
 continue all other medications

Follow up: 2-3 mo

Current Therapist: ____

Amy Lister, MD
MA License #: 222989
DEA #: BL7901881
NPI #: 1679534598
Tax ID #: 043344550

PB LISTER 0001

Last summer – sat down c̄ bishop

Core – confident that atty's
  fully being deposed by defense 10/13
Friday before – practice x 4 hrs
my sought to get case dismissed (they lost)

Article
Jan 17 2019
Winter spring 2019

Diocese recommended
after article that
he get protection

**PB LISTER 0002**

The Hallowell Center          144 North Road Suite 2450 Sudbury, MA 01776

## Psychiatric Progress Note

Patient: Georges DeL'aire   D.O.B.: _____

Date: 6/12/19   [✓] office visit 35 min. [ ] phone call-time: ____ mins.

CC: He been off ~~Ritalin~~ Ritalin - I'm a mess. It took some time for the prior authorization to be approved. Opportunity to see how he does on ~~stimulant~~ stimulant. Notes he would prefer not to skip it regularly. Prior auth ok now + will get medication today.

Mother now home, but continues to take care of her affairs from afar. Continued

Energy: lots
Exercise: regular
Focus: good

Mood: euthymic
Anxiety: stable, mod, more on days in push
SI/HI/AH/VH/Del: ∅
Substance Abuse: ∅
Medical Issues: no acute
Weight: _____
Sleep: good
Appetite: good

Appearance: well groomed
Affect: full

Medications: Ritalin LA 20mg QAM
Ritalin 10 mg PO BID
Clonaz 0.5 mg QD pm (#15/mo)
duloxetine 60 mg PO QD

Side Effects: _____

Impression:
ADHD combined
other specified anx

Plan:
continue current meds

Follow up: 3 mo

Amy Lister, MD

PB LISTER 0008

The Hallowell Center            144 North Road Suite 2450 Sudbury, MA 01776

## Psychiatric Progress Note

Patient: Georges Delarri _____ D.O.B.: _____

Date: 3/13/19 _____ [X] office visit 45 min. [ ] phone call-time: _____ mins.

CC: I've had a very different month or 2
- life threatened multiple x in Jan (related to legal work he does)
- picture of signature on internet
→ mother moved in
- was in France — good & stressful
- a pub continues; afraid to drive
Few details given; but overall ok, doing what he needs to do... Going on him & family — stressful calling

Energy: "us haver 4"          Appearance: _____
Exercise: little
Focus: on                     Affect: _____

Mood: overwhelmed             Medications: Ritalin LA 20mg OD
Anxiety: high
SI/HI/AH/VH/Del: ·                        Ritalin 10mg BID
Substance Abuse: ∅                        Duloxetine 60mg OD
Medical Issues: knee issues               Clonaz 0.25/ 0.25 6 after
Weight: "a little up"
Sleep: OK — not as good as past   Side Effects: mostly using Berkley instead of Aubrey
Appetite: good

Impression:
ADHD continue ch___ meds working well, any less
anxiety also NOS             than in past

Plan:
Increase Ritalin _____ Continue current meds, also __

Follow up: 3 mo                            _____
                                           Amy Lister, MD

PB LISTER 0009