IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., §§§§<br><br>    Plaintiff,   §<br><br>v.   §§<br><br>GARY MICHAEL VORIS, ANITA CAREY, ST MICHAEL'S MEDIA AKA CHURCH MILITANT and MARC BALESTRIERI, §§§§<br><br>    Defendants. | Case No. 1:21-cv-00131-JL |

### 28 USC 1746 UNSWORN DECLARATION OF DEFENDANT MARC BALESTRIERI IN SUPPORT OF HIS RULE 60(b)(4) MOTION TO SET ASIDE DEFAULT AS VOID FOR LACK OF PERSONAL JURISDICTION

I, Marc Balestrieri, make this declaration based on my personal knowledge.

1. At no time relevant to this lawsuit was I a citizen of New Hampshire. I have never owned any property in New Hampshire. I do not work in New Hampshire and do not reside in New Hampshire or otherwise have any continuous or systematic contact with the State of New Hampshire. I had no contact with the State of New Hampshire in connection with any of the allegedly defamatory comments. The articles were published by a third party on the Internet in the State of Michigan by the previously settled Defendants St Michaels Media aka Church Militant, Gary Voris or Anita Carey. I have no ability to post anything on that website or have any control over that website.

2. I had no connection with the April 15, 2019, video story that included interviews with people in New Hampshire. I did not conduct any interviews in New Hampshire

for the articles or video. I did not travel there for any video-taping. I do not have subscribers in New Hampshire. I do not reach out to New Hampshire citizens.

3. I am a solo practitioner canon lawyer whose disabled mother requires my care and financial support. I currently live, and have always lived, many hundreds of miles away from the State of New Hampshire, making the defense of a case hundreds of miles from my home and away from my very ill mother an extreme hardship.

*I declare under penalty of perjury that the forgoing is true and correct.* Executed on this 18th day of February 2025.

Respectfully submitted,

_____
Marc Balestrieri, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, in reply to the brief filed by Plaintiff Rev. Georges de Laire on 4 February 2025, my *Rule 60 (b)(4) Motion, Memorandum in Support,* and *Declaration* are filed in the U.S. District Court of New Hampshire before:

The Honorable Joseph N. LaPlante
c/o Kellie Otis, Court Clerk
U.S. District Court
55 Pleasant Street
Room 110,
Concord, NH 03301-3941
603-225-1423

I also certify that copies of the foregoing *Rule 60 (b)(4) Motion, Memorandum in Support,* and *Declaration* were posted today 18 February 2025 via FedEx Express to the following individuals:

*Counsel for the Plaintiff:*

Howard M. Cooper, *pro hac vice*
Joseph M. Cacace, N.H. Bar # 266082
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
jcacace@toddweld.com

Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900
selovecky@psh.com

Dated : 18 February 2025

Marc Balestrieri, *pro se*

DISTRICT OF NH
FILED

2025 FEB 18 P 10: 44

24 HOUR DEPOSITORY