IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:21-cv-00131-JL |
| GARY MICHAEL VORIS, ANITA CAREY, ST MICHAEL'S MEDIA AKA CHURCH MILITANT and MARC BALESTRIERI, | § § § § § | |
| Defendants. | | |

### DEFENDANT MARC BALESTRIERI'S RESPONSE TO PLAINTIFF REV. GEORGES DE LAIRE'S APPLICATION FOR DAMAGES TO BE ASSESSED

TO THE HONORABLE JUDGE OF THIS COURT:

The undersigned Defendant hereby incorporates all assertions of fact narrated in the Rule 60(b)(4) *Motion to set aside Default as Void for Lack of Personal Jurisdiction*, the supporting *Memorandum*, and unsworn *Declaration*, together with the *Exhibits A-D* attached to these presents. I categorically deny the allegations of fact made by Plaintiff that support his Application for Damages, submitting the attached Affidavit and attendant evidence in sanated form in the unredacted possession of the Diocese of Manchester.

*Iura novit Curia.* Unable to submit other then as that which follows, acting *pro se* and not being expert in the civil law, the undersigned respectfully requests that the Honorable Judge, for the demonstrable reasons contained in all of the above documentation, not grant the damages sought by Plaintiff.

Respectfully submitted,

*[signature]*

Marc Balestrieri, *pro se*