# EXHIBIT

# D

# 2018 General Convention Attendees

| | | |
|---|---|---|
| Joseph Abraham<br>Reno, NV | R. Paul Beach<br>Louisville, KY | Timothy Broglio<br>Washington, DC |
| Peter Akpoghiran<br>New Orleans, LA | John Beal<br>Erie, PA | Margo Brousseau<br>Ottawa, ON |
| Nathan Allen<br>Saint Paul, MN | John Bell<br>Plano, TX | Phillip Brown<br>Baltimore, MD |
| Krystyna Amborski<br>San Francisco, CA | Joseph Bellerive<br>Orlando, FL | Anne Bryant<br>Houston, TX |
| John Amos<br>Gaylord, MI | Iden Bello<br>Laredo, TX | Michael Burke<br>Orlando, FL |
| Arthur Anderson<br>Chicago, IL | Charles Benoit<br>Covington, LA | Kurt Burnette<br>Woodland Park, NJ |
| Daniel Andree<br>Seattle, WA | Matthew Bergschneider<br>Rockford, IL | Jeffrey Cabral<br>Fall River, MA |
| Michael Andrews<br>Lansing, MI | Vincent Bertrand<br>Springfield, MO | Jesus Cabrera<br>Milwaukee, WI |
| Bruce Ansems<br>Kansas City, KS | Barbara Bettwy<br>Harrisburg, PA | Carl Caldwell<br>Cleveland, OH |
| William Anton<br>Lubbock, TX | Mary Gen Blittschau<br>Evansville, IN | Steven Callahan<br>San Diego, CA |
| Christopher Armstrong<br>Washington, DC | Michael Boccaccio<br>Bridgeport, CT | Giovanni Capucci<br>Denver, CO |
| Arock Arockiadas<br>Lexington, KY | Kenneth Boccafola<br>Rockville Centre, NY | Gregory Caridi<br>Houston, TX |
| Joseph Arsenault<br>Kansas City, KS | Phillip Bogacki<br>Milwaukee, WI | John Caronan<br>Orange, CA |
| Nazario Atukunda<br>Portland, OR | Harvey Bollich<br>Austin, TX | James David Carter<br>Knoxville, TN |
| Brian Austin<br>Indianapolis, IN | R. Douglass Bond<br>Chicago, IL | Maria Casey<br>Delegate, CLSANZ |
| Alberto Avella<br>Grants, NM | James Bonke<br>Indianapolis, IN | David Castronovo<br>Manchester, NH |
| Marc Balestrieri<br>Madison, WI | E. Scott Borgman<br>Orange, CA | Timothy Cavanaugh<br>Madison, WI |
| Diane Barr<br>Baltimore, MD | Ronald Bowers<br>Albuquerque, NM | Anthony Celino<br>El Paso, TX |
| Mark Bartchak<br>Altoona-Johnstown, PA | John Boyle<br>Portland, OR | Charles Chaffman<br>San Antonio, TX |
| Virginia Bartolac<br>Kansas City, KS | Sean Bransfield<br>Philadelphia, PA | Krikor Chahin<br>San Antonio, TX |
| Mary Ann Bartolac<br>Roeland Park, KS | Christopher Brashears<br>Oklahoma City, OK | Margaret Chalmers<br>Birmingham, AL |
| Nancy Bauer<br>Washington, DC | Marie Breitenbeck<br>Atlanta, GA | Anna Marie Chamblee<br>Atlanta, GA |
| Anthony Bawyn<br>Seattle, WA | Cecilia Brennan<br>Monterey, CA | Paul Churchill<br>President, CLSGBI |

# 2018 General Convention Attendees

| | | |
|---|---|---|
| John Michael Clark<br>Owensboro, KY | John Dermond<br>Trenton, NJ | Michael Forbes<br>Austin, TX |
| Oscar Coelho<br>Albuquerque, NM | John Dickinson<br>Portland, ME | Debbie Foreman<br>Lake Charles, LA |
| Patrick Cogan<br>Garrison, NY | Stephen Doktorczyk<br>Orange, CA | Shannon Fossett<br>Portland, ME |
| James Conn<br>Boston, MA | Francis Dolan<br>Chicago, IL | John Foster<br>Washington, DC |
| Jay Conzemius<br>Pittsburgh, PA | John Donovan<br>Syracuse, NY | Joseph Fox<br>Los Angeles, CA |
| Patrick Cooney<br>Owensboro, KY | Patricia Dugan<br>Philadelphia, PA | Thomas Fransiscus<br>Reno, NV |
| James Coriden<br>Washington, DC | Brian Dunn<br>Antigonish, NS | Christopher Fraser<br>Phoenix, AZ |
| Paul Counce<br>Baton Rouge, LA | Stephen Duquaine<br>Lafayette, IN | Matthew Frisoni<br>Albany, NY |
| J. Douglas Courville<br>Lafayette, LA | Fred Easton<br>Bloomington, IN | Matthew Furgiuele<br>Gaylord, MI |
| Thomas Cronkleton<br>Cheyenne, WY | Juan Echavarria<br>Worcester, MA | Christopher Fusco<br>Metuchen, NJ |
| Paul Czarnota<br>Detroit, MI | Heather Eichholz<br>Sioux Falls, SD | Gerardo Galaviz<br>Los Angeles, CA |
| Brendan Daly<br>Auckland, New Zealand | Peter Eke<br>Gaylord, MI | Mark Gantley<br>Honolulu, HI |
| Emily Danchisin<br>Owensboro, KY | Chidi Uzoamaka Ekpendu<br>Los Angeles, CA | Stephen Garbitelli<br>Portland, OR |
| William Daniel<br>Washington, DC | William Elder<br>Lake Charles, LA | Jose Garcia<br>Houston, TX |
| Jamin David<br>Baton Rouge, LA | Michael Fahlman<br>Vice President, CCLS | Joseph Gehret<br>Indianapolis, IN |
| Georges de Laire<br>Manchester, NH | John Faris<br>Glen Allen, VA | John Giel<br>Orlando, FL |
| Zabrina Decker<br>Milwaukee, WI | Robert Fath<br>Fairbanks, AK | J. Fernando Gil<br>Orlando, FL |
| Robert Deeley<br>Portland, ME | Peter Faulk<br>Alexandria, LA | M. Margaret Gillett<br>Dallas, TX |
| Jonathan DeFelice<br>Boston, MA | Thomas Feeney<br>Corpus Christi, TX | Garry Giroux<br>Ogdensburg, NY |
| Andrew DeKeyser<br>Lafayette, IN | Christopher Ferrer<br>Austin, TX | Chad Glendinning<br>Ottawa, ON |
| Frank Del Prete<br>Newark, NJ | Victor Finelli<br>Allentown, PA | Matthew Glover<br>Little Rock, AR |
| Nicole Delaney<br>Phoenix, AZ | William Finnegan<br>Phoenix, AZ | Paul Golden<br>Denver, CO |
| Brian Dellaert<br>Dubuque, IA | Daniel Firmin<br>Savannah, GA | James Goodwin<br>Fargo, ND |

# 2018 General Convention Attendees

| | | |
|---|---|---|
| Jason Gray<br>Peoria, IL | Lynn Jarrell<br>Louisville, KY | Daniel Laurita<br>Athens, AL |
| Kevin Grimditch<br>Phoenix, AZ | Jolene Jasinski<br>Braver Falls, PA | Adrian Lee<br>Hamilton, ON |
| Janice Grochowsky<br>Dodge City, KS | Ronny Jenkins<br>Washington, DC | Raphael Lee<br>Newark, NJ |
| David Gross<br>Grand Rapids, MI | Lawrence John<br>Amarillo, TX | Laura LeFave<br>Fort Worth, TX |
| Ralph Gross<br>Milwaukee, WI | Gerald Jorgensen<br>Dubuque, IA | John Lessard<br>Springfield, MA |
| James Hagel<br>High River, AB | Michael Joyce<br>St. Louis, MO | Francis Nelson Libera<br>Phoenix, AZ |
| Kathleen Hahn<br>Grand Island, NE | Victoria Kaczmarek<br>Louisville, KY | John List<br>Lexington, KY |
| Edward Hankiewicz<br>Grand Rapids, MI | Thomas Kadera<br>Cheyenne, WY | Beatriz Livingston<br>Kansas City, MO |
| Paul Hartmann<br>Milwaukee, WI | Pius Barinaadaa Kii<br>Port Harcourt, Nigeria | Douglas Loecke<br>Dubuque, IA |
| Robert Hayes<br>San Jose, CA | Adela Marie Kim<br>Peoria, IL | Laton Lohmann<br>Bismarck, ND |
| Bernard Hebda<br>Saint Paul, MN | John Paul Kimes<br>Rome, Italy | Edward Lohse<br>Erie, PA |
| Marie Hilliard<br>Washington, DC | Anne Kirby<br>Dallas, TX | Gabriel Lopez-Betanzos<br>Madison, WI |
| Christina Hip-Flores<br>Brentwood, MD | Wayne Kirkpatrick<br>Toronto, ON | Shannon Lucht<br>Bismarck, ND |
| Thuan Hoang<br>San Francisco, CA | Lee Kneipp<br>Alexandria, LA | Douglas Lucia<br>Ogdensburg, NY |
| Christopher House<br>Springfield, IL | Daniela Knepper<br>Muskego, WI | Paul Luniw<br>Terryville, CT |
| David Howard<br>Washington, DC | Jojireddy Konkala<br>Amarillo, TX | Ariel Lustan<br>Tucson, AZ |
| David Hudgins<br>Lansing, MI | Feliks Kosat<br>Bordentown, NJ | Vinh Luu<br>New Orleans, LA |
| Rina Huntwork<br>Grand Island, NE | John Chrysostom Kozlowski<br>Washington, DC | Gregory Luyet<br>Little Rock, AR |
| Francisca Igweilo<br>Denver, CO | Matthew Kuettel<br>Saint Paul, MN | Paula Lynn<br>Orange, CA |
| James Innocenzi<br>Trenton, NJ | Chantal Labreche<br>Ottawa, ON | Sandra Makowski<br>Charleston, SC |
| Matthew Iwuji<br>Austin, TX | Patrick Lagges<br>Chicago, IL | Charles Mangan<br>Sioux Falls, SD |
| Fernanda Jaimes<br>Austin, TX | Bonnie Landry<br>Lake Charles, LA | Salvatore Manganello<br>Buffalo, NY |
| Eileen Jaramillo<br>Lansing, MI | Alexander Laschuk<br>Toronto, ON | Jeannine Marino<br>Washington, DC |

# 2018 General Convention Attendees

| | | |
|---|---|---|
| Kurt Martens<br>　Washington, DC | Susan Mulheron<br>　Saint Paul, MN | Duaine Pamment<br>　Byron Center, MI |
| Peggy Ann Martin<br>　Denver, CO | Patrick Mullins<br>　Brisbane, Australia | Jilson Panakkal<br>　Phoenix, AZ |
| David Masello<br>　Providence, RI | Asencion Murga<br>　Phoenix, AZ | Peggy Paoli<br>　Orange, CA |
| Joseph Matt<br>　Kansas City, MO | Jim Nall<br>　Belleville, IL | Thomas John Paprocki<br>　Springfield, IL |
| Reynaldo Matunog<br>　Los Angeles, CA | Luis Navarro<br>　Stockton, CA | Gregory Parkes<br>　St. Petersburg, FL |
| Alberto Maullon<br>　Houston, TX | Martin Nelson<br>　Beaumont, TX | Vincent Parsons<br>　Grand Island, NE |
| Robert McBride<br>　Newark, NJ | Joseph Newton<br>　Indianapolis, IN | Mark Payne<br>　Milwaukee, WI |
| Joseph McCabe<br>　Hong Kong, China | Truc Nguyen<br>　Los Angeles, CA | John Payne<br>　Lake Charles, LA |
| Micheál McGavigan<br>　Derry, Ireland | Benedict Nguyen<br>　Corpus Christi, TX | F. Stephen Pedone<br>　Worcester, MA |
| Winifred McGrath<br>　Manchester, NH | Francis Nguyen<br>　Oklahoma City, OK | Lori Peery<br>　Bigfoot, TX |
| Maureen McPartland<br>　Dubuque, IA | Steve Nguyen<br>　Honolulu, HI | P. Stephan Phelps<br>　Louisville, KY |
| Mark Mealey<br>　Wilmington, DE | Lambert Niciteretse<br>　Burundi | Pius Pietrzyk<br>　Menlo Park, CA |
| Mario Medina Balam<br>　Mexico City, MX | Kevin Niehoff<br>　Grand Rapids, MI | Anthony Pileggi<br>　Kansas City, MO |
| Jeff Meeuwsen<br>　Aloha, OR | Nwazi Nyirenda<br>　Austin, TX | Michael Podhajsky<br>　Arvada, CO |
| Abel Mena<br>　Santa Rosa, CA | Garrett O'Brien<br>　New Orleans, LA | Grzegorz Podwysocki<br>　Joliet, IL |
| Bruce Miller<br>　Alexandria, LA | Kelly O'Donnell<br>　Bakersfield, CA | Pedro Poloche<br>　Atlanta, GA |
| Pamela Miller<br>　Cheyenne, WY | Kathryn Olsen<br>　Oklahoma City, OK | Jaimes Ponce<br>　Colorado Springs, CO |
| Richard Millette<br>　Houston, TX | Timothy Olson<br>　Fargo, ND | John Porter<br>　Grand Rapids, MI |
| Mary Mills<br>　Oklahoma City, OK | Anthony Omenihu<br>　New York, NY | Bill Pruett<br>　Oklahoma City, OK |
| Edith Miranda<br>　Oklahoma City, OK | Michael Padazinski<br>　San Francisco, CA | Frank Pugliese<br>　San Diego, CA |
| Francis Morrisey<br>　Ottawa, ON | Roch Pagé<br>　Ottawa, ON | Jayaraj Putti<br>　New York, NY |
| Dennis Morrow<br>　Grand Rapids, MI | Sara Paglialunga<br>　Fort Worth, TX | Daniel Quinan<br>　Saint Paul, MN |
| Peter Mottola<br>　Rochester, NY | William Palladino<br>　Boston, MA | Steven Raica<br>　Gaylord, MI |

# 2018 General Convention Attendees

| | | |
|---|---|---|
| Lawrence Rasaian<br>Tyler, TX | Marie Ryan<br>Grand Island, NE | Susan Stankis<br>Orange, CA |
| Michael Ravenkamp<br>San Diego, CA | Carlos Sacasa<br>Orlando, FL | Richard Stansberry<br>Oklahoma City, OK |
| Charles Renati<br>San Francisco, CA | Marvin Samiano<br>Honolulu, HI | Karen Sullivan-Kight<br>Jacksonville, FL |
| John Renken<br>Ottawa, ON | Luis Sanchez<br>Brownsville, TX | Thomas Sundaram<br>Houston, TX |
| Nancy Reynolds<br>Louisville, KY | Mary Santi<br>Seattle, WA | David Szatkowski<br>Nesbit, MS |
| Ernesto Reynoso<br>Phoenix, AZ | Noel Sanvicente<br>San Jose, CA | Andrew Szymakowski<br>Redmond, OR |
| Mark Richards<br>Sacramento, CA | Edward Schaefer<br>St. Rose, IL | Amy Tadlock<br>Saint Paul, MN |
| David Richter<br>Bismarck, ND | Joseph Scheib<br>Pittsburgh, PA | Charles Thompson<br>Indianapolis, IN |
| Kenneth Riley<br>Kansas City, MO | Nikolaus Schöch<br>Vatican City | Gregory Trawick<br>Cadiz, KY |
| Robert Rippy<br>Arlington, VA | Phillip Schweda<br>Venice, FL | Ann Tully<br>Indianapolis, IN |
| J. Michael Ritty<br>Feura Bush, NY | David Sereno<br>Heber, CA | Ted Tumicki<br>Norwich, CT |
| Carmine Rizzi<br>Newark, NJ | Tracey Sharp<br>Los Angeles, CA | Shawn Tunink<br>Leawood, KS |
| Giovanni Rizzo<br>Newark, NJ | DonettaShaw<br>Kansas City, MO | Santiago Udayar<br>San Angelo, TX |
| Lynda Robitaille<br>Vancouver, BC | Sean Sheridan<br>Steubenville, OH | Rodrigo Valdivia<br>San Diego, CA |
| Robert Rodgers<br>Cheyenne, WY | Langes Silva<br>Salt Lake City, UT | Kevin Vann<br>Garden Grove, CA |
| Carolyn Roeber<br>Seattle, WA | Robert Sinatra<br>Camden, NJ | John Vaughan<br>Owensboro, KY |
| Meg Romano-Hogan<br>Frisco, TX | Daniel Smilanic<br>Chicago, IL | Carlos Venegas<br>Denver, CO |
| Brian Romanowski<br>Norwich, CT | Peter Smith<br>Portland, OR | Sióbhan Verbeek<br>Washington, DC |
| Eloise Rosenblatt<br>San Jose, CA | Janie Snead<br>Kansas City, KS | Manuel Viera<br>Tucson, AZ |
| Daniel Ross<br>Indianapolis, IN | Elizabeth Sondag<br>Omaha, NE | Ruben Villarreal<br>Lake Charles, LA |
| James Rowland<br>Tyler, TX | Michael Souckar<br>Coral Springs, FL | John Vizza<br>Edmonton, AB |
| Jose Rueda<br>Los Angeles, CA | Samuel Spiering<br>Lewistown, MT | Victoria Vondenberger<br>Cincinnati, OH |
| Mark Rutherford<br>Williamston, MI | Anthony St. Louis-Sanchez<br>Denver, CO | Justin Wachs<br>Feura Bush, NY |

# 2018 General Convention Attendees

Richard Wahl
   Houston, TX
Ronald Walters
   Albuquerque, NM
Joseph Waters
   Venice, FL
Awte Weldu
   Phoenix, AZ
Daniel Welter
   Chicago, IL
Adam Westphal
   Des Moines, IA
Gregory Wielunski
   Miami, FL
Paul Wienhoff
   Belleville, IL
Thomas Wisniewski
   Darby, PA
Geri Woodward
   New Orleans, LA
James Zahler
   St. Paul, MN

## CERTIFICATE OF SERVICE

I hereby certify that on this date, in reply to the brief filed by Plaintiff Rev. Georges de Laire on 4 February 2025, my *Response* and *Exhibits A-D* are filed in the U.S. District Court of New Hampshire before:

The Honorable Joseph N. LaPlante
c/o Kellie Otis, Court Clerk
U.S. District Court
55 Pleasant Street
Room 110,
Concord, NH 03301-3941
603-225-1423

I also certify that copies of the foregoing *Response* and *Exhibits A-D* were posted today 18 February 2025 via FedEx to the following individuals:

*Counsel for the Plaintiff:*

Howard M. Cooper, *pro hac vice*
Joseph M. Cacace, N.H. Bar # 266082
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
jcacace@toddweld.com

Suzanne M. Elovecky, *pro hac vice*
PARTRIDGE SNOW & HAHN, LLP
30 Federal Street
Boston, MA 02110
(617) 292-7900
selovecky@psh.com

Dated : 18 February 2025

_____
Marc Balestrieri, *pro se*

DISTRICT OF NH
FILED
2025 FEB 18 P 10: 43
24 HOUR DEPOSITORY

Case N° 1:21-cv-00131-JL

To Kelly OTIS
Court Clerk for the
Honorable Judge
LA PLANTE