UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERY REVEREND GEORGES F. de LAIRE, J.C.L.,<br><br>    Plaintiff,<br><br>v.<br><br>GARY MICHAEL VORIS, ANITA CAREY, ST. MICHAEL'S MEDIA a/k/a CHURCH MILITANT, and MARC BALESTRIERI<br><br>    Defendants. | CIVIL ACTION NO. 1:21-cv-00131-JL |

**MOTION TO EXCUSE FATHER DE LAIRE'S LOCAL COUNSEL (JOSEPH M. CACACE, ESQ.) FROM ATTENDING HEARING ON DAMAGES ON APRIL 25, 2025**

Under Local Rule 83.2(b), Plaintiff the Very Reverend Georges de Laire ("Father de Laire"), respectfully requests that the Court excuse Father de Laire's counsel who is admitted to the bar of this Court (Joseph M. Cacace, Esq.) from attending the April 25, 2025 damages hearing in this matter. Father de Laire's *pro hac vice* counsel, Suzanne M. Elovecky, Esq., will appear at the damages hearing on April 25, 2025.

In support of this Motion, Father de Laire states as follows:

1. On February 5, 2021, Howard M. Cooper, Esq. and Suzanne M. Elovecky, Esq. were admitted *pro hac vice* as counsel to Father de Laire in this matter. Father de Laire is also represented by Joseph M. Cacace, Esq., who is a member of the bar of this Court.

2. Attorneys Cooper and Elovecky have served as lead trial counsel for Father de Laire. To date, Attorneys Cooper and Elovecky have taken and defended all depositions and argued all substantive motions in this case.

1

3.  As required by Local Rule 83.2(b), Attorney Cacace has attended all court proceedings to date other than those where the Court has excused his absence.

4.  Attorney Cacace is unable to attend the damages hearing in this matter because he will be out of town on a vacation with his family.

5.  As the Court is aware, Attorney Elovecky is an experienced trial attorney who is familiar with the Local Rules of this Court as well as the Court's practices and preferences, having litigated this case since February 2021.

6.  Attorney Cacace will continue to remain associated with Attorneys Cooper and Elovecky; all process, notices, and other papers may continue to be served upon Attorney Cacace; and Attorney Cacace will continue to sign all filings submitted to the Court on behalf of Father de Laire.

7.  On March 31, 2025, the undersigned reached out to Mr. Balestrieri to seek his assent to the relief requested in this motion and received no response.

WHEREFORE, under Local Rule 83.2(b), Plaintiff the Very Reverend Georges de Laire respectfully requests that the Court excuse Father de Laire's New Hampshire-barred counsel, Joseph M. Cacace, Esq., from attending the April 25, 2025 damages hearing in this matter. The damages hearing will be attended by Father de Laire's *pro hac vice* counsel, Suzanne M. Elovecky, Esq.

                                            Respectfully submitted,

                                            THE VERY REVEREND GEORGES F. DE LAIRE

                                            By his attorneys:

                                            */s/ Joseph Cacace*
                                            Joseph M. Cacace, N.H. Bar No. 266082
                                            Howard M. Cooper, *pro hac vice*
                                            TODD & WELD LLP
                                            One Federal Street, 27th Floor
                                            Boston, MA 02110
                                            (617) 720-2626
                                            jcacace@toddweld.com
                                            hcooper@toddweld.com

                                            */s/ Suzanne Elovecky*
                                            Suzanne M. Elovecky, *pro hac vice*
                                            PARTRIDGE SNOW & HAHN, LLP
                                            30 Federal Street
                                            Boston, MA 02110
                                            (617) 292-7900
                                            selovecky@psh.com

Dated: April 17, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on this date a copy of the foregoing document was filed through the Court's ECF system. Counsel registered with said system are served accordingly. Counsel further certifies that Defendant Marc Balestrieri is served on this date via email and U.S. Mail as follows:

Email:  mb@canonicalaid.org; canonist@protonmail.com; balestrieri.marc@gmail.com

Mail:   Mr. Marc Balestrieri
         c/o Canonical Aid
         514 Americas Way PMB 20863
         Box Elder, SD 57719-7600

                                              */s/ Joseph M. Cacace*
                                              Joseph M. Cacace

Dated:  April 17, 2025