UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 25 2025

FILED

Fr. de Laire
v.
Balestrieri

Case # 21-cv-131-JL

## EXHIBITS

OFFERED BY: Plaintiff

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Jan 2019 Article, incl. Comments |
| 2 | Emails received by Diocese (2019) |
| 3 | Medical Records (de Laire) — Sealed By: J. Laplante 6/25/25 |

USDCNH-25 (2-96)