UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUN 25 2025
FILED

Georges deLaire

v.

Marc Balestrieri

Case # 21-cv-131-JL

# EXHIBITS

OFFERED BY: Defendant

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | Extract from "Dictionary of Fake French Nobility", entry of "DE LAIRE" Family of France, including direct ancestor of Plaintiff. |
| B. | Printout of website entry for "Table des Familles" with entry for names beginning with "L" |
| C. | Printout from Vatican website of Canons 1420-1421 et seq of the Code of Canon Law - Vatican authorized English translation |
| D | Extract from Merriam Webster Dictionary of the English language, for entry of word "unimpaired", online version |

USDCNH-25 (2-96)