```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Georges F. de Laire

    v.                                         Case No. 21-cv-131-JL

Gary Michael Voris, et al.


JUDGMENT

Judgement is hereby entered in accordance with the following:

1. Order by District Judge Joseph A. DiClerico dated August 11, 2021,

2. Clerk's Entry of Default as to Marc Balestrieri dated October 25, 2022,

3. Order by Joseph N. Laplante dated August 9, 2023,

4. Stipulation of Dismissal as to Defendant Anita Carey dated February 19, 2024,

5. Stipulation of Dismissal as to Defendant Gary Michael Voris dated July 29, 2024, and

6. Order by District Judge Joseph N. Laplante dated August 25, 2025. The court grants Fr. de Laire's motion for default judgment against Mr. Balestrieri and awards Fr. de Laire $50,000.00 in damages.

Plaintiff is entitled to prejudgment interest pursuant to N.H. RSA 336:1, 524:1-a, 524:1-b to be computed in accordance with Linteau v. Gauthier, 142 N.H. 460 (1997) and Nault v. N & L Development Company,

146 N.H. 35 (2001), post-judgment interest as permitted by 28 U.S.C. 1961 and costs as permitted by Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920.

By the Court,

_____
Tracy A. Uhrin
Clerk of Court

Date: August 27, 2025

cc:   Counsel of Record
      Marc Balestrieri, pro se