# Form 1.
## Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the District of New Hampshire
File Number **1:21-cv-131-JL**

| | |
|---|---|
| **Very Reverend Georges de Laire,** ) | |
| **J.C.L.**, Plaintiff ) | Notice of Appeal |
| v. ) | |
| **Gary Michael Voris, et al.,** | |
| Defendant | |

    Notice is hereby given that **Marc Balestrieri**, defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the **"Order on Motion for Default Judgment"** entered in this action on the **25th day of August, 2025.**

(s) _[signature]_, pro se
*Pro se*

Address:    **Marc Balestrieri
Chris Kolomjec, Esq.
39555 Orchard Hill Place, Ste. 215
Novi, MI 48375**