UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 21-cv-131-JL

2. TITLE OF CASE:   Very Reverend Georges F. de Laire v. Gary Michael Voris, et al.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Joseph Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **August 25, 2025**

8. DATE OF NOTICE OF APPEAL: **August 27, 2025**

9. FEE PAID: YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S): and DATES: See certified docket sheet

12. TRANSCRIPTS ORDERED/ON FILE: YES (doc. nos. 112, 155, 161, 169, and 296)

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL: NO

17. SPECIAL COMMENTS:   NO