UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Very Reverend Georges F. de Laire</u>

    v.                               No. 21-cv-131-JL

<u>Gary Michael Voris, et al.</u>


CLERK'S CERTIFICATE TO
<u>CIRCUIT COURT OF APPEALS</u>

    I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 299, 300, 301, and 302

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

    Exhibits will be mailed upon request from the Circuit.


                           IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, August 28, 2025

**Tracy Uhrin, Clerk**

**By: /s/ Kellie Otis, Deputy Clerk**

**Aug 28, 2025**


cc:  Counsel of Record
      Marc Balestrieri, pro se